# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,                    CASE NO: 8:21-cr-218
        Plaintiff,

vs.

MAVERICK MAHER
        Defendant.
_____/

## SECOND MOTION TO TRANSFER DEFENDANT AND BELONGINGS

    COMES NOW the Defendant, MAVERICK MAHER, by and through his undersigned attorney, and moves this Honorable Court to order the transfer of the Defendant and his belongings from the Hernando County Jail to the Citrus County Jail. As grounds for said motion, the following is alleged:

1. The Defendant is charged with serious criminal offenses involving a voluminous amount of discovery.
2. The Defendant is presently incarcerated at the Hernando County Jail after having been transferred from the Citrus County Jail.
3. The Defendant is actively assisting his counsel and was making full use of the unlimited law library privileges the Citrus County Jail provides.
4. The Hernando County Jail is more restrictive with access to their law library making it extremely difficult for the Defendant to participate in trial preparation.
5. It is also important that if this motion is granted that all of the Defendant's belongings, including books, discovery, and notes, be transferred as well. This request includes personal belongings still being held at the Pinellas County Jail.

    WHEREFORE, the Defendant prays that his Motion be granted.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the OFFICE OF THE UNITED STATES ATTORNEY, on the 26th day of April, 2022.

 /s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida   33609
(813) 875-9694
Email: dmhernandezlaw51@gmail.com
Attorney for Defendant
Florida Bar Number 229733