Case 8:21-cr-00218-WFJ-AAS   Document 289-28   Filed 03/28/24   Page 1 of 1 PageID 3414



**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: __28__

Case No.: 8:21-cr-218-WFJ-AAS

UNITED STATES OF AMERICA

vs.

MAVERICK MAHER, ET AL.

Date Identified: _____

Date Admitted: _____

COMPOSITION BOOK
WIDE RULED • 80 SHEETS / FEUILLES

TROY BAILEY

LEROY/GAINZ #91 POS

DOC COLE

COKE