

The Constitutional 21

1.) Introductory
2.) Historical Outline
3.) Our Mission Statement
4.) Re-Organization: Supporters and Membership
5.) Our Recruiting Policy
6.) Structural Implementation
7.) Our Regional Governing Elements
8.) Our Ranking System
9.) Duties and Responsibilities
10.) Our Sacred Sixteen (Organizational Bylaws)
11.) Violations
12.) Security
13.) Networking and Procuring Financial Stability
14.) Advancing Progressive Growth and Development
15.) Codification
16.) Concepts
17.) Philosophy
18.) Creeds
19.) Our Organizational Oath
20.) Our Organizational Symbols and other Insignia
21.) War and Sanctioning

*Amendments and Addendums

*The Principles

1