

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL
CASE NUMBER 767030-19-0094
ACTION RETAINED FOR EVIDENCE
CUST DATE 7/15/2021
EXH # 000177
DESCRIPTION OF PROPERTY
OTHER: OTHER, ONE (1) PICTURE OF LEVI SHARP AND FNU LNU
LOCATION RECOVERED FROM
Home Address of: SHARP, LEVI
232 Folklore DR,
Satsuma FL 32189-
PERSON RECOVERED FROM
SHARP, LEVI
CHAIN OF CUSTODY
SIGNATURE DATE 7/15/21
SIGNATURE DATE 7/20/21
SIGNATURE DATE
BAR CODE INFORMATION
2598298
SPECIAL INSTRUCTIONS/REMARKS
SW rtn #12 Room 1 Found by SA Slosson
CONTINUATION OF CHAIN OF CUSTODY
Signature Date Remark
Signature Date Remark
Signature Date Remark
Signature Date Remark
Signature Date Remark
Signature Date Remark
Signature Date Remark
21