

Case 8:21-cr-00218-MFA-AAS Document 1048-C57 Filed 09/28/24 Page 1 of 1 PageID 5921