NEil R JOHNSON 224723
Holmes Correctional Institution
3142 THOMAS DRIVE
BONiFAY FL 32425

Boot

TiNa BARKER

PANAMA City Beach FL
32417

= WD

MAILED FROM A STATE CORRECTIONAL INSTITUTION

May 6th 2020

Big Bro,

Greetings, I hope all is well, I'm in LaLa Land, don't know exactly what Fate has in store for me at the exact moment. But as always I have Faith the Gods will smile down upon me. Keep me safe from harm and my Enemies. As I know they always do for you my old Brother.

I'm getting close. I'll be a Free Man in March. It's been 10 long Years Since I got off C.M. last Year it's flew by. I've come cleaned up bullshit at this spot. Made it Proud for our Bro's to walk Around with heads held high. Picked up some what they slipped. Spent time trying to help a lost cause and finally threw in the Towel and covered it up But in all my Face has been Very Good and Respected.

I am in Confinement. 3 weeks Ago the Gang Sargent kicked in my Door. Searched my Cell found a battery Pack and some Knives hid in the Light Fixture I got 45 days At Dr. Court. I'm used to Bullshit, but Now I'm Not sure who put them on me cause I Normally Am Not fucked with At this spot. I'm Normally Allowed to move where ever I Need to Go. So to have a Gang Sgt Come Personally to Search my Cell during morning Court has me Asking Questions. There have been a good deal of people checking in, Alot of pressure in my dorm. I live in 2 man Cells, by myself, I still hate Roommates.

I got a kite From a bro yesterday telling me, Ronnie has been in touch with you. I'm sure, but I'm positive This dude hasn't spoken whole truths. I'm gonna give you what is Fact, because a kite tells me my big bro is pissed. I don't Ever do Foul, Evil things towards my brand. So unless You understand this whole truths No One Needs to tell me Anyone is pissed. I am a humble person but To leave out part of a story, is Almost to tell a Lie. So, what I give you all the Facts, I know you will do your Investigation And switch this "pissed" to where it definatly should be

I spoke to sis a few days before, I aint had Alot of opprotunitity to Jump on and Make Known because of all thats been going on. This Covid 19 has Fucked Everything Up.

DISC-01008

I Just put in my Appeal to Sec. of prison. for my Poss. of Weapon. That was my favorite my whole time down. I Really hate to lose that one. It would of gone thru Jacket and Everything. Big Solid steel Murder Weapon. Know these Fucks Just Glad to have that off the pound. these Niggers tear apart the lockers And make Trash thats Gonna bend 1st time. My shit is solid. I still got Another good one out there I Never keep All my Eggs In one basket.

Ole Ronnie Just left a few months ago. Seems he was at the work Camp making shit happen. Never once sent word to Bro's over At Main Unit, He gets knocked off with shit Coming In thru Mail. Comes to Jail. Found Guilty. While in Confinement he sells his Jack to A Cut for 8 stamps. Nigger brings him 2 and bucks him on the rest. I approach Nigger And let him Know he has to pay. 2 more are put in Ron's hands. Ronnie gets out. Doesn't want problems And tells me to Collect the Rest. The Cover up was moved in the dorm with Coon and (before Covered up) starts Accepting Canteen As payment for Ron's deal. Ron is sent Back to work Camp. I Am Not sure If you Know who this bro is but he makes me And you look small.

A month goes by and he's back to E.O.S, tells me I have some shoes I'm gonna leave you Sweet Cause my boots Are fucking dead. I need em. When he leaves, he gives them to A Nigger. We talk about getting stuff started for when hes gone. All Agree I'll Appreciate And look out. I'm pissed about his actions with the Jack, 1st he didn't give Any bro Any Chance to buy it. We have None At this time. Very hard to come by. And Expensive. Then he gives A Cut, who we've Not gotten along with, a Chance to Get it, And lets him buck, till I step in. God damn Nigger stills owes for it And Everytime I see him I get hot. hes waiting on C M up a few Cells from mine.

Now I get ok with a Non-Affiliated Island dark who owns one And gets me in touch with one of my old friends who looks out. Gets me a tablet, starts shooting me some Extra money.

I talk to Ron After he gets out. he leaves A message he has so for me. To Just Give so I can get Something Going

③

for me and the family. he tells me about a white kid he used
as a taxi, I know him, I speak to him.

Me and island Nig Get 2 G1's of some Gas. Fat things.
of Pure diesel. The kid Ronnie suggested says he will bring All
In but asks if Ronnie has some stamps., kid has debt he needs to
Clean up. Hit Ronnie up Now it's down to 35. GREAT, But
I Need it So I can get my 2 diesel in. I talk to kid.
We have his chick pick up my shit then call Ronnie, who tells
me "oh" yeah sorry but my wife says NO. MAN - WTF. cause
I'm stressing. I Am in Need of These To make other
Happen I tell him Quit Fucking Around. tell me a Number.
your wifey will let you do it. I have No other options. this
is Same time as what went down Al Jackson, No more
Deals with other orgs' As said by S.s.

GREAT. I'm doing all I can To make some money here
Ronnie Tells me 1200. WTF. lels look At this bro.
Thats 34 a price I've bought 20 From a chico on
The street After this for 10 a price. my bro hits
me For 34 each. I Tell him. You know I only get ½
of these. Yeah he knows. So For 1200 I get 17.
outrageous. but I Need A Taxi for the other 2
Things Aint Gonnah happen IF No things
I'm Fucked.

I Tell Him Very Clearly. We Are both taking A chance cause
I'm using Your taxi. He Knows And Agrees I agree.
Truth. —

The chick is in Possession. That same Fucking week All
Viso is Cancelled till April 5th

Are You Fucking Serious.

Niggers pop off in my dorm. Bloods And Cuts Go to war.
US And chicos stick together And 10 Goons go to Jail. We
Go ON lockdown.

I keep in Touch with Sis As best As I can But
Everybody is too shook about Robbing, No viso, All shake downs

DISC-01010

tell Ronnie, I'm hoping on a new route, he gets my
name and gets on my kiosk. Never attempts to message
me. I start getting messages from people on Pound oh
Ronnie is looking to talk, give him a call. No body is
pulling out. Taxi kid calls Girl, she wants to pick up
a bro who was at Desoto named Country. Asks taxi
kid if he's ok with it. Taxi kid has life he has
to be ok. She picks up our bro named Country stops
answering phone. She has my shit and Ronnie's shit.

Great. I'm out 2 o's. Ronnie is E mailing
Everybody on the fucking pound but me. Tell Boot.
Give me a call. He has my name on his list. ? WTF.
These people are anal as fuck in our mailroom. Nothing
comes thru. I've gone to Jail over mail, Ronnie's gone
to Jail over mail. Nothing Lets thru. Try something
Else.

As I said, chico sells me some 10 a piece on street.
My buddy helps me out. I shoot them a different route.
I hit. Clean up some garbage a bro had and put some
food in my locker I only got ½. But it wasn't 34
a piece.

3 weeks ago the Gang Sargent kicks my door open. Asks
me "who I staff you have bringing you shit in? I tell em
these dudes wouldn't take a hundred dollar bill out my hand
I wish I could get someone to bring me something. I buy
all my shit off the niggers. I wish you'd let a white man
get something. He tells me all these E-mails to other people
needing to talk to boot, all these people checking in, tell
me a name. Needless to say, I'm still in Confinement.
No God Damn Coffee. Almost out of stamps But I will
Tell you this my Big Bro. I recently had an old Baby
I know look me up. I'm 45 she's 36. I've been touching
her little pink parts for almost 20 years and she Really Loves
your Fat Bro. So I'm happy. I get ½ naked shots on

DISC-01011

⑤

my tablet, I've got A NICE pretty little thing to talk to
FOR the NEXT 10 months till I E.O.S.
   But all this RONNIE is DOING, he AIN'T telling You
whole truths. So PLEASE QUESTION HIM. AND FIND out FOR
YOURSELF my brother. BECAUSE HE is LEAVING VERY Important
INFORMATION OUT OF HIS STORY. All I TELL you is FACT.
I'VE kept him IN VERY Detail of whats going ON. Yet he
still Includes too many others IN OUR Business which
MAY or may NOT of lead to whoie I AM.
   I KNOW before this they weren't on my trail. Now they
KNOW WAY More then they should.
   IF I don't go to C.M. I'm gonna get out, make A Call
and Send Him back his 34 things. But honestly how
CAN he Expect me to take All the Risk. Nothing EVER
Touched my hands. his Route took off with Everything.
Find our BRO Country who E.O.S. From Desoto. thats where the
Little whore Olivia is  thats where our missing million dollars
is (or let RONNIE tell it). I'll tell you what I THINK. RONNIE
got out. thinks people ARE Just going to hand him MONEY while he
sits on his ASS and gets high.
      Everybody wish wishes for luck like that.
How many Get it? FEW AND FAR.
   So my BROTHER. As I Asked. do YOUR INVESTIGATION. I'll
BE IN Contact. I've left you MESSAGES. You NEVER Call me back.
So I was thinking You didn't love Your FAT BRO ANY More.
   But I KNOW TRUMP loves All Good AMERICANS.
   I love AMERICA AND I love being AMERICAN.
   I love 20 21 cause thats my YEAR to Get out.
   I love You my BROTHER. I Also have to INFORM You
I got A Report wicked Refused the Compound. Michael Morgan
do AN INVESTIGATION on him at his NEW NEXT CAMP. HE is NOW
gonna be TRANSFERED. Bubba White is shipped. Beat up some
Fag. hes good to Go. ⊘ Cole Wooten is shipped
Cut the Cover up in the Chow Hall. HE is GREAT.

DISC-01012

WHEN I Find out Exactly what is IN store for me you'll KNOW. I'll CALL SIS AND INFORM HER. SEEMS EITHER ONE OR the other is Always ON the god damn SLAB. I PROMISE you WHEN I get out. It's going get EASIER. I have Alot of good ideas and I promise it WON't Cost ANY bro 34 A poice. NOBODY CAN MAKE MONEY AT that PRICE. AND iF your getting that much. WHY Aren't you At Risk? INVESTIGATE my BROTHER.

Nothing but MAD love AND Respect. AS Always

Neil,

NEil R. JOHNSON 224723
Holmes Correctional Institution
3142 THomas DRive
Bonifay FL 32425

Boo

TiNa BARKER

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

PANAMA City BEACH   FL
                    32417

DISC-01014

Sis,                                             June 29th, 2020

HEY, I'm still in confinement. I don't know if you've heard but this place is infested with covid. They brought some people from Liberty who were infected. And now the cases are up to about 108 cases, plus the police are catching it.

So I definatly would of called or written if I had a chance to get my ass on a bus and get out of this damn box.

They have the compound completly locked down. No inmates working any where. So I asked K P to keep you aware of where I am but I am unable to shoot him any kites Due to where I am and no run arounds coming back here.

2 weeks ago I was pending transfer and now they have me as under investigation. I think they switched everyone around who has been pending transfer to under investigation. Due to they can't hold you on a certain status for so long. I've been back here since April 17th. I'm about sick of being in confinement over this bullshit. The gang sargent kicked in my door over too many people talking about boot over the kiosk. Too many people checking in using my name. So, I sit and wait till they have a 14 day period with no new covid cases.

I heard Sumter had 300 cases so it's not like I'm in a huge hurry to go somewhere like that.

But I am in a hurry to get out of this hot ass box

DISC-01015

I hope all is well with you and JOHN
and I hope he got to His NEW place.
I've been completely out of the loop for
Almost 3 months now.
    I got word about this T.Y. kid who
Just got here SINCE I was put Back here,
is on P.M., Tell K.P. He NEeds to check
all this out. He HAS like 60 days left.
    I'll give you A call AS SOON AS I can
    MUCH HONOR AND RESPECT.
                                NEil



Neil R. Johnson **224723**
Holmes Correctional Institution
3142 Thomas Drive
Bonifay FL 32425

BOO X

MAILED FROM A STATE CORRECTIONAL INSTITUTION

FOREVER USA

Mrs Tina Barker
████████
Panama City Beach, FL
32417

FWD

DISC-01017

D,                                          MAY 7th 2020

GREETINGS BRO, I HOPE ALL IS WELL, BEEN AWHILE SINCE I put so much
INK ON PAPER, but this CERTAIN situation has me WHERE I lay
AWAKE thinking About WHAT is being said.

You KNOW AS I get older I pride myself in my memory.
I AM good with NUMBERS AND getting to CERTAIN places without
A map to help. But ONE of my best traits is my ABILITY to speak.
SOMETIMES I get a little OFFENSIVE, but I've BEEN IN PRISON
for 10 god damn YEARS. My MOTHERFUCKIN bad.

I KNOW you AS I, HAVE A good MEMORY. ONE TIME sis told
me SHE couldn't be sure WHO I WAS. My RESPONSE MADE HER SAY
SHE KNEW it WAS ME. THE time WE SPENT TOGETHER I did AS
best I could to make both of our times AS COMFORTABLE AS possible.
I NEVER put myself 1ST, It is ALWAYS 21 OR NOTHING with ME.
WHEN you pull them MEMORIES, I HOPE you will have AS close to
THE SAME THoughts AS I DO. My BROTHER, WHEN you CLOSE your
EYES WHEN your by Yourself with NO OUTSIDE INFLUENCE, You
COUNT WHO loves you UNCONDITIONALLY. My NAME is ALWAYS
going to be ON that list. NEVER EVER LEAVE it OFF.

THIS WHOLE situation WAS Fucked up by this Covid-19 Fuckshit,
IF EVERYthing would of moved ALONG AS "PLANNED". All this
Would NEVER EVEN be DISCUSSED. I did NOT go 10 YEARS without
A MARK to get 10 months From the DOOR to Dirty my NAME.

A NAME is pretty MUCH what others think ABOUT you. I
don't EVER WANT ANY brand member to say my NAME with
A NASTY look IN his FACE. I'm proud of my NAME. I'm proud
OF my INK I SHARE with my brothers. THE LONGER I WEAR it
THE STRONGER I BECOME. KNOWledge is my POWER. My brothers
ARE my SHEILD AND SWORD.

My BROTHER IN My PERSONEL opinion the LEAPS WE have
MADE with TRUMP AS PRESIDENT HAVE GONE OUT AS MAKING
US the TOP. WE HAVE THE Greatest minds WORKING Together.
EVERYthing About the NEW CONSTITUTION is FAIRNESS. For All.

I BELIEVE the Code of 9, BALANCE #6 - WHICH STATES
Pull your OWN WEIGHT. I'm 301 NOW, been WORKING out AND

DISC-01018

dropped some weight. Looking good For A Fat Guy.
But EVERY Nigger, Chico or WHITE MAN WHO KNOWS ME on
THIS compound, MOTHERFUCKING Respects ME. I'm Isra
but I'm Not sloppy or GREASY. I CARRY myself As
THE BEST. BECAUSE I STAND NEXT TO THE BEST.
HAVING A DIRTY NAME, THE BEST don't WANT ME NEXT
TO THEM. So, I Enjoy YouR Company, AND will die to
Keep it. Please my brother, INVESTIGATE AND SEE this
DUDE is BROKE AND slandering my NAME.
   I will get him those 34 AS soon AS I AM FREE
from behind this door. HE WAS VERY AWARE OF THE CHANGES
WE Took, HE picked THE TAXI CAB Company and HE Expects
ME to be the ONLY ONE who takes A Loss. At the
Price he says, RESPONSIbility should be shared. NOT
ONE sided. I clearly Told HIM. TO Pay that
Fucking outrageous PRICE, I Needed To Get the two
Zips of 61. NO other WAY could I EVER think to
COME up with that MUCH. THE WHORE RAN off wIth
my shit too. I'm Fucking devastated. But I'm Intelligent.
AND KNOW, WHERE WE live, it Aint PERFECT. there
ARE Bumps Along the way But AS the BEST WE pick
up AND Move Along. I HAVE CONTACTed THIS DUDE.
I INFACT Got his NumbER From sis, hung up And
Called Him late one Night, THEN EARly THE NEXT
MORNING. WHEN HE E Mailed ME, I E mailed him back.
Explained I'm in CONFINEMENT PEOPLE RUNNING their mouths
have put me here so Please help me out. Keep our
Business, 21. Not EVERY NEWTRON you got high with on
THE pound. I dont EVEN KNOW SOME OF THESE DUDES
HE CONTACTED COMING UP TO ME 'HEY RONNIE SAYS GIVE
Him a call' NO WONDER my DOOR got kicked in.
THIS MAIL ROOM is FuckING ANAL. THEY READ All
E MAILS. THEy CENSOR my shit FoR telling my GIRl
I'M SuRRounded by NiggERS AND COONS

DISC-01019

③

I HAVE SOME great PLANS FoR US WHEN I get out.
Just AS You out DISTANCED US FROM EVERyoNE EISE.
I AM GOING to the street to MAKE LifE FOR US
AS I AlWAys have. FoR US. Especially ME AND You,
AS COMFORTABlE AS possible.

I'VE RUN Across CERTAIN people iN My TRAVels,
I've listened To IdeAs, AND I KNOW How it is
To Be stuck behind THE DOOR I kNow How it is
To STARE At A truck going DOWN THE ROAD.

TO WATCH it till I cAN't SEE it ANyMore
AND WISH I WAS IN it

Just dRiving AWAy FROM this world. I'M going out
THERE Now I've Finished My time. But I will NEVER FoRget
WHAT I WENT THRU AND who I Shared my time with.

WHEN I look IN THE miRROR. I SEE My bRAND.
WHICH You Also WEAR. Both of US ARE VERy pROud and
KNOW People tend to stay THE SAME WAy. I AM THE
SAME With You AS without You. WHAT You remember, is oNly
ME, but improved Just AS you have improved us, with your
TAlENts, I will do the SAME FRom where I AM.

I RAN Across this dude, I don't KNOW iF you've EVER HEARD
OF AnoNyMous It's A group OF HACKERS WHO MAKE videos that
expose corruption.

I'M going To TAKE THOSE Videos and TURN THE World
opside down with the things these police Allow. THE HEAT WE
SUFFER THRU, The people who get their teeth kicked in, while
cuffed. All the Fuckshit WE'vE seEN. I AM going To MAKE
THEM change the WAy we get treated behind these doors
AND FENCES

I CAN MOVE MOUNTAINS with my MOUTH. You KNOW this
You have seEN It with Your own EYES WHEN WE MET, you
WERE DOWN 40 pounds. WHile WE WERE TogetHER, You
would THINK How Full you WERE.

WE ARE All I AM CoNCerNed About. but to FurtHER US, I

must drag all of the prison system. I must include us
with our enemies to make my family live easier, but
we will always be the best. When your cool in the next
few summers. Brother it's cause I'm gonna go out
and use my mouth to scream at the world.

MAKE THEM KNOW who WE ARE, why I AM the
Best. I stand next to the best. THE Gods love us.

I will not let my 2nd chance at life escape thru
my finger tips. I know. I will succeed.

I just got me a bag of mud last night. My thirteen
friend shot it back. I help every bro on the pound. But
I ain't got a seasoning pack from them since I got here
3 weeks ago. They wrote a kite telling me how I
need to clean up with Ronnie, I have not included them
in my thoughts. Because they tell me you were pissed.
So I do not understand why these people I've broke
my back to help would not say. "HE DIDN'T get those
Zips in" I IN NO WAY could sell 17 THINGS AND MAKE
1200. I AM NOT A Bank Robber. It's outrageous RONNIE
MAKES all these crazy deals, then expects other people
to only be in jeopardary.

HE KNOWS Covid HAS shut the world down.
I'm IN A ZONE with my thinking about what ideas I
CAN come up with. I have my family 1st in my thoughts.
My Brother you know, I can do what I speak of.
I'm not a Quitter, But, that dude is making it out as
tho I am THE one who shut down everything.

Don't Blame me For what the Chinnesse did.
I Told sis oh I AM going TO START shooting A FEW
THINGs Towards TRUMP, SHE Quickly said 'YEAH YEAH
Don't do anything till we make sure.' But I HAVE ideas
and I'll MAKE sure TRUMP is A·ok with before
I MOVE FORWARD But I HAVE A Great Idea.

TRUST AS SOON AS this MOTHERFUCKING DOOR is opened

⑤

I'll shoot at ya. one way or the other. Each passing
Day makes it closer to what is our destiny.
My focus is Prison Reform., my focus is Feeding
My Family. I am a MOVER AND SHAKER I Do
THINGS others can't, Because I am Favored by the
Gods. I will stop at Nothing To Carry our Nation
Further then ever. I am not going to Forget what
my oaths are. When I look in the mirror I know
SINCE I got that kite I HAVE at First Angered
But I know once you hear all the Facts, the Accursser
Will be Questioned. And SHUT THAT slander DOWN.
So it's NOW SATURDAY. An orderly CAME To my door this morning,
I've been at 3 camps with him. At 1st HE says 'WHAT DID you Do?' I'm
Like someone checked in on me, Gang Sgt kicked my door in Thinking I
HAVE Staff Bringing me shit, but went in my light Found 4 KNIVES AND
A Battery pack in my Room. But since being here I've seen 3 dudes
who are checked in on me, & THEN He's Like 'No with RONNIE' HE THEN says
'40 STAMPS bro' I'm like what? 40? NO MAN THIS lyin ass DUDE, HE GAVE
34 To a chick to bring up THAT I would of ~~gota~~ got ½ of, 17.
NOT 34 NOT 40. WHAT is going on with this slander, THIS
DUDE KNOWS I'm in the Box SINCE April 17th, 22 DAYS Now.
I SENT Him AN EMAIL on the 18th,
Then This dude tells me 'oh Your brothers are Talking about FLIPPING You.
oh. REALLY. So Now I'm already Judged. without word FROM me
So, I'm Not at all Cool with these words Anybody is using. I
AM THE ONE with all the KNIVES. So, I REALLY dont UNDERSTAND
How I AM NOT AT ALL HAVING Any word. I WENT From being
A Gov. to a MARK? I AM giving You Full VIEW of WHAT
I AM HEARING. IF I AM NOT C m'ed. I will go out THERE
I AM hoping NONE OF THESE DUDES DISRESPECTS ME OR COME AT
ME With FLiPPing material. I will Not be FLIPPED. I'VE WORN
My brAnd For a long time and put in Alot of good work on
our behalf. AS you can see And Tell I love my brand. But please
DO NOT Let these DUDES THINK I AM SOME MARK from RONNIE'S

WORDS. I've Told you my side. RONNIE NEEDS to ANSWER WHY HE IS INCLUDING EVERY MUG ON THE pound. NO WONDER I'm IN JAIL ACCUSSED OF HAVING something brought IN.

You KNOW IF I WOULD of Bought 1200 OFF A NIGGER OR COON ON the pound I'd of gotten At LEAST 24. 2 for 100 but SIS tokd ME NO DEALS with other ORGS. RONNIE KNEW I WAS going to have to take the price. 1200 foR 17. ½ FOR ME ½ FOR TAXi, WHY IS EVERYONE LOOKING CRAZY AT ME. RONNIE IS TAKING Quite Advantage OF my DISAdvAntage. AND All this slander, with this Covid.19, sHit's shut down,

I AM A LONG STANDING bRAND MEMBER. I WISH FOR A FAIR INVESTigation INto HIS Actions. NOT Just WHAT HE ACCUSES ME OF. Also IF ANy bRAND Acts ON THESE TREATS OF Flipping I will TAKE My own ACTIONS. CAUSE I'M NOT going to let myself go home with FRESH SCARS without My own VENGEACE BEing TAKEN. SO I don't KNOW who is ordering THIS but I'm speAKing TO WHO AS Gov. I Need to speak to. I send All my love My brother. "XXI:XII" AlWAYS. TiLL My COFFIN Closes.

NEil.



KEVIN HUNTER 524282
UNION CORRECTIONAL INSTITUTION
PO BOX 1000
RAIFORD FLORIDA 32083
pen#
TA2206-L

US POSTAGE PITNEY BOWES
$ 000.15⁰
ZIP 32083
02 1M
0001403805 NOV 20 2019

U.S POSTAGE
ZIP 32083
02 1M
0001403805

KINGSLEY PARALEGAL SER

PANAMA CITY BEACH FLORI

32417$8072 B010

DISC-00982

MRS. KINGSLEY,

IVE ENCLOSED A COPY OF MY MOTION FOR YOUR OFFICE TO LOOK OVER ANY MISTAKE ECT THAT ARE TO BE FOUND CAN BE FIXED ONCE TYPED UP. AS BEFORE I CLEARLY STATE THE FACTS. IVE HAD A TUFF YEAR! AS OF NOW IM FIGHTING ALL FROM CM I TO THE COURTS. IM GLAD FOR THE SERVICE OF YOUR OFFICE AND ANY QUESTIONS YOU MAY HAVE YOU CAN CONTACT MY WIFE DORA. I HAVE SEEM TO LOST MY COPY OF FIA CONSTITUTION IF YOUR OFFICE COULD PRINT OUT ONE FOR ME I WOULD BE GREATFUL. ONCE AGAIN MAM THANK YOU OH AND MY WIFE SAID YOU SENT PURPLE FLOWERS FOR THANKSGIVING. SO THANK YOU AGAIN.

IN HONOR + RESPECT

Kevin Hunt

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,
PLAINTIFF.                           CASE NO. 2019-UF-21212-LR
VS.
KEVIN HUNTER,
DEFENDANT.

DEFENDANTS REPLY TO STATES RESPONSE
MOTION FOR POST CONVICTION RELIEF

GROUND -1

THE STATES CLAIMS TO THE DEFENDANTS EYE WITNESS
ACCOUNTS AND ACCOMPANING ISSUES ARE UNJUST
AND FAIL TO MEET THE FLORIDA CONSTITUTION LAW.
THE DEFENDANT WILL SHOW THAT ALL GROUNDS DO MEET
THE FLORIDA CONSTITUTIONAL LAWS AND THAT EVERY
GROUND IS FACTUAL THEREFORE MERITS FURTHUR REVIEW
BY THESE COURTS. AT NO TIME HAS THE DEFENDANT
ACTED OUTSIDE HIS LEGAL COMPASITY NOR HAS THE
DEFENDANT ADDED CLAIMS THAT ASSERT FALSE OR
FRIVOLOUS ACCOUNTS. ALL PARTYS INVOLVED IN THIS
MOTION HAVE ACTED OUTSIDE THE LAWS OF THIS
STATE IN VIOLATION OF FLORIDA CRIMINAL RULES
AND PROCEDURE 3.850 (21)(u) THE DEFENDANT FURTHUR
ASSERTS ALL PARTYS WHO ACTED AGAINST THE VIOLATORS
ON THOSE LAWS WERE DOING SO IN AN UPRIGHT
COMPASITY. THE COURT SHOULD GRANT DEFENDANT MOTION
BASED ON THESE FACTS.

(1)

GROUND-2

THE DEFENDANT AFFIRMATIVELY ASSERTS UNDER OATH
IN THIS MOTION THAT HE MET WITH APPOINTED
MEMBERS, WHO INFORMED HIM THAT MR HOIT DID
IN FACT CHECK OUT OF HOTEL IN JACKSON COUNTY
DAYS AFTER MR HOIT WAS ON TV PROGRAM FOR
SUPPOSED KILLING OF HIS AFRICAN AMERICAN GAY
LOVER, AND OWING THE HOTEL BILL. THE DEFENDANT
IN HIS MOTION TO THE COURT HAS NAMED THE EYE
WITNESSES "IF THIS COURT NEEDS THESE AGAIN DEFENDANT
WILL DO SO. THE DEFENDANT HOPES THIS COURT WILL GRANT
EVIDENTARY HEARING ON THIS GROUND.

GROUND-3

TO THE STATES CLIAM OF INEFFECTIVE ASSITANCE OF
COUNSEL IN VIOLATION OF THE SIXTH AMENDMENT-
(K)(2) HAD MIXED QUESTIONS OF LAW AND FACT
ARE FRIVOLOUS. THE DEFENDANT ASSERTS THAT BIAPE
TOOK AN SWORN OATH AND IN DOING SO SWORE
THAT HIS CONDUCT WOULD UPHOLD THE LAW TO
THE LETTER. HOURS LATER HE FAILED HIS DUTY TO
THE STATE. THE DEFENDANT HAD SEEN ALL INK LETTERS
BE STAMPED AND X IN (K)(2) VIOLATION OF
CONSTATUTIONAL AMENDMENTS. THE DEFENDANT DOES
NOT SEEK AN EVIDENTARY HEARING ON THIS GROUND
HE JUST WANTS THE COURT INFORMED SO THAT
MR BIAPE NEVER IS ALLOWED TO PRACTISE FAMILY
LAW IN FIORIDA COURTS AGAIN.

GROUND-2  I.R. SNODGRASS III, B CAWTHRON, E. KOLODNY, J. BRANSON.

(2)

GROUND - 4

THE DEFENDANT ASSERTS HE WAS CHARGED AS A PRINCIPLE TO (4) COUNT OF AGG ASSAIT THAT OCCURED OVER A FOUR DAY PERIOD. TWO OTHER CO-DEFENDANTS E. KOLODNY AND G. FINNICAN WERE CHARGED AND CONVICTED AS FOLLOWS: MR KOLODNY WAS CHARGED ON 8-23 FOR CONSPIRING 8-25 FOR ATTEMT AGG ASSAIT AND POSS OF WEAPONS.. MR FINNICAN WAS CHARGED WITH 8-26 AGG ASSAULT AND POSS WEAPONS. THE DEFENDANT WAS CHARGED WITH A 10-9 ACTIONS THAT CAUSED GREAT BODILY HARM. DUE TO THE DEPARTMENTS CONFIDENTAL INFORMATION THE DEFENDANT IS ALSO CHARGED AS GOVERNER. THE DEFENDANT ASK THE COURT THE CHANCE TO AMEND AND GIVE FULL STATEMENT OF FACTS AS TO GROUND 4.

STATEMENT OF FACTS:

MR SING WAS THE DEPARTMENTS CASE-IN-CHIEF AT TRIAL. MR FINNICAN DID NOT TESTIFY BUT DID WRITE THE DEFENDANT HIS STATEMENT OF FACTS MR KOLODNY DID WRITE STATEMENT CLEARING DEFENDANT OF ALL ACTIONS. BOTH MR FINNICAN AND MR KOLODNY HAVE HONOR THIS COURTS AND STATES LAWS MR SING HAS FAILED TO COMPLY WITH FLA. STAT CHAPTER 21.16(K) AND (2) FIRST DEGREE FELONIES (SEE FLA CONST) ALSO TO SUPPORT HIS ACTIONS HE MASSED PRODUCED WEAPONS FOR LAW ENFORCMENT. AFTER SEVERAL HANDS ON AND A FINAL 8-23 TWO TO ONE UNDERSTANDING. MR SING ATTEMTED TO USE VIOLENT FORCE AGIASNT THE COMPANY. NOT ONLY DID HE USE PROFANE AGAINST THE COMPANY PRESIDENT HE SAID F THE WHOLE COMPANY HE WAS THE FACE OF IT AND NO ONE WILL STOP OR MAKE HIM DO ANYTHING. MR SING THEN ATTEMPT TO THREATEN TO KILL EMPLOYS OF THE COMPANY. MR SING PERSONALLY THREATEN MR KOLODNY AND SEVERAL (MR BRANSON MR CAUTHRON) MR SINGS ACTIONS REQUIRED INEADATE ID PASS REMOVAL FROM COMPANY.

(3)

MR SING STATES THAT HE WILL NOT TURN IN HIS ID AND THAT HE IS READY (MEANING BY ANY MEANS) TO MEET FORCE WITH FORCE. THE DEFENDANT OVER A TWO WEEK PERIOD PRIOR TO THIS TALKED WITH MR SING TO NO AVAIL, FORCEING THE HAND OF THE HEAD OF CITY OFFICE TO TERMINATE MR SING. MR SING WAS READY HE FILED A FULL REPORT ON ALL PARTYS LISTING NAME POSITIONS AND INSIDE OR OUT OF TOP COMPANY PEOPIE. THESE ACTIONS OF MR SING LEAD TO THE DEFENDANTS REASON FOR FILING THIS MOTION AND THE COURT SHOULD GRANT AN EVIDENTARY HEARING ONLY DUE TO MR SING IS STILL IN POSS OF COMPANY PROPERTY.

STATEMENT OF CASE!

THE DEFENDANT HAS MADE IT CLEAR IN HIS MOTION THAT NO ACTION SHOULD BE TAKEN AGAINST AN COMPANY EMPLOY WITHOUT A FULL INVESTIGATION. UNLESS THE EMPLOY COMMITS ACTS THAT ARE TREASONS OR HARNFUL TO OTHER EMPLOYS. DEFENDANT BILEVES THIS COURT HAS BEEN SATISFIED ON THAT MATTER NOT ONLY WAS MR SING GIVEN FULL INVESTIGA ION AND OFFERED MANY CHANCES AND HELP HE RUFUSED ALL ATTEMPTS THEN TO LATER INFORM ON THE COMPANY. HAS JUSTIV SHOWN THE COMPANY MADE THE RIGHT CHOICE TO HOLD MR SING ACCOUNTABLE TO THE FULLEST. AN EVIDENTARY HEARING WOULD MERIT ONLY THE RETURN OF COMPANY ID CARD LETTERS MEMO ECT THAT MR SING HAS AND TO CLOSE OUT HIS ACCOUNT PERMANTLY WITH THE OMPANY.

(4)

GROUND-5

THE DEFENDANT DOES NOT WANT THE COURT TO ERROR
IN OVERLOOKING THE FACTS OF THIS MOTION.
THEREFORE ITS THE DEFENDANTS LEGAL DUTY TO
INFORM THE COURTS IN THIS RESPONSE ON ALL GROUNDS
AND EVIDENCE. MR FINNICAN HAS FURTHERED THIS GROUND
WITH A STATEMENT OF FACTS TO THE DEFENDANTS KNOWLEDGE
TO BE WRITTEN AS A SWORN STATEMENT. TO SUPPORT
GROUND -4 AND GROUND 5.

STATEMENT OF FACTS

MR. FINNICANS CLAIMS ARE! THAT MR CAUTHRON DID
TELL MR SING EVERYTHING BEFORE HAND THAT THE BOARD
MEMBERS HELD IN SECRET. (1) THE COMPANY WANTED MR
SING ID (2) THAT THE BOSS GAVE SPECIFIC ORDERS TO USE
EXCESS FORCE. HE ALSO CLAIMS MR CAUTHERON AND BRANSON
FAILED TO FOLLOW TO THE LETTER THE COURSE OF ACTION
THE BOARD MEMBERS VOTED TO TAKE. (EXCEEDING NORMAL
ONE ON ONE BUT TO A TWO TO ONE AND NO TIME ALSO TO
MAKE SURE THAT MR SING IS SENT TO BUTLER OFFICE) IT
WAS HERE THAT THE DEFENDANT MADE ATTEMPT TO HELP
MR SING THE BUTLER OFFICE WOULD HAVE MORE SENSONAL
EMPLOYS TO BETTER DEAH WITH MR SINGs INSUBORUATION
AND SAVE HIS JOB. BUT AS MR FINNICAN STATES
MR CAUTHRON AND BRANSON DID MINIMAL AMOUNT TO
MR SING. WHICH CAUSED MR SING TO ARM HIMSELF
AGAINST BOARD MEMBERS. MR FINNICAN ALSO ASSERTS
(3) OTHER ALLIGATIONS AGAINST MR CAUTHRON (1)
MR CAUTHRON DID NOT EARN HIS ID INSIDE COMPANY BUT
ALSO MR BRANSON WAS GAVE HIS I.D. (2) MR CAUTHRON
FAILED THE FIRING OF STEVO AND GAVE COMPANY INFO
TO UNPRIVIAGED COMPANYS. (3) MR CAUTHRON AND MR BRANSON
FAILED TO AGREE TO FIRE MR SING AND EXPOSED THE
MATTER TO MR BLADE AFTER KNOWING MR BLADE WAS FIRED.
(4) AFTER DEFING TO FIRE MR SING THEY WERE GIVIN THE

(5)

TASK OF SENDING MR SING TO BUTTER OFFICE AND FAILED (5) AFTER FAILING MR SING TELLS MR CAUTHRON AND MR BRANSON TO THEIR FACE." F THE ID, F THE PRESIDENT AND HE IS GONNA STAB THEM UP AFTER HE STABS MR KONOONY "THEY DO NOTHING AS MR SING GETS HIGH IN THEIR FACE BY MR CAUTHRONS OWN ADMISSIONS, HE STATES TO MR FINNIGAN "I DONT CARE AND WENT TO WATCH A MOVIE" (6) MR FINNIGAN THEN CLEAMS THAT THEY MR CAUTHRON + BRANSON TELL MR SING ALL TO SAVE THEIR OWN ASS. (7) TO REDEEM THEMSELF MR CAUTHRON WAS SENT WITH MR BRANSON TO AID MR FINNIGAN TO FIRE MR SING. MR BRANSON NEVER MADE IT AND MR CAUTHRON NOTIFIED ALL PEOPLE IN BUILDING "THAT THE FIRING WAS ABOUT TO GO DOWN", AND STOOD 15 FEET AWAY NEVER ATTEMPTING TO HELP. MR FINNIGANS STATEMENT IS NOW ON RECORD WITH THESE COURTS. AS A RESULT AN EVIDENTIARY HEARING ON THIS MUST BE GRANTED TO FULLY DETERMINE IF ANY OTHER EMPLOYS UNDERMINDED COMPANY POLICY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I PLACED THIS IN THE HANDS OF INSTITUTIONAL OFFICIALS FOR MAILING BY US MAIL TO _____

ON THIS DAY 20 OF MW

KEVIN HITER
DC-S24282

(6)

Paul M. Harris #373723
Dade C.I.
19000 S.W. 377th St.
Florida City, Florida 33034

MIAMI FL 331

21 FEB 2020  PM 6 L FOREVER

Barn Swallow

T.T. King

Panama City Beach, Fl

32417-807272

DISC-00979

Feb 30th

- Lib -

Radical & Racial Greetings my Brother
as I'm in hopes that these words find you in good
spirits and health.

I'm writing you this letter because of an issue
concerning a Christopher Winfield N17603 who goes
by the name of Chevy. When I was at B.M.C dude
was supposed to handle some business for me. I ended
up doing a Cash App to his mother A Weazer 68 for
$150⁰⁰ He ended up going in under suspicious circumstances
I feel intentionally. The whole ordeal could have been
avoided needless to say. He sent me word not to
worry that everything was good. That was two and
half months ago. I called this fuckboy's mother and
left several messages to send my money back to no
avail. Dude has played all the way across the
board and it appears that he doesn't care nor does
he think there will be consequences for his behaviors.
I want my money plus I want him to be held accountable
for his wrightous actions. All I did was helped
this dude and kept him from being eaten by the
wolves and this is what I get in return, straight treason
lies and game playing. Dude's a joke and played Bro.
The whole objective is to get my money first. He can
send this back to Prada CK which is where it came
from. You can call Sis once he does it at 239-645-3358
and verify that it got done. My mothers number is
863-604-8588 she should you need to relay a message.
I would appreciate you making sure the money gets
taken care of first then he can be held accountable
should it be needed.

I've been living way down south these days
in Dade County which is just like living in the hood.

/

DISC-00980

Niggers and fags everywhere. I have Jit Parker
and T.Y. living in the same trailer park. Jit's been
fucking up for some time and was on it heavily
until I got here. He cleaned up for a minute and is
back fucking up. I'm not impressed and he's falling way
short of expectations. I don't know how things will turn
out but I'm not on how he's living. I don't mind working
with ours but he's not even trying and seems not to
care. Time is running out along with my patience.
    I don't know how life's been treating you but I
hope things are good for you. Most definitely check in
and keep us posted and see if you can provide a way
for Dog to speak with Michael. Cool.

    Alright homey, I will bring this to a close for
now. Hold your head up and stride with pride!

Diablo = ? Alonzo
         Alonso

21



Paul Case-139238-E3106
Santa Rosa Correctional Institution
5850. E. Milton Road
Milton Fla
32583

A STATE CORRECTIONAL
INSTITUTION

MAILED FROM A STATE CORRECTIONAL
INSTITUTION

32417-807272

Christina Barker

Panama city Beach, Fla
32417

DISC-01199

6-25-18

Johny,

Twenty one - two - twelve

Greetings my brother I hope this Letter reaches you and yours in good health and Spirits and that the Gods are Looking out for you. Its been a couple months Since we have written eachother and I really wanted to drop you a Letter and ask you two Questions that I need answered. As you Know I'm Still in that old hood Should be moving Soon to 3. But a dude moved in down the road named Dawail Bruner from Suncoast Says he Knows you but I remember Someone checked-in on you while we Lived in that place on G-Street is this that dude. what can you tell me about bruner? 2 Question Got a good dude who has done All the requirement but didnt get the iNK done Can he get it Now? Someone is saying "No". This dude went above & beyond to earn his Keep "I say yes" Well I'm Just hanging out having me a Cold beer "yea right I wish". I hope your good and hangen out Stay out of trouble. write back asap.

Paul
"MUDD"

JASON HAUCK #1263693
Okeechobee, C.I.
3420 N.E. 168th St.
Okeechobee, Fl 34972

32417-B07272

John Barker
Panama City, FL 32417

WEST PALM BCH FL 334

23 APR 2018 PM 2 L

OKEECHOBEE CORRECTIONAL
INSTITUTION

MAILED FROM



DISC-01280

BIG BRO,                                                          4-22-18

PARTIAL GREETINGS to you Bro.
I hope when this reaches you all
is well. I'M down here in the
Sun at Okeechobee. Red Dog says,
he sends his Love & Respect also!
--- By the way — this is
"Cincinnati" --- We was at Washington
(Me, You, & Bam)... All is going well here.
There is a little... Confusion here
tho. I DID ~~~~~ & was able to
give those new ones to the fellers
here. But the note you put on
the back of my history papers... Was
left at Butler. So I relayed all
that was there. There is something
called: "TRUST & Verify"... So if
you can relay word down this way,
It would clear things up. I had
already had my nod & 3 thumbs up
But... Anyways, I hope you and
all worthy are doing good up there.
I go home, Feb of 2019. So I
look forward to our future Support.

                    UTMOST Love & Respect
                    CINCINNATI

JASON HAUCK #Y63693



Guy E Smith 067049 E-2104-L
Hamilton Correction Institution Annex
10650 SW 46ᵗʰ St
Jasper, Florida 32052

Nick Ferro

K0934 5

Hamilton Annex

Tina King

Panama City Beach, Fla 32917

32417-807272

MAILED FROM A STATE CORRECTIONAL INSTITUTION

JACKSONVILLE FL 320
PM 3 L

Apr 10, Tues.

Dear Tina,

Well hi howdy & hello to you. How have you been doing? I got your letter just last nite, so I thought I'd sit down & pen you a few lines today.

I got the the 8 sheets of writing paper you sent with your letter, along with the two stamped envelopes & a pack, this paper I'm writing on is part of what you sent. ☺ Thanks for that. It was pretty thoughtful.

Your letter presented a lot more questions than answers. When I first got it & read it, I immediately put my mind to work trying to see if I could pull up any memories. As you can well guess, I started with your last name King. Only remember one King from the 70's and that was Sue King. I know she has some young uns running around but I eliminated you as her daughter.

One other thing came to mind as I was doing my brainstorming. First, ya didn't say how you got my current address. ☺ I've only been here about 5 months so far (got here May 16th) so you either got it from someone who knows me well, or ya got it off the DOC website.

Then it dawned on me that you know a little about prisons. For example, you know I have a phone list of approved phone numbers.

Which reminds me, I got your phone number you sent. My month to make

additions/deletions & changes is every 6 months.
My months are May & November. I'll add your
number next month when I put in my list.
And people not familiar with the
prison system, wouldn't know that they
even ALLOW writing paper & envelopes to
be sent to us, yet you knew.
I had to chuckle a little about
what you said about you being really
young when we first met, but that you're
of legal drinking age now. My math isn't
up to college level any more, however, it's
NOT hard to figure out that you have to
be at least 50. ☺ So yeah, that sounds
like legal to me Ha Ha Ha

Anyhow, there was only one other Tina
that came up. Her last name was Durham,
I'm gonna guess that your last name was
NOT King back then?
At any rate, hopefully, you'll be able
to answer ser a of my questions as time
goes along. From what you wrote in your
letter, it sounds like you're planning to
STAY in touch now? Yeah, I'm ALSO always
happy to write family. It's kind of funny
in a ironic way, but people that sit
down & actually put pen & paper together are
getting to be like dinosaurs. Almost extinct.
I say almost, because there are 3 animals
that still exist today, that are virtually
unchanged from Prehistoric days. Can

you guess which 3?
You asked how my health is? All things considered, I'm still in pretty good health. My worst ailment is arthritis. Course, with the use & abuse I gave my body, that is a surprise. I still do early morning stretches & exercise every day, and still do power work outs 2 to 3 times a week. I've got deteriorated disc in the lower back, arthritis both hips, had both knees replaced with fake ones, and arthritis both ankles & feet. Hurts like hell sometimes, however, because I exercise regular, it don't slow me down much. ☺ I don't have heart problems or high blood pressure. My BP stays around 120/80. I don't have a cholesterol problem or, as a lot of people nowadays, diabetes. As you can well imagine, my biggest problem is that I keep walking up in prison every day.

Oh Tina, this is short so you'll know I got your letter. I really look forward to hearing from you. And in the near future, I'd like to have a photo. ☺ Can't guarantee it'll jog my memory however it's always good to be able to see the face of the person I'm writing. Hope these few lines finds you well, healthy & in good spirits. Take good care of yourself. Oh yeah, one last quick question. How long have you lived in Panama Beach? How do you like that area? Okay so that's

Two questions Ha Ha Take care + I look for-
ward to hearing from you.

Best to You,

Wolf Zoy
So Fla ½

P.S. It occur occurred to me,
as I was signing this letter
that you might not know
my nickname is Wolf. I
don't think this is the case
because in the 70's almost
no one called me Guy.
I had the nickname since
High School + THAT was many
moons ago Ha Ha However, just
in case, yeah, I'm one of those
bikers you hear about. I've rode
bikes for a large part of my
life, and have been a Club
member of various Clubs over
my riding years.



DISC-01254



Franklin
U.F. Bro got
his patch cut
White head
Bro's name
Bro. got stabbed
in Cripple Not U.F.
WORKS in Kitchen
Matt is in K dorm
Neutron
Fire at Washington
got busted drugs phones
Washington - head
tattoo of swamp

DISC-01269



DISC-01338

①

JOHN & CHRISTINA                                                    2,25,18

Greetings, First and Formost Love, honor, Respect. I hope your doing Good
~ was given Ms. Christinas Address/Phone # By My Home Boy our Brother
Jei'l Johnson A.K.A Boot several Months ago at Taylor C.I. I real ze
That this is a long letter However, I Would Like to Address severa
Important Matters, share some Information About myself. Please
Know that I have Been a National socialist/White supremacist For
25 years, My Whole Body is coverd in Pro-White Propaganda Tattooe
and Because Uncle David states in Precept # 12 that Truth Fears
No Investigation I took My paper Work Regauding my case (In
Which I Know you Already Know about) To the Brothers at Centur
~.I In 2015 And told them to Investigate Me, (In Which they
Respected) BUT Read My papers First and then passed them
Around to the other Brothers To Where MUltiple Bros Voted
▬▬ ▬▬ Me into our Family. Though i do not have yours or Russ
knock out skills And i s metimes Lose my Fights my Attendance
Is 100%. I promiss you I am Not telling you this Trying to strok
my own Ego Because i dont Rock Like that, BUt Due to the Fact
That i had Went into a cell with a ▬▬ 6FT 2,320 Pound Nigroid Called
Big Bruser and Busted his Eye/Nose And got mine Busted As well
Then Three days Later Faught Another Nigroid While i was stil
ore/Banged up From Big Bruser and did this in the Dorm Where
Century's Senior Lived, As well As others knowing me From other
Camps As Being A stand up Honky, Win, Lose, or Draw, I was told
That i did not have To Probate that My Reputation As A White
Supremacist was Good Enough. When you and i was at Madison
In 2001 and You Walked out to the Basket Ball Court With A
Honky on each side of you, I was standing on the other side
of the Court Watching the Game, You Looked At the Red
Headed Wigger Jeramy Hollenback who was
Sagging & Acting Like A Wigger You Hit
him one time Knocked him out Cold. I said to
myself Hell yeah thats that Honky Right There!
And am Not Surprised that Your ▬▬▬ our Trump

DISC-01339

②

▬▬. I dont know if you Remember But Just several week
3efore you knocked that wigger out a Group of Nigroids Ra
around swinging on whites trying to get Transferd. ALL The
whites I saw get swung on Ran, I did not. I was The Honky
who Dumped my canteen out of my shirt in the grass infront
I THINK
of E-Dorm (The Dorm closest to the Reck Field) As soon As the First
Nigroid come in my Arms Reach I punched him in the mouth to
where he retreated. Surprizing myself I was Able to hit Two
more without Any of Three of Them connecting with me Before
The police come and put us ALL on The Ground. The Horns were
sounding off on the Compound And They Had Locked the Reck
Field gate so that inmates could not come off Reck Field And
Add to the little so called riot However, The Fence line on Rec
Field was lined up with Honkys shaking the Fence Cheering
me on when I was Advancing Towards Two of them with   M
et up And they were Both Back stepping Away From Me, the
Sas A rare occasion For Me Because Though I am Not Colore
Cared I lose A lot of my Fights with the Nigroids Due to
Never Having A Male ▬▬▬▬ Figure in my Life to teach Me
Kill All The Blacks were Transferd For Insighting A Riot
LL the Honkys But Me left on Check in, when I got out of
The Box And come Back out on the Compound is where I me
HAD Mike Sidel, Because Him And About 20 more Honkys come
Up to me And Interduced themselfs To Me Assuring me
hat if they could of got off Reck Field they would of Sided
With Me (Took my Back) Mike was one of the Few I Believed, We
ecame Good Friends, I went To F.S.P in 2012 For Taking Brian
Welks Back A.K.A (Scabby) At Cross City which is Jokers
Home Boy, Childhood Friend. I was Able to Feal Loyal And
Honorable to my kinsmen/ white Race I ▬ Them
Situations. I have 3 patches that Run Accross     My
Back That Are Almost Idenical to the patch (our patc
hat I have on the Back of my Neck, The only Differan
With the ones on my Back in which i've had For 12 ▬▬

DISC-01340

④

up he told me he was putting me in confinment until i grew my
hair out, and coverd up my Big Swastika / White Power Tatitoo
in the Back of my head, To where i received Two seperate DRs
for Threatening t stab his Black Ass To Death, To where i was
put on strip for 72 hours, put on Highten Security, Housed
alone For 87 Days And Negitive Transferd to Taylor. To where
i Took the Pound as senior. I put Together a Three man patch
and counsel, started a treasure And put together a structure
i Pecking order with what i Had to Work With. I Explained
To the Brothers / Probates That a constructive Unit Equals
Unity and when We Are United through Unity There is
No room For Discord, So We Rocked As A Unit, So much that
the MS 13s stepped to me Telling me They Liked How i was
Uniting our Folk, Asking me About us Crossing Flags However
i Explained to The Mexican i Dont Have ~~Authority~~ To Make
Calls Like that. Two months After i was At Taylor i fought
a 74 Gangster Desciple Called psycho, Though i Didn't
whoop him i got There and got me some Licks in too. While
i was in the Box Brother Boot sent me the New 21s He
said he got From ~~oops~~ our New Trump
on the slab, so i sent a copy out to the pound to
Be EnForced (Boot went Back To slab For A knife) Due to the
Fact That i Read No Toads, Fags, Spicks, Child molesters. As
cellMates, I refused Two Differant Toads As cell mates
was put on strip For 72 Hours To where i Almost Froze
To Death. For the First Refusal, then Taken out At 4! AM
and slapped 4 Times By Two Differant Sargents while
my Hands was cuffed Behind my Back on New Years
morning For my secound Refusal. Never the less i did
my whole 45 days in Box with None of the Above
outsiders As cellmates, with Boot As A witness
To This. I was Then Negitive Transferd to Jackson
I said All of that to say this, I am 48 years old though
Not An old man Defenitly Not A spring chicken Brother

DISC-01341

③

Compared to our patch on the Back of my Neck 's the three br
my Back have SwastiKAS in the middle unstead of Bolts. Neve
The Less i have Fought Racist Nigroids over the years who h
Not Liked my Back patches. Please know that even though Litt
Brother RJT is under Investigation Right Now, Ho Told me
REBEL From the First time i met you I was Fucked up Abc
You. Me and the Brothers here Feal you should have Been Brou
Home to J.F years Ago. I am sorry to read how Bad the Courts Fue
You over But For what it's worth i Look to you As An Elder Ar
I am Honored to Be the Honky to get to patch the REBEL. Also ki
That in 2017. our Good Loyal Brother Mike A.K.A Tattooe witn
A Nigroid Sargent Assult Me. While I was Hand Cuffed From Behir
For stANding up For our cause/Symbols, To where when they rele
Bro Mikes Dorm For chow 20 minutes After my Assult/Being put i

The Box, Because i had Just got Done Explaining to Mike th
uncle AdolF stated in his Book mein kAmpt (my struggle) That if o
man Loves his people he proves it solely through the sacrifices in th
de is Prepared to Make For them. And that in given ones LiFe For th
Existance of the community Lies the crown oF All sence f sacrif
Brother Mike went out For chow, They say he walked up to the To
Sargent who Assulted me, hit him with A six peice knocked hir
out. woke him up let him put up his set then knocked him ou
Agin. Bro Tattooe Being the Any man who Loved his people Reb
To where he Proved it soley through the sacrifice Ass whoopir
5 years O.M In which he was willing to take For me. So Tho
I personally Dont Try to stroke my own ego, we have some Good
Solid Brothers who Are Also Intelligent having Delt with
The Trickery/Fuckery of the court systems themselfs know
ing i received An Injustice, who Love ole Rebel And stro
my Ego For me. To where me, RJT, mad Dog, who were Alli
Confinment were special reviewed Away From each oth
Because the Administration swore that we put A hit on the Ti
F was then sent to Hamilton After Two months on the compou
+ Black Major come up to me and told me to cuFF up After i cur

DISC-01342



I have Been Assulted to wher my Head WAS Busted open, A Big
Patch of skin scdubbed off By The concreet Leaving A Budd
of Blood. have received 5 DRs, 3 Negitive Transfers, Foug
Nigroids, Been put on strip Several Times, And Slapped
ALL in the Last year Fo stANding up For our Cause/Rockir
our symbols. The here and Now, sadly our Good solid Brott
side Burns was killed. in the same pod As me Just severa
weeks ~~~~~~ After him and i arrived here, i got here one day Bef
Him. Though i had Never met him Before he had herd about me
From Bruder Mike on the slab and Loved and Beat on me Lik
I was his Long Lost Brother that he had not seen in yea
Him Being way out of my ~~~~ Leauge with hands and Feet
That Horky put me in ever Arm & Leg Bar known to man. He
Punched me so many times sparring I could hardly walk
Up and Down the stairs, But ALL in Love & Fun. That Hon
Blessed me with 5 50s of strait GAS, 13 caddelacts, chubs
Bags of mud, Beef stews, soups, Etc. However Did not Bles
These other Brothers Like he Blessed me, which spoke
VAlumes to ole REBEL. After he would Bang me up sparri
He would tell me I Love your old ugly ASS Honky In which
I know he did By his Actions. Please know that I th
me to my heart to Lose my little Hot Headed BAD A$
Brother And i promiss you that By the time i
Realized what had happend to him, there was noth
I could Do, The police were every where Telling us to
Lock Down which has Been Investigated And
Leads me to this. Though I have Been through sev
Kinds of Hell in the Last year For standing up For
us, I the oldest Brother here has been chose to complet
A mission that gos aginst everything I as a Pro whit
Man who Preaches Aginst white on white crime
stands For. The mission i have Been Chose to complete
Is Aginst A Puppy, A wind Bag, in Whom i am old Enough
To Be his Daddy, To where I can Feal No Honor in thi

(6)

Mission Because i Don't Beleive this is what my Bro' Side Burns Would Have Wanted "Me" to Do. However it obvious The Powers Behind the sene Do want "Me" t perform this mission ████████████. I would Like to Beleive That i Have Been Called o Because it's Known ██ I can Be counted on ██ And Not Becaus █ people think Iam A Sick Ass Pceditor Because of my cas The Drama Queen Ass Junky Lies ████ Has ████ Robb Me of so Much Already To Think That iam Being singled o or Picked on Because the powers Behind the sene Do know the Lagistics of my case and Think Iam A chum Dr A Cooter Boy, when I Have solids in our Family wh know otherwise Gives me Conflicting Thoughts/Fealir About this mission. No Disrespect to Ms. Christina Bu Iam in Prison Because of the Deceitfullness of A women And I've only Talked to Ms. Christina one Time For About 5 minutes, So Please MAKE sure this order is coming Directly From our ████ Trump. Though m completing this mission Gos Aginst my Pro white Beleifs A The End of the Day my Little Brother is in a pine Box, my Little sister Niki "Broken Heart/Tears Touched my Hear strings And Iam Being given An Order From A Honky that I have Mad Respect For, so Bleed that Little Mother F Fucker will, I give you my word As A U.F/Aram Man However, Iam Going To Try to get Away with it so please ████ Allow me to Move to my own Beat. For what its wort Though" I Hung out pretty Hard on the K2 when i First go Here I had A rough year, I Just got out the Box And Need To unwind, I Don't smoke Cigaretts Nor Do Any other Drugs And Now have Been Honoring The open close Door policy Limiting myself To Just one 3:00 stick After Doors Are Locked At Night. I Pray the Gods & Goddesses of our Aryan Ancestors Bless you Richly in all you Do. With that said keep your chin up, chest out tomping Hard until the motherfuck'n ████████



Brother Reb.

██████ Honkey!

Got your kites & am sorry that it has taken me this long to respond but I wanted to write the bylaws down for you first. Hopefully this kite will clear the air about all of this bullshit, & all of us can move forward & be a famly. Yes, I am serious about my senior patch position. & like you, I am ready to die about mine. As for the dictionary. You are more than welcome brother. I know that you will put it to good use. As for me having your respect as senior patch, believe it or not, that means a lot to me bro. I never wanted any of this inner fighting amongst us brothers Reb & am also glad that it ended in peace. It should <u>never</u> be "Brother against Brother." Bro, I give you my word as a brother that if I <u>ever</u> have <u>anything</u> to say bad about ole Redel, then I will do it to your face, okay. but as it stands right now, I can only speak good things of you Sport ! and another promise to you bro, if I hear of <u>anyone</u> speaking bad of <u>you</u> or <u>any</u> other of my brothers, I will straighten them then on the spot. As for you asking Rutt if he wanted to come in here & flip me, that is the first that I have heard about that and Bro, that dude had more than just 3 people out there, he had like 8 people with him. Bro, I really think that someone is either playing both sides of the fence or just trying to keep all of us going at it because not only did he have about 7 or 8 dudes with him, but I never said anything about you writing me kites. Also, never said anything at all about sending anyone to violate you Rebel! Please tell me who the fuck is telling you all this shit & we can straighten all of this shit out once & for all. Bro, for the last time. <u>I have no problem with you at all</u> Rebel, so I don't know who is who keeps feeding you a; of this false info but thats the person that <u>you & I</u> needs to have the problem with.

I love you Honkey & have mad respect for you, so show this kite to whoever is saying otherwise & tell them to suck my dick, now that all of this bullshit is over(at least I hope so) all of us need to move forward as a family together. And as for Bobby, Brother I swear that Bobby said that only playfully. Anyway Brother, much love & respect always to you & Boots see yall soon hopefully.

████    ████

Love and respect
Bruders
Senior Patch Joker
1st Elder

Brother Reb.

 Mein Bruder!

I really appreciate you lilling me be the 1st to read Lesson #2. Rebel, let me say a few things. First of all, you don't have to put <u>Anything</u> on your skin, patch or hammer,

because I read your paperwork to there is <u>No</u> <u>doubt</u> <u>at</u> <u>all</u> in my mind that you did not rape that whore &that the courts fucked you. And I am not mad at you or uncle David Lane, because facts are facts.

This is another great lesson & I can't wait for more. The way you break shit down is really great brother, & even a dumb ass like myself can learn from your lessons.

Second, bro I never meant no disrespect by not offering to probate you Rebel. You are a 100% solid ass honkey with a heart of gold & I know that you will be a true asset to our family. I guess that I had been so out of touch for so long & it took some real and true honkeys like Rutt & you to light that fire up under my ass & get me back on track, so thanks for that

also brother, you & I have had out problems in the past, but I promise you on <u>my</u> white skin & <u>my</u> patch to always be there for not only you Rebel, but for all of our U.F Brothers & all of the other solid pro-white Honkeys here with us.

If you <u>ever</u> need me for anything Brother, all you have to do is holler & I will come running. I am proud to call you my Brother Rebel.

Much Love & Respect Brother Could you please make Copies of the bylaws that I sent you & make sure that <u>all</u> the Brothers gets one?

Thanks

Brother Reb,

███████ Honky! Got your kite and I'm sorry that it has taken me this long to answer you. Bro, you and I have had our difference in the past, but just in case you leave without me getting to tell you this. I Love You ███████ Reb, you are a solid ass brother, and I can honestly say that I consider myself a better person for having met/known you, Brother. You helped open my eyes again and remember why we are all doing this. You have ALL of my love and respect Reb, 110%! I truly hope that the Gods shine upon you and get you closer to your mom and sister. As for no more letters, views and opinions from Brother Reb, I can't speak for the other brothers, but as for myself, I will miss them bro. I have really come to enjoy the stuff that you put out to us and even look forward to the nest issue.

Reb, you are a very intelligent Honky and I don't believe that your spot can be filled when you leave. As for your last letter, ANY and ALL of us brother could of felt like you were talking about us, that is because none of us are perfect. But, I think that we can ALL learn from what you said. Your job is to encourage and teach Rebel, and I think that you have been doing a great job. If some of those words were meant for me, then I need to learn from them, Not be offended by the. I love you Honky, and I know that if you are riding my ass about something or trying to teach me something, it is because you care and want a brother to live and do right and white. We might piss each other off sometimes Reb, but I know that your Heart is in the right place, always. Oh, and just cause you got all that size and them mean ass looks, you don't scare nobody either Honky. Just kidding Bro. I love and respect you 100% bro, never doubt that. I place you in the category as one of the best and solid Honky's that I have ever met bro, so please don't take that lightly sport.

So, with that being said, may ALL of the Gods and Goddesses of our ancestors Bless and Shine on you and your family ███████

███████
███████

Much Love and Respect

First Elder    *Joker*

Rebel,

███████ His been an honor to patch you! doing this time with you to, dont forget your the "propagandist" anywhere school 'EM! (!) love ya bro!

Rut

RUT Rutherford

████████

Neptune NJ 07753
(mom) ████████████

Rebel - it was great getting To know you I love you Bro ████████

MaDDoq

DISC-01348

Mr. Rob2,

Hail my little brother! Brother u know
I hold u down to my last. U done taught me a lot. I can't
brother u are a good brother that
right here. I am capable of anything. Is
all goody no snitch. U are my brother.
We had a good run fr. ti. 6/23/2015. If we
ever cross paths again. I know that
for sure. We are one of us out.
always remember we are the elite
of the elites. I'm a miss u brother
just know u will not be forgotten
brother i love u. i love u to
death. Brother i miss u. i got
our struggle. U who we are. Smash
all haters out there. Just keep
me close. Move in mud, cali up west
out. Flowers square, Beast-Mode.
19-88-23-16

King, Beast-Mode

⑪

REBEL, ▓▓▓▓ BROTHER.

I WENT TO SANTA ROSA WHICH TURNED OUT TO BE A PRETTY SWEET SPOT FOR C.M., MET SOME GOOD BROS THERE I GOT OFF A MONTH AGO. LANDED HERE. DEBO NEEDS RUT TO WRITE HIM AND EXPLAIN WHAT HAPPENED WITH THE BIRD SITUATION. WE TALKED ABOUT YOU, RUTT MADE A DECISION AND THE STAMP IS WHERE IT IS. I LET HIM KNOW ME AND YOU GREW UP IN THE SAME TOWN AND YOU WERE TOO PRETTY TO HAVE TO TAKE PUSSY. ME AND DEBO GOT PRETTY CLOSE, I HAVE AN ADDRESS FOR HIM. THEY JUST BROUGHT MY PROPERTY AND ALOT OF MY INFO AND LETTERS ARE GONE BUT I STILL HAVE ADDRESS. I WILL SEND IT OUT FRI. READ BIG KITE TO EXPLAIN WHAT I AM IN CONFINEMENT FOR. MAD DOG AND RED DOG ARE AT OKEECHOBEE AND SANDMAN IS THERE BUT THEY COVERED HIM UP. PLEASE MAKE SURE RUTT MAKES CONTACT WITH DEBO. BIRD IS AT WASHINGTON ANNEX. AND J-T WAS AT BUTLER WITH SOME MAIN. I AM PROUD OF HOW YOU GOT THIS WITH SOME STRUCTURE. HOPEFULLY I'LL BE OUT IN 30 DAYS. I'LL KEEP YOU INFORMED. BUT I SEND MY LOVE AND RESPECT AND I'M NOT MAD AT YOU AT THIS POINT IN TIME EITHER, I KNOW YOUR HARD HEADED ASS. BIG AND I AM STILL AT 280 SO I'M NOT AS BIG AS I AM UGLY. YOU KNOW IF YOU CAN SEND ME SOME SALT THATS WHAT I NEED.

Boot Diggler ▓▓▓▓

C.M

, WENT TO ICU TODAY, HAD THE NIGGER HOOD THAT SHORT HAIRED WHORE ON THE BOARD SO THEY DID NOT SPARE ME. NO REASON THEY SHOULD OF EVEN TOOK ME OUT THERE. I'M GLAD THAT WE CROSSED PATHS. ONCE AGAIN. YOU SHOULD KNOW I STILL HOLD ALOT OF RESPECT FOR THE WAY YOU WERE WHEN WE WERE GROWING UP. AND WHEN WE RAN ACROSS EACH OTHER AND DIDN'T SEE EYE TO EYE, THERE WAS NOTHING PERMENENT THAT CAME OUT OF THAT SITUATION. IT WAS JUST TWO GROWN MEN, TRAPED BETWEEN THESE WALLS, LETING EACH OTHER KNOW HOW STRONLY THEY FELT ABOUT THEIR OWN OPINION. BUT I NEVER LET YOU KNOW, WHEN I WENT TO THE BOX, HOW MUCH I APPRECIATED YOU GETTING MY STUFF TAKEN CARE OF, THE TIME I WENT FOR THE KNIFE OUT OF THE DORM. AND HOW MUCH I APPRICIATED YOU SHOOTING THAT STUFF BEFORE I WENT TO C.M. WHEN I GOT TO C.M. THATS ALL I HAD WAS SOME SOAP. BUT I WOULDN'T OF HAD THAT IF NOT FOR YOU. ME AND MY FAMILY HAVE GOT BACK ON TRACK, SO I'VE GOT ME ANOTHER RADIO AND ELECTRIC RAZOR I'LL KEEP IN TOUCH LET YOU KNOW WHERE I'M AT. DO THE SAME AND LET ME KNOW WHERE YOU LAND. ALL I ASK, IS IF IT COMES DOWN TO IT, THAT DUDE J.R. SHOULD NEVER EVER WEAR THE SAME SYMBOL AS US. I'VE THOUGHT ABOUT IT LONG AND HARD AND IF I HAVE TO WAIT TILL THAT FUCK BOY E.O.S. THEN I'LL BE THERE WAITING TO SET THAT PATCH I FUCKED UP AND SHOULD OF JUST FLIPPED HIS ASS FROM DAY ONE. BUT DON'T EVER GIVE THAT DUDE A YES VOTE. IF YOU'R ON THE POUND WITH HIM. I NEED CRACKER JACKS NAME IF YOU GOT IT. HE'S GOT SOME SHIT TO ANSWER TO ALSO. I'M WAITING ON LEA TO BRING ME A BOOK, AND ONCE STATE CLASS APPROVES ME. DON'T KNOW HOW MUCH LONGER I'LL BE HERE. LET EVERYBODY THAT NOWS ME YOU RUN ACROSS THAT I SEND MY LOVE.



Boot Diggler

DISC-01351



DISC-01352

Rebel,

(13)

████████. So whats the ole Rebel been up
to, havent seen ya Brother, miss ya
████████ need to get up with you, nothing
that can't wait, just shoot the shit
not going to the class no more, have
my reasons. just consitrating on me
i seen you were up for your classification
yr/review all go good, i just
had mine to all went good, put
in for my good transfer (1) and
faith that / also put in for a program
self improvment class, well ill talk
more when i see you Brother, just
know im proud of your work that
you have done as the propagandist
i got some stuff for you to "national
socialist" — third Reich material
know you dont talk to dude but i
need you to get a book from Ricky
for me its mine, its called "the
third Reich at war"/ i got to copy
something out of there, talk to
you soon Brother

████████

"Rut"/3
    "Lee"

Short book at
Breakfast when
you can,

when "littlefoot" gets out his,
patch will be covered up,
no no exceptions, he fucked up.

DISC-01353

(14)

Jace,                                                          7-21-17

My Brother, How have you been doing? Have you tried to Call ~~Home~~
at all? He this ~~▓▓▓▓▓▓▓▓▓▓~~, she would like to hear from you, Maybe you
tried to write me to the Chicks po box, you have to put it in her name
Raeann, Clark po box 15, Neptune N.J. 07754 So How's your new
place. Let Me fill you in on some stuff, i passed threw "Skinny's" place
said he Met you, Maddog talked sh.t about you im fucking irate, he
has Just wrote me to, he went to Jackson, Some dudes there said he
checked in over, if Mally debt.!! he wrote me said that they stabbed
him six times.!! another dude is destroying his Caracter in Social
Media!! Now he needs my help.!! big part of me wants to say fuck
you Maddog but im gonna see whats up, Birds Caused alot of
drama to, Him don', Kyle, Came hear, remember Bubba Bulldog, probale
he killed a Coon in H-3. gutted him out drug him to the shower
you remember what i did to "Web" Birds on the same track! thats
   all i'll say for now, i miss you my brother, you know they got
   that dude thats "someone Special" at your House "Fatboy"
they transferd Joker to Calhoun, no family is at Century. well
my loyal brother Stomp hard until the Mother fuckin bone
yard. ☺


                         your Brother & freind
                              "TheRut"


         Scratch that Bird part. He lost his Licarse
         plate. Make sure you send or return
              letter   to  me  ok.

              Much Luv
              Big Brother

              Raeann

JAC,

MY BRÜDER, FAMILY GREETINGS TO YOU... DID NOT PERSONALLY GET, LIK LETER THE "ALL SEEING EYE" IS LOCKED IN ON ME.. ALOTS BEEN GOING "ON SINCE "CENTURY" TIME. REMEMBER "BUBBA" WAS UNDER BULLDOG HE KILLE A MONKEY IN 64 THEY STRIPPED ALL HONKYS. I LANDED AT "BONIFAY FL SO DID BIRD, KYLE, DONE, STARTED TO BOOM THERE AND BIRD GOT TO "BIG HEADED" DID SOME UN-FORGIVABLE THINGS... STARTED AT GULF ON SOME CHECK IN SHIT, THEN TELLING ON FACE BOOK, N-THE HE SENT KITES TO OUR BRUTHER "SARGES" WIFE "SEXY" AND THEN DID IT TO "NEBOS" LADY. MANY MORE THINGS. TO WE GOT HOOK AT BONIFAY, SO OURS LASTED 90 DAYS THERE I GOT 85 TO DO IN THE "DUNGEON" GOT 40 DAYS LEFT... IM NOW LIVING IN SNEADS FL, HAVE NOT BEEN ON THE POUND YET BUT JOKER IS HERE. ALL IS GOOD "NAD". LOL... JOKER ALREADY SENT ME SOME SOAP TO. GOT SOME GOOD FAMILY MEMBERS HERE. BEEN WITH ALMOST ALL OF THEM ONE TIME OR ANOTHER.. "ANYWAYS". HOW'S MY DAD DOING "KAEANN" THOUGHT THAT WAS FUNNY BUT I TAKE THAT AS A COMPLIMENT" MISS YOU ALOT HONIKY HOPE YOUR EATING GOOD "BURGER AND COLD COKE" FUCK YEAH SO YOU LIKE YOUR NEW HOUSE I HEARD THATS REALLY THAT RARE "MAIDOG" GOT STABED AT JACKSON BOUT SOME SHIT THAT BIRD STARTED BETWEEN US AND "AC". "MAD" IS NOW FAR SOUTH LIVING WITH "J.B" LITTLE NEBO, SO THATS GOOD HOPEFULLY "RAE" WILL GET OFF HER ASS AND SEND YOU A PICTURE OF HER HANGING OUT WITH THE BRUTHERS IN EDGEWATER. GONNA RUN MY BEST BRÜDER. MLL#&R, THE MKY ONKY "YARDBOSS" RUT.

and maybe Mr. Yardboss is mistaken If he
thinks he's got the kind of woman that
jumps for him. Wrong Chick! Anyway
here's your pic Bro. As for your letters
I can't send those to him. They need
to be written from me or I'll have to
re-write them which I won't get around ↓

to doing since I don't get off my ass!! LOL. You might want to tell your brother that I'm In charge here. The Queen is the Key player on the chess board...... Soooo ... hope this letter finds you well.

Let me know if you need anything. Since soon enough I'll actually be your li'l Sister... Yup, Yup.

Always,

Reagan.

Birds name is Raven Hunter. I was back at the Work Camp and I was sending him cigs through the law library. Raised my custody and brought me back to New Unit. He sent me $200 I sent him 5 packs of cigs and paid the mules a pack. He was under the impression I owed him 4 packs or $100. I brought my big bag LG from work camp and he wanted me to sell it to clean my face with him but in reality he wanted my phone to clean my face. I said "no" he fared all this this shit to try and get me flipped. Told me he was going to come see about me. Me and Ross was in the dorm together. Ross told everyone they were not coming in there like that and after that was when Ross went in to 4 dorm. I paid Bird the top back. Couple days after that Sgt Payne run down on me and found something on my bed, which I still dont know what, here I am. Ty sleep next to me. I honestly think its a big power struggle since Rut went in and certain people are doing anything to get to the top now. Bird is yard boss now. Bro I dont no anything for sure, thats just a short version of the facts and we need an investigation I think. But on the same hand I dont want to accuse somebody of something when Im not 100% sure. Between me and you when you ok at all the facts Bird pulled the trigger in all of it and once he caught manipulate he told on all of us or dropped a kite.

Love you Dad

DISC-01357

Glad to hear your leaving this fucked up camp bro. Wish we would have had more time to have gotten to know each other. Hope you the best.. Shoot me your real name and # so we can keep in touch. Love yall

Russ,
   Love you cracker hope all is well

Rebel

⑰

To all of My Brothers,

Let me start by saying that I'm not going to disrespect the #'s because of what cell I am in at this time. check in

I am going to say I Love each and everyone of my brothers even the ones that lied on me, and the one that didn't do a proper investigation on what happened a few week's back they know that shit was foul! I still Love them. Back to reality, I know I FUCKED↑ and that's why I didn't fight in my violation. I was informed that I had to cover up when I get out. I don't want to, because I am UF! I just made some very bad choices. My head is clear now and I want the chance to prove that I am one of the Elete Mother Fuckers this patch stand for. This time back here has made me see that I have been naglecting my brothers my patch and what we stand for. If some of my brothers still think I'm spit, then I'm just going to have to change there minds about that. All I ask is for one last chance, not one more, one last chance. I'm clear headed and plan on keeping it that way. My probatee Smoke knows I'm a stand up Honky and will do what ever it takes to keep my patch if it causes me to catch a life sentence. And congradulations to our newest Brother. Honky's UP !!!

Pass on to next Bro!

Bones

(18)

TO REBEL

First Elder at taylor Annex 12-25-17
Dayton WI4IIAMS V25179:

Brother, first off I want to start this off by saying
I'm Sorry! And thankyou for Everything! There are So
many reasons why I shouldn't smoke K2. For one, my
Brothers Hate me smoking, and that should be enough for
me to leave that shit alone! But other than that
I am an extreamest encase you didn't know. Everything
I do, I do it to the MAX! That is a Blessing and a
curse fum the Gods. I don't know how to do anything
in moderation. It's all or Nothing. When I got to the
Workcamp I was all about Living Right and Respect. That
lasted all the way up untill I started smoking K2. Soon as
I hit my first stick of Black dope it was off to the races
I know longer kept my main ficus on the things that
mean the most to me. I put dope in funt of my family.
That is wrong of me and shows I need to leave K2 alone.
Another big reason I should leave K2 alone is I spend
money with Niggers. That discuss me when I sit back
here and think about me spending money that my
73 year old Grandmother sends me with Coons. ("SPIT!"
(Fuck Man! I Need my ass beat!) Plus people don't
respect K2 smokers as much as people who are all about
money and business. And when I'm Not on K2 that's
how I Rock. I can't take these bad habbits to the
street. They will only send me back to prison.
If I can't contol my habbits in here there is No
Way I can on the streets. I'm going to be more
Help to my Brothers out there than in here.
Me coming to confinement for being high makes
me and my buther look bad. Not only am I
sorry for that My family expects me to be home
1/16/19 I've got over 500 days gain time. They have
read a 10 years bid of mine them ennugh report

DISC-01360

to straighten up and come home on time. Not only
am I sorry for that, My family from Alabama
was taking a trip to FL. to come visit me for
the New year and the cancled because I came to
confinement. I feel like a Real peice of slut for
Choosing K2 over all this. I'm Sorry Rebel for
not being on point for you and our Brothers. I am No
Good for anything while I'm smoking K2. All our Brothers
did everything for me to show me how loyal they were
to me and I still wouldn't stop smoking. I felt like
as long as I could afford it, it was ok. That was
wrong of me and it will not happen again. My
Grandmother is 73 my GrandFather is 83 they have
taken care of me my whole life, it's time I grow up leave
drugs alone and go out there and take care of them.
I will be much better off if I leave K2 alone. The
longer I sit back here the stronger I feel mentally.

Sorry again. My Brother, this will not happen
again. I Love and Respect you Rebel! I've
only heard Good things about you and I'm
honored to be apart of your Brotherlink. Take
Care my Brother good luck to you in the Road
ahead. Keep fighting the Good fight.

Violation

P.S. I will start my pushups.
12/26/17 Soon as their done
I'll scream at you.

James Chadwick Doc# 128518 Bunk# A2 Below
Holmes Correctional Institutional Work Camp.
Boni Fay Florida 32425.

PENSACOLA FL 325
11 JUN 2018 PM 2 L

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

32417-807272

CHRISTINA Kinbsley
City Beach Florida 32417

DISC-01189

A-C-I ~~Casper~~ Grimm
~~Head~~

Rut is in
Bo~~x~~ w/ Rut

Dorby - Deuce

Short + AZ

① Roy hyatt
② Lew Ball
✓ ) Patches
Taken

DISC-01209

Madison C.I.

Madison Fla. 32340

MADISON CORRECTIONAL
INSTITUTION
PM 2 L

MAILED FROM
[illegible]

ZIP 32340
02  4W
0000348113

Christina Baker

Panama City 32414

32417-807272

SHREK called
about a SETH
steeling
Says he was w/ Bo
Right before He got out
IN Jacksonville

58.30   wipers
18.31
45.00
4.82
115.13
11.33
50.00
39.89
24.12
34.54
21.98
_____
4.52
5.62
25.03
3.73
10.20   472.52
3.06
2.49
31.81
144.53
18.56   672.97
_____
+209.00  left

I do not have different

Lb. 990

I do not have $25 for seat covers + I owe $60

881.97

672.97

//

DISC-01210

Christine,                                          7/23/18

How is it going out there for you.
This is Gator, I just wanted to
shoot you a letter of Introduction.
I became U.F 2/21/18. I was
a.c, and I made the Choice to
become U.F. I am from G-Ville
Fla, and I am a real good Brother,
I made the Choice on my own
to roll to U.F, and I will always
be U.F. I was Chosen to Sanctions,
and Exit drew me in, and I patched
a.c, then I learned this is U.F State,
and it took a lot, but I became
U.F. "Travis Goble" will Vouch, and my
family tree Consist of Bully, Hatred, and
J.C. (Jermey Crocker, rodney adkinson, and
David moenton), I went through it
at franklin with some Coon's and put
in work. I am now at Madison CI
Coon City. There are only 2 of us
here me, and Rut. The U.F Before
us left a bad Name here, (Banks, and Jerked
= Banks acted on his own accord
and met some one and put us all in =

jeopardy. I stepped to the plate and took control of the situation when I got here. I am all in. I love U.F, and this is a oath I will never ever break. Please tell Big Bro about me, and tell him I said Love & Respect. I've got 11½ years left of a 15 min sentence for a robbery. Of course I'm trying to get back to court, and give some time back. Please be in contact with me. Communication is everything. Please put me in the book of life. I live, and breath U.F, and I always will. twenty one too twelve to yo Sis hope to hear back soon. If yall need me you know where to find me. U.F, Tattoo Gaston

Chris Pugh

Love & Respect

to yall!

WHEN YOU WERE IN THE BOX AT CENTURY NO ONE
WOULD LOOK OUT BUT ME. ALL THE BROTHERS SAID I WAS
A FOOL CAUSE YOU NEVER LOOK OUT FOR THEM, SO WHY WAS
I LOOKING OUT FOR YOU? MY EXACT WORDS WAS CAUSE YOU WERE
FAM AND THAT IS THE RIGHT THING TO DO AND UNTIL YOU SHOWED
ME DIFFERENT I WASN'T GONNA GO BY WHAT THEY SAID. I REALLY
COULDN'T DO SHIT FOR YOU IN AL BUT WHEN YOU GOT TO DC I
DID EVERYTHING YOU ASK, I WENT THROUGH IT WITH YOU SO
CALLED BUDDYS ABOUT A JACK FOR YOU, I ENDED UP HAVING
TO BUY UP FRONT FROM WATER CAUSE HE DIDN'T WANT TO JUST
SHOOT YOU A LINE, AND THEN AFTER YOU BURN IT UP BY HOOKING
IT UP UROM (YEA I SAID YOU COULD HOOK IT TO THE BOARD DUE
TO WATER SAYING IT WOULD WORK) BUT STILL I TOLD YOU I
WOULD GET YOU ANOTHER LINE AND I ALREADY HAVE GAVE YOUR
16 BACK. I DOUBT YOU WILL FIND ANOTHER TO DO THAT FOR YOU
WHO TRULY KNOWS YOU. WHEN WE GOT HERE (HOMES) YOU SEEN
HOW THESE PEP TALKED ABOUT UP, NO RESPECT WHEN YOU
GUYS WHERE IN THE BOX I DEALT WITH THAT ISSUE AND GOT
EVERY ONE ON SAME PAGE AND WHEN YOU GOT OUT I MADE SURE
YOU HAD JUST LIKE I DID FOR CHAD. I ALSO STARTED TREASURE
AND NEVER TOLD YOU NO! THAT BEING SAID AND ALL YOU SEEN
ME DO HOW, AS THE ELDER DID YOU ALLOW WHAT EVER SITUATION
WAS WITH ME TO ESCALATE TO THE LEVEL THAT IT DID?
HAVE I NOT AS A PATCHED MEMBER EARNED THE RIGHT TO BE
CONFRONTED WITH ANY ISSUE PERTAINING TO ME? HAVE I NOT
STOOD IN BATTLE WITH FAM AND SACRIFICED SO OTHERS
WOULD NOT DO WITHOUT? THEN WHY WAS I NOT AFFORDED
THE OPPORTUNITY TO FACE MY ACCUSERS OR DEFEND MY
HONOR? TO MAKE MATTERS WORSE AND DISGRACEFUL YOU SEND
A PROBATE TO CUT A PATCH MEMBER? WHAT EVER DIFFERENCE
WE MAY HAVE FOR WHAT EVER REASON I WOULD NEVER HARM
A BRITHER WITHOUT FIRST DOING A FULL INVESTIGATION, NO
MATTER WHAT THE ISSUE CAUSE THAT IS WHAT THE LAWS

REQUIRE : I WOULD CONFRONT THAT BRO AND ALLOW
HIM TO SPEAK HIS PEACE. I WOULD NEVER ALLOW
WHAT HAPPEN TO HAPPEN TO ANOTHER WITHOUT
LETTING THAT BRO KNOW WHAT THE ISSUE WAS AND
GIVING HIM A CHANCE TO CLEAR HIS NAME. NO
MATTER WHAT WAS SAID BRO DONT EAT BROS WITHOUT
THAT PART! AND SINCE WHEN DO WE CUT EACH OTHER
FACE? I UNDERSTAND THAT PB BEING IN HIS
FEELINGS CAUSE I CALLED HIM OUT FOR SAYING F
THE U BUT LATER HE SENDS A KITE SAYING HE ONLY
SAID THAT CAUSE HE DID NOT WANT TO CUT ME. I
SEEN THE WEAPON I MADE AND I KNOW WHO GAVE
IT TO HIM. FUNNY NOW YOU SAY I TOLD AND CHECKED
IN? BUT WE BOTH KNOW THATS NOT TRUE. YES I
GOT AT HIM WHAT ELSE DOES A MAN DO? HE CUT
ME FROM BEHIND THEN RUNS FROM ME AT THAT POINT
WHAT AM I TO DO BUT GO AT HIM. BUT I NEVER TOLD
ON NO ONE! SO I SIT HERE STILL TRYING TO
FIGURE OUT WHAT I DONE? WAS IT PERSONAL?

                                    B ½½

DISC-01367

Brothers,

21.2.12, Yup ya'll are in the shiter now. 'U.' it's really that spot just got to make it happen. listen my lockers fuck till property don't have my id, Raeann just put money on it, you got any pink lett.? need a little something to stay ok, till property's id. listen only really a couple bar! ones left, i just made the 3 man council with ya'll here might be subject to change, well talk More when i see you too, Chadwick tried to give me 1st Elder i shot it down, i pulled for Just yard Boss, but you too here changes the playing field you know how us the real us Roll. 'U.' Chadwick greatbrother for real, don't do nothing. listen im on 15 days probation so tryin not to fuck up. if you get this its coming from good hands, like i said if you can lookout let me know what you want, pass it to the same person that gave you this tell them give to "Crispy" at CFO.

21.2.12
"The Rut"

got pink left

Rut made 3 man council

subject to change

Chadwick Head of camp

Rut wanted yard Boss

Chadwick is a great Bro

Crispy passed this kite

John, my name is [illegible] [illegible] [illegible].
I'm here at Holmes CI. I'm writing you concerning
what happened to our brother Bird.

A few months ago Bird, Rut and Donni came to Holm
Bird was very serious about all UF laws/rules, and was enforcing them
I know because He violated me once for smoking toochie. But I understood
He was holding me accountable for my actions. Bird was strict, some brothers
didn't like that. Plus Bird had a line, I think some of our brothers were
jealous. Rut told us, Bird was talking shit to his and Donni's old lady and sending
hits on people on the streets without authorization. Rut ordered the hit on Bird
Chadwick was all for it and approved it. They did not vote on this or have any
kind of meeting. Rut and Chadwick & Donni had a Probate by the name of
Deuce cut Birds' face - right after Chew on the sidewalk outside of the show hall

I've only had my patch (Jan will be 1 year) so I'm still learning all the time
but I knew this was wrong - no investigation - nothing - Just cut. And came
to find out it was personal issues. Plus someone just wanted the line. Birds line

Before Bird came on the point it was 7 to 7 on the
toochie tip. when he got here it was zero tolerance to all drugs. But
Rut. Chadwick. Donni. Z. Said only Zero tolerance to toochie. Rut was
doolking - tripping out on meth molly  Donni - Z - chadwick were always
high on saboxin - meth - molly - Heroine  But they wanted to take my patch
because I smoked toochie. After Bird got hit Chadwick said it was
OK to smoke toochie. Again from 7-7. Then he said zero tolerance again
shortly after that. But they're drugging heavy. They are not living right.
living by the rules that suite them. I admit I smoked toochie
I cut way back and I almost quit altogether until I smoked one
time. (got stuck just smoked) But a brother named Crash spread me. Said I
was smoking smoking all the time. I didn't even get to defend myself
no investigation - what happen to procedure - how about a violation? Chadwick
Just ordered my patch to be taken without Question. I went through
order my patch covered when he (Hop) is drugging so hard, how?

I've proven myself when one of our probates was getting jumped
N AZ  and I went in head first to help. It was 15-2 but we held our
OWN  And when it was all over Country the Probate looked back over
his  shoulder (as we're getting cuffed) and said Thanks Brina, Just
that  alone made it all worth while. I was scared but I did the
right thing. OK I messed up and smoked some toochie. I'm asking you.
John for a pardon a letter written from you stating I can
keep my patch if I never smoke toochie again I swear I won't

DISC-01369

IF You want me to op op UP I will. But you'll be loosing a good brother. I Know one day I will be a major Contribut. factor to UF, Im 53 and was the oldest Probate for UF in our history. Cage one of your old Probates from Jackson was my mentor. Cage is a good brother and always spoke highly of you. I did not want to set my face cut Like Bird So I did get in an arguement with a female officer and I said "bitch under my breath. She made me sit on the benches at Center Gate until the Capt Could talk to me. So I go to jail and Now there're sayin I Vin, but I didnt, I never wrote a Statement on anyones. As I was on the bench waiting for the Capt I Knew I was probably going in So I wrote a kite for Crash to let him Know where I put the fire. I put the kite in my shirt pocket I got cuffed before I could pass it off. I got patted down and an officer got the Kite, went to the dorm sot the fire. So my brothers think I Vin and gave fire to the Cops. I Know it Sounds bad but thats just not what happened. Anyone who Knows me Knows that Im not about that shit. This ioither Crash is just spraying the hell out of me And Chadwick is believing him. This guy Crash gets so high on molly he ask me to hold his fire, and to watch his back while he takes a piss because he is so paranoid. He's a "Liar", John give me a Chance to prove myself at another Camp around brothers really living right write me at my Camp that I go to. I'm Just an older brother but Im solid, about my people, and UF. my only flaw (Hoochies) I'll give that shit up. I'll prove it. Bird is a solid brother and was pushing USF rules and law. Its Just that Chadwick, Cut, Donni didnt want to be pulled out of their Comfort zone, So they got rid of him. Bird did nothing to deserve what happened to him. These guys Just make up lies to do their bidding

I never really had any time until Now, thats why I Never joined UF earlier. But I've always been about UF and all of our Aryan brothers. This whole camp Needs to be flipped. Twenty one two twelve brother, it was an **honor** Just to write you!   "BAMA"

Give me chance to prove myself    Let me know if
i won't let you down!    you have any questions    Troy Clark

DISC-01370

21-2-12 to All Brothers reading this. My name is J.D. Beast Mode - James D. Montgomery # Y18299, this Brother Bird Kevin Hunter # 524282 is in good standing with myself And the rest of Unforgiven..... What has taken place at his last camp holmes - was straight fuckshit, personal vindictive matters between himself And another, 0" tolerance in my eyes... I patched him in '15 At Gulf Annex for completing several missions for the family. He is A Good Ass Honkey - Brother And has A very bright future ahead of himself far as Im concerned. DeeRo Knows of the matter that have taken place And they All will be addressed in his good timing. Always investigate hersay on All matters that has to do with A good standing patch holder, if you have Any questions write to me. or DeRo..... I will be going back to Lake Butler then back to Gulf Annex. 21-2-12 J.D. Beast Mode

Grussen Mein Bruder 21·2·12

I am writing This kite To Inform My
Bruders That As of 5,12,17 Robert Ruthferd
(RUT) James Sanson (Mad Dog) Jace Ryan
(Rebel) All Co-sign / Autorize Rob Ohlin
Receiving his Patch A.S, A.P. Though
The honky is Ugly ASS Fuck He is "Convict"
"Solid" Hes Sucessfully Completed his
Probation Period From 11, 7, 16 To 5, 12, 17
Towhere it is An Honor To Write This
Letter of Recomendation on his Behalf
Keep your Chin up, Chest out, stomp Hard
Until The Mother Fucking Bone Yard   Blood & Honor
                              "RESPECT"
                               REBEL

DISC-01372

Bird, firstly I didn't really Viw, but it was (asked me one question about anything; he just took the word of Crush —

a Viw more, I called a woman officer a b.tch under my breath, but made sure she heard it, while I was standing in the canteen line. She made me so sit on the bleachers to wait for the Capt who was (at that time escorting) someone else to conf. I didn't Viw under anyone. No Names, nothing i—

while I was at medical I tried to sleep a kite to Crash in D2 to tell him where the fire was. An officer intercepted the kite, and obviously found the fire, Crash spread around that it gave up the fire to the police.

C'mon, really? All I did was smoke a little to. This self made it sound like I was smoking and falling out and all. Now he's smoking, he says i'c OK IF your discreet. I told him (hey man mumbling. to zero tolerance) the walked off mumbling. I tried to write Chadwick a kite when I went to +C+ I saw him in H3 and threw the kite in the hallway. The kite explained how I did not Viw or give fire to the police. Also I told

Him, : Hey I talked to Bird has really pissed,
and he's not going anywhere, are you ready for
that? I can see you there looking all crazy with
that fish mouth of yours. This scared thats why he
wrote you
...listen man when you were out it was Zero
reference to try before you were here it was 7 to 7, when
you left it was 7 to 7 again then it went back to
Zero, then they laughed my patch, while they set
Fish on (my way the SurPlus Crash is spreading I owe
Zeo.cc Thats a lie, I do owe $4a and have the
money. Chadwicks mad at me because I exposed him,
Remember that blade you used to shave with that Red
made? Well Chadwick told me to take $ out of the treasury
to pay for it, that he would pay we back later,
when I checked my books Chadwick said he gave me
a bag of coffee which he never did, and I said thats!
Look Thats what you got to get with, crazy!
I've got to get some paper to write D
I'll send it before the day is over 21.2.12.

GRIEVANCE LOG NUMBER          DATE

DISC-01374

I'll be real with you all I heard was that you lied about how long you had your patch, they said you worked w/ the gang sarse at century and you were trying to tuk up plays and talk to everyones old ladies I wasnt told anything about it till after and they said it was approve and an investigation was done that's all I know

Bird, About the mixing of the shit, that hole situation was over, I told you what I was gonna pay you after that, was I mad yes, but if that was the sole reason why you got stripped I would of done it myself because that would to washington so they can write the Heads hele to see whats going on. Just fer your info I heard you were disrespecting a bro's girls, but thats was the major beter, then what was passed on to me is that you had a Hub on you from something that happend at enit with Aco And that if come from up tops I found out after the that as to what was so,ys on and specifics on why o Also Just so you know the Leaking word say my your are spilling the Beans. So Just fer yur Info That's why people we saying you told them who it was. I really would have a lod more to say nice to I have not seen or heard from a P member in almost a month. S

Look man all this is is booting up on me Shit doesn't scare me I did nothing wrong didnt hit you. Save all that extra shit for the people who voted it in and did it. I'm not your enemy but I really dont care if you think I am or not I'm on whatever, Just remember it wasnt me and I wasnt ever supposed to be back there that day, but you dont scare me bro no man on this Earth does that best of luck to you and your

I was approached by a person claiming to be a "high ranking
member" of the Aryan Circle, named "Tanner". He claimed
that per Debo that everything between us and the AC is
squashed and I can call D-boz old lady to confirm this
info. He gave me a pin # with a phone number and the
number was to D-boz old lady named "lori", I called
6 times and got no answer, but that following morning
he left.

I then talked to "Hell boy" who was a "G" 74. He told
me that he talked to "Rut" our brother Robert Rutherford
and that he made a hit against our brother 'Bird' kevin
Hunter and it was a personal issue with a bitch. I personally
saw the letters between Bird and Debo discussing the issue
in depth, boimeranged through christine, I read a note from
"Bama" a brother that stated it was a personal issue that
was over a woman and "Rut" used the brotherhood to
further his own personal interests.

while at Washington with bird, Boot, Flyin Brian, and
Ice. He also came on a transfer. They all saw the same
info and the situation was discussed in detail.

This is a direct violation of our by laws and is a treasonous act
in my mind. I fully support Bird in this situation.

Mark Grimm V39628
21712

Re: BIRD

Hey Brother's FirsT 2/2/12!! Now For This
Doc cole shit!! BirD DiD noT Put no Hit on
Him. me (speedy), smoke + rusty pulled the #12
on Him and rusty wrote woLf and woLf senT
letter saying that He never Done Time with Him
and They only seen Him passing AT RMC. +
That He DiDn't know How He lived But that
He payed His Bill's + DeDt's off even
From BoX!! I my self Have seen How
He lives on Free siDe and some time's is goo.
But He is A needle Junky and I seen
it. Yes we all Have problem's But to Be a
leader and can't stay clean even when your
kiD + court need's you to Be you can't
lead me. I seen FirsT Hand He HaD A
needle in His Arm + was Shooting Heron
He also HaD the Brother's around Him strung out
too. He lied to me First Hand to the Point
I was going to kill Him So I left + stope
all contact with Him. my wife maDe Some call's
on Her Fumily's "OL" siDe + Found out they
never Heard of Doc Cole or His BanD. ever!
He also woulD not come meet Them I think
in Fear of Being tolD They never knew Him
+ He was a lier!! He can not lead me or
my Fatur like that + me and other Brother
Feel The same!! He is A Junky!!

X

Rusty Has letter From Wolf and my wife
Can contact all Brother's that will Vote Him
Out and Coverd!! She is A OL By Blood,
not By Being around That was Her Child Hood!
Please when contact Be very respectful to
Her AT All times But She Know's everythin
This letter is writen By Speedy 5 year
patch Holder + in right mind, sound + Body, man
is BaD news!! 2/12/12

Speedy
WFFW
TTmFTT

P.S. Rusty is coming Back in on 7 year's I think!!
I'm in on 5 in + 5 out For Probate that needed
Crashed!! Street's are BaD and not All Brother's
living right only very Few! I Am one that
is and Im telling Y'all Doc cole is BaD news!!
my wife name is Sara AkA "mud Pie"

BirD also talked to me when I was out and I
talked to rutt aBout His girl and told Him she was
a Hoe and He saiD with BirD There. I know + I Love
my real wife + she is only A plug For info!!

DISC-01378

Re: BIRD

Joker,

21-2-12

listen brother "Russ" is dead ass wrong on my patch! Nothing was on me! Call Smoke he has the kite "Russ" wrote, Russ tried to tell me that the picture we all took on the 19th was on my facebook! so when i get the dr's for pic's of gang activity that picture was not on there so after he "Russ" told me it was on there, they started saying that "Bird" had my lady take it off, then told in our Facebooks! But I cleared that up with my lady already she never posted it. so "Bird" is not to blame Call Raeann yourself brother she knows your position here she'll tell you herself as soon as i get this Fix'd "Jack"! probabli tomorrow ill hit you up asap!

"Russ" is a lie i can prove it "Robert Ohlin" should be on the pound now! great dude! ask him "Russ" wanted me to have him hit "Bird"! i snapped without proff and proper investigation I would never ch that just ask R. ohlin heil tell you. talk to ya soon

"The Rut"
21.2.12

ROBERT OHLIN

PeR Rut
Russ wanted Rut to have Robert Ohlin do a hit on Bird

*[left margin, handwritten:]* Rut telling joker that the F.B. pic situation w/ Bird snitching was not true

Re : Bird

- Larry Heath arrives Claiming Brand aprox. 2013 at Orlando. Establishes good reputation. My brother Little John makes contact through correspondence and Informs Larry ("LA") that we are established in FL, Do not attempt to start a new Chapter. He responded that he would respect our wishes.

- LA Meets Evil at Taylor and pins his efforts to Start AC. LA Rolls over to AC & becomes Evils right hand.

- Evil attempts to recruit Devin Murray at Taylor. Devin transfers to Okaloosa.

- Devin exploins his experiences with Evil which included attempts to get Devin to place contraband in other inmates property to get them out of the dorm

- 2016 I begin recieving letters from my Brother C.P. at Gulf requesting permission from our Commission to go with Chadwick to flip LA and Evil. Reason cited : It is popular belief that the two are working with and for the authorities. The Commissions response was : only if there was proof. C.P. & Chick got transferred before the target date Came which would have been 11/17.

~~[struck through text]~~

- During this same period, letters are recieved from another Brother at RMC Saying that

AB on compound
about A.C.'s etc.

had been at FSP attempting to recruite
our brothers to his cause / which was to
take over in FL. Their efforts were to
include shutting down other clubs in FL.
including the Brand. According to this
letter, Glue had attempted to / turn our
brothers against us.   A warning was issued
in this / letter saying that he had personally
read kites from Glue / saying to "swing for"
the fence" if they ran across any of us
and that Texas was taking over.

*(left margin, vertical)* Both "Mac "(?) arrives at Okaloosa saying AC's are sos per Art's orders. According to Mac, AC's had been flipping 21's.

- Petro (an AC) arrives at Okaloosa from Gulf.
  He is run into the box with a warning not to
  come back (from the 21's) Petro comes back
  out with a letter supposedly from Evil saying
  that Evil met up with Art at Jackson and
  that Art called off the S.O.S. on AC members.
  I present the letter to 8B (causey) who honors
  the letter.

- 8B transfers out and sends a verbal
  message back.   The message was :
  I am here with Art. He / says he never
  talked to Evil.   That letter is fake. Flip
  Petro.   S.O.S. all AC.

- Petro got flipped same day.

* The Brand has not issued an s.o.s. yet. Our orders are
  to back the 21's on this issue whichever way they
  swing - otherwise each will be judged according
  to their conduct.

DISC-01381

Re: Bird

- Larry Heath arrives Claiming Brand aprox. 2013 at Orlando. Establishes good reputation. My brother Little John makes contact through correspondence and Informs Larry ("LA") that we are established in FL. Do not attempt to start a New Chapter. He responded that he would respect our wishes.

- LA Meets Evil at Taylor and joins his efforts to start AC. LA Rolls over to AC & becomes Evils right hand.

- Evil attempts to recruit Devin Murray at Taylor. Devin transfers to Okaloosa.

- Devin explains his experiences with Evil which included attempts to get Devin to place Contraband in other inmates property to get them out of the dorm

- 2016 I begin recieving letters from my Brother C.R at Gulf requesting permission from our Commission to go with Chadwick to flip LA and Evil. Reason cited: It is popular belief that the two are working with and for the authorities. The Commissions response was: only if there was proof. C.P. & Chdick got transferred before the target date Came which would have been 1/1/17.

- ~~Complex: ~~~~~~~~~~~~~~~~~~~

- During this same period, letters are recieved from another Brother at RMC Saying that the other Head of AC "Glue" AKA J. Nelson

DISC-01382

AB on compound
about A.C.'s etc.

Sole "Mac" (21) arrives at Okaloosa saying
AC's are sos per Art's orders. According to Mac
AC's had been flipping 21's.

had been at FSP attempting to recruite
Our brothers to his cause / which was to
take over in FL. Their efforts were to
include shutting down other clubs in FL.
including the Brand. According to this
letter, Glue had attempted to / turn our
brothers against us.   A warning was issued
in this / letter saying that he had personally
read kites from Glue / saying to "swing for
the fence" if they ran across any of us
and that Texas was taking over.

- Petro (on AC) arrives at Okaloosa from Gulf.
He is run into the box with a warning not to
come back (from the 21's) Petro comes back
out with a letter supposedly from Evil saying
that Evil met up with Art at Jackson and
that Art called off the S.O.S. on AC members.
I present the letter to BB (cause) who honors
the letter.

- BB Transfers out and sends a verbal
message back.  The message was:
  I am here with Art. He says he never
talked to Evil.  That letter is fake, Flip
Petro.  S.O.S. all AC.

- Petro got flipped same day.

*  The Brand has Not issued an S.O.S. Yet. Our orders are
to back the 21's on this issue whichever way they
swing - otherwise each will be judged according
to their conduct.

sent to
Barry

MARVin DARBy is Deuce      Re: BiRd

PRoBate who cut BiRd

Sarge, Donnie, Rut
had him/ProBate cut BiRd in The
Chow line

What's up bro not much here chillin at ACI with Joker and all of
the other brother's. I Sent this Kite to ya thru a bug ass cracker
but I heard you touched down at walton So hopefully you get it.

Joker told me what you did at Calhoun hope your Sholder is better.
He said you was putin the patch back on 10/7 but you got Shiped
in July with him. I heard you came to holmeS but went right to
the box cause of a dude you stabbed was there. We missed
each other. I got my patch finally I had to cut a brother
to get it. Well he ain't one of us anymore fuckasscracker
was Calling brothers old lady's in shit real foul Shit then
he said Debo patched him but Debo was on the Slab So
Sarge and Donnie and Rut had me cut him in the chow line
So I blooded in on him not how I wanted to do it but he
was on Some fuckshit. So if a dude named Kevin Hunter.
AKA Bird ShowS up where you are let the brother's know
what's up. Any way went back to court waiting on a ruling
but I let your Sister know what's up I got my Ged two like
you told me to. Man we brother's now Joker said he gave you
a letter and a patch pattern but he said you most likely will
have to probate for them at walton for awhile he said you was
not feeling the bro's's at Calhoun your real laid back and geting old(LOL)
So if you don't patch up I don't blame you, Your my big bro anyway
you need to Stay in your law work anyway get home to your
little girlS. Well all is well here Just wanted to get you
word and touch base with you So be easy take care and
Call my mom you got the #. Love and respect allwayS

ZLZIZ

Joker is with Joker at ACI Appalachee

Donnie
Sarge
Rut

Bama is U.F.

Duece

ordered By Higher Up

Chadwick approved the order

No one voted it

To CHadwick
FRom Bird

Re: Bird ①

YOU OF All PEOPlE SHOUlD KNOW WHAT A PROPER INVESTIGAT
MEANS. IF NOT FOR US RUNNING A FUll INVESTIGATION ON THE
M.D. DEAL, EVIL WOUlD BE DEAD. BUT THROUGH PROPER CHANNELS
WE CLEARD IT UP S DIFFRENT CAMPS AND GOT TO THE TRUTH
OF IT. JUST LIKE EVIL SAYING YOU HAD A HIT ON YOU
FROM ONE OF YOUR PATCHES THAT SAID YOU TOlD ON LINES AT
GUIF. YOU GOT All PISSED OFF AND I TOlD YOU NOT TO WORRIE
TOO MANY KNOW THE FACTS AND THE TRUTH FEARS NO
INVESTIGATION! THAT BRINGS US TO THIS SITUATION. TWO
P.B. SENT AT ONE PATCH TO DO AS THEY DONE AND NO
INVESTIGATION DONE? D.B. Vill Tell YOU NEVER DOES A
P.B. TOUCH A PATCH! AND IF YOU WOUlD HAVE ASKED ME ABOUT
WHAT EVER ISSUE I COUlD HAVE ClEARED MY NAME OR
COVERED UP. BUT IF ITS WHAT THE P.B. THAT CUT ME
SAID THEN I SUPPOSLY TOlD ON F.B. AT CENTURY? AND WORKE
WITH GANG OFFICER? FUNNY THAT THE ONlY PERSON SAYING THAT
WAS R LANE AND LIKE S MONTHS AGO RUT WROTE JOKER CLEARING
MY NAME, HAD YOU ASKED I COUlD SHOW THE LETTER. BUT
OFCOURSE THEN RUTS ISSUE WITH ME WOUlD BE ONlY
THAT GIRl WHICH AS YOU SEEN YOURSElF WAS A PROSLEM
BUT A PERSONAL ONE. I WROTE DONI AND 2 AND THE
RUNAROUND SAID HE WROTE BACK AND SENT SOME WORK BUT
THEY MOVED BEFORE I GOT IT THEN HE SAID HE DIDNT?
I AlSO WROTE RUT, BUT HE WAS STIll IN PSYC Cell. THE
STORY WITH RUSS GOES LIKE THIS AND DONI WAS THERE
I WAS MOVING STUFF WITH RUSS AND A CHICO ON POUND
BUT THE STUFF WAS TRASH. AND BRO JERM HAD BEEN AT
WORK CAMP AND GOT SHIPPED BACK TO RUSS DORM WITH
A LINE. THE STUFF RUSS SENT WAS TRASH AND HE AND I
AND THE CHICO LOST. I NO LONGER WANTED TO DEAL
WITH RUSS CAUSE I CANT MAKE $ WITH TRASH. HE FElT
SOME TYPE OF WAY ABOUT THAT AND WHEN JERM MOVED
IN HE OWED ME AND A FEW MORE BROS SO I WAS

*(left margin handwritten notes):*
Probate ✓
Never touched
a patch

Probate
ledid it said
bird snitching
on F.B.
at Century

Russ lane

(2)

Bird
Joker
Cooler
Gary
Jerm

TEXTING HIM ABOUT THAT AND RUSS GOT INTO IT I TOLD
RUSS IT'S NONE OF HIS BUSINESS AND HE SAID I OWED HIM
FROM LAST PLAY WHICH WAS B.S ME JOKER COON AND GARY DEAN
SAID TO JERM DORM TO CLEAR UP ISSUE AND SHIT GOT A
LITTLE CRAZY RUSS FELT WE CAME TO JUMP HIM. A WEEK
LATER RUSS KNOCKS OUT A COON FOR COOKING AND THE COON CHEKS
IN, THEN RUSS GOES IN FOR F.B. PIC AND NOT JUST HIM
BUT RUT M.D. SPLINTER AND IZZY AND THE GANG OFFICER
SHAKES DOWN ALL WHO WAS IN PRS (SPLINTER AND IZZY DID
NOT GO TO THE BOX BUT GOT WRITING DR. BOTH I HAVE
SPOKE TOO AND ASK TO WRITE D.B. TELLING THE FACTS. ALSO
ANOTHER BRO BRANDON HEARD BULL DOG TELLING RUSS I PUT
A HIT ON HIM FOR TALKING SHIT. BUT I NEVER DID
SOREY A 28 YEAR EIDER TALKED TO RUSS AND LIKE I SAID RUT
DID OR SAID HE DID INVESTIGATION AND CLEARED ME ALSO. I
HAVE THE LETER! ONE OTHER ISSUE P.B. SAID WAS I FUCKED
PLAYS UP? HOW? IM THE ONE WHO LOST 5 HUNDRED WITH 4
BEING SARG IN BOX? ALSO NEXT ISSUE MY PACTA? NOT REAL
OR LIED HOW LONG I HAD IT? MAKES NO SENSE (J.D.)
JAMES MONTGOMERY PACKED ME (GUIF ANNEY) HE SENT A LETTER
TO M.D. THAT BILLY GOT ALSO AND READ AND SMOKE HAS ANOTHER
IVE ALSO HEARD FROM P.B. THAT IT WAS DUE TO BRO'S GIRLS.
I WROTE DON'T HE KNOWS BETTER AND CURT TALKS TO MY
(EVERYDAY) OR DID TO MY WIFE, JUST LIKE D.B. WIFE
NOW SPEAKS TO HER. AS FOR RUJ, ONCE AGAIN IF YOU WOULD HAVE
GAVE ME A FAIR TRIAL AND NOT LET SOMEONE DO WHAT EVER
I COULD HAVE SHOWN THE WHOLE TRUTH. BET RUT DID NOT TELL
YOU THAT HE WROTE SMOKE AND TOLD SMOKE TO INVESTIGATE
HER AND SMOKE TOLD ME TO DO IT SINCE I ALREADY TALKED
TO HER AND KNEW HER FOR RUT. I KEPT IT ALL BUT NOW
I GOT TO BRING IT ALL TO D.B. ALREADY HAVE. (ONE)
I WAS NEVER GIVEN THE CHANCE TO DEFEND MY HAND (TWO)
NO ORDERS OF PERSONAL OR VINDICTIVE NATURE SHALL BE GIVEN

#1
#2

Splinter
Izzy
Russ
Rut
M.D.

Did INVE the
M.D.
F.B. PIC

DISC-01386

(3)

AND (THREE) P.B. NEVER TOUCHES PATCH PATCH HANDLES PATCH! (FOUR) IM BEING SPRAYED I CHECKED IN AND THATS NOT TRUE NOR HAVE I EVER SNITCHED ON FAM OR ANYTHING EVER! NEVER SLANDER A BRO WITH FALSE INFO. I HAVE SPENT MOST MY TIME IN CELL WITH A B I BELIEVE HE IS NOW TOP HERE HE WAS AT CENTURY MAYBE YOU CAN TAKE THE TIME TO SIT AND TALK TO HIM?. JAMES YOU GOT A GOOD HEART WE TALKED ABOUT ALOT AND YOU CANT TELL ME YOU FEEL I COMMITED TREASON? WELL I TOOK IT TO D.B. AND I GOT PROOF LETTERS AND PEOPLE WHO WILL CLEAR THIS UP AND HE WILL GET TO THE BOTTOM OF IT. IM STILL UNDER INVESTIGATION AND HE JUST WROTE MY GIRL SAYING HE WANTED ALL NAMES HERE HE KNOWS WHAT IS BEING SAID BUT DUE TO ME BEING IN HERE I CANT DO MUCH. I ASKED FOR FULL INVESTIGATION ON THIS MATTER CAUSE I KNOW THE PATCH SHIT AND SNITCH SHIT AND FUCKING UP PLANS SHIT IS ALL LIES! NOW DID I ANSWER RUTS GIRL TEXT AFTER HE TOLD ME NOT TO TALK TO HER? YES I DID. NOT ME CONTACT HER BUT HER TEXTING ME. AND IT WAS AN ISSUE ABOUT BRANDONS SISTER SNAPPING ON HER FOR HER DOING SOMETHING ON F.B. WITH A BRO NAME ROB. RUTS GIRL THOUGHT I SENT HER AT HER. WHEN ALL THIS GETS BROUGHT TO LIGHT WITH FACTS BY D.B. ITS GONNA BOIL DOWN TO A P.B. HIT ME UP OVER A PERSONAL ISSUE BETWEEN TWO BROS! THAT IS THE ONLY THING THAT MAKES SENSE? AND ONE OF THE P.B. WAS IN CELL WITH BULL THE CHECK IN OUT OF H-1! FUNNY SHIT THE ONE I GO AT TOLD YOU HE WAS A COWARD! I MISSED THE OTHER ONE BUT ALL GOOD. I HAVE NO DOUBT D.B. WILL CLEAR MY NAME, AND GET TO THE TRUTH. THE PICS THAT RUS AND RUT WENT IN FOR HIS GIRL SENT ME ASKING WHO RUSS WAS SHE SAID SHE THOUGHT ROSS KILLED HER HUSBANDS AUNT IN MOON LAKE. I NEVER TOLD HER WHO HE WAS, SHE THEN ASKED WHO ARYAN ICON WAS THE OTHER PIC BUT I DIDNT KNOW. JUST SO YOU KNOW I HAVE TWO MESSENGER ONE WITH ALL THIS ON IT. JAMES YOU ARE IN POSITION TO DO YOUR OWN INVEST. D.B. SAID IN HIS LETTER ALL YOU ARE SPRAYING ME AND THE TRUTH WILL COME →

(6) fucking up plays
(7) text Ruts girl
Per smoke
(1) Patch
(2) snitch
(3) F.B. pic
(4) Russ/dope
(5) Sang. dope route

TO LIGHT
I'M SENDING HIM A COPY OF THAT TOO SO HE KNOWS I TOLD YOU THE FACTS.



DISC-01388

OR I JUST LET YOU KNOW NOW THAT I TOUCH COUNT =
WHICH! IT'S BEEN A HONOR TO KNOW YOU
NEXT SEE EACH OTHER AGAIN, OR WE GOT
TIME BROTHER.

WHATSA!

ARYAN Not a U.F.

Russ Lane

Started The
F.B. Picture

Russ is a Bully.



MARCH 25 2018

TINA,

HEY THERE, I'll SEND A LONGER LETTER IN A FEW DAYS TO REALLY LET YOU KNOW WHAT THE DEAL IS. THAT WAY IN CASE THE DON DOSENT UNDERSTAND MY FULL STATEMENT YOU CAN SHOW HIM AT THE NEXT PICNIC.

I HOPE THE OLD BAY'S DOING GOOD AND I APPRECIATE YOUR CONTINUED SUPPORT. RIGHT NOW THERE IS NO REASON FOR ME TO GET THE NUMBER TO ACCESS THE S WAYS TILL SUNDAY, WS SOON AS I DO I'll LET YOU KNOW.

TAKE CARE OF YOURSELF AND THANKS AGAIN.

NEIL

DISC-01264

TRUMP,                                    MARCH 24 2018

GREETINGS my Brother, I Hope All is WELL IN your WORLD, I AM ALIVE AND BREATHING good AIR. So NOTHING To Complain About, I AM AT This VERY MOMENT VERY Full of some soup kitchen Type spaggetti, But as WE BOTH KNOW salt makes it all taste better.

I HAVE HAD NO NEWS, good, bad OR ANY To WRITE of, THATS WHY you HAVEN'T HEARD FROM ME. WHEN I LEAVE THIS place THEY Should shut the gates And let FIRE RAIN DOWN ON All THAT BREATHE.

THE LAST LETTER I MENTIONED a Symbol being placed WHERE it WASN'T supposed to be, because there WAS NOT A presence OF our life ON the planet till AN old FAT guy FLOATED on DOWN FROM A SPACE SHIP. So ANYTHING THAT is told to you by this UNLIFE FORM OR ANY Sympathisers is STRAIGHT god damn Hog WASH. CAUSE IF you don't ACT Like 7X3 by yourself, then WE KNOW, NO DOUBT YOUR NOT. IF you do NOT Live by words Handed DOWN FROM THE DON THEN You AIN'T No FUCKING Apprentise. NBC WON'T put you ON THE AIR. PBS WON'T let you smile ANYWHERE NEAR THE Tripod MUCH less N B MOTHERFUCKIN C.

WHAT I WROTE to INFORM you of WAS THIS. THE HARE AND the Tortise RAISED RACED A million god damn TIMES, but the ONE THAT counted. SPEEDY FUCKING Lost. Let it be KNOWN I'm IN pursuit. WE ARE ON THE SAME path. I HAVE my OWN TURPINTINE To Take the PAINT OFF.

I THOUGHT Maybe I'd lost sight OF THE PEICE OF CHEESE, but the gods HAVE Smiled ON ME, Loki AND ME HAVE THE SAME SENSE OF HUMOR. I'VE got A HARPOON IN THIS MOTHERFUCKER AND HE CAN'T go under FOR longer than ME. Especially SINCE WE ARE HEADED To my STOMPIN gRounds.

ANYWAY besides THAT, this REBEL CHARACTER WHO Ruth is RESPONSIBLE FOR is SLINGING ~~Shit~~ our INK All

DISC-01265

OVER. I Told Him, 12 MONTHS TO INVESTIGATE AND
FROM HIM LANDING AT THE AIRPORT FROM OCT TILL JAN
HE HAD 5 loads OF pups. ALL OF THEM SHIT EATERS
CAUSE I SENT OUT INSTRUCTIONS TO THESE SAME
pups THAT THE logo AIN'T LEGIT AND THESE THINGS
WOULDN'T HIT the SCRATCH LINE. NONE OF THEM.
THEY ALL JUST walked AROUND SNIFFING EACH OTHERS ASSES,
You CAN'T CALL IT A FIGHTING DOG IF IT WON'T god damn
FIGHT. THEN EVER THAT NIGGER MICHAEL VICK KNEW
IF THEY WOULDN'T god damn FGHT, THEN put them
IN A SACK AND LET THEM DRINK WATER FROM THE
bottom OF THE lAke.

OTHER THAN NOT BEING ABLE TO DO A MOTHERFUCKING THING
EXCEPT SIT ON HOUSE ARREST AND WAIT FOR A god damn TAXI
CAB TO TAKE ME to the Dog pound, I AM good. DRINKING
LOTS OF FREE COFFEE. THATS ONE good thing.

OTHER THAN THAT I'M A·OK. AND hOpE you ARE Too.
XXI TO TWELVE you KNOW, I DON'T KNOW IF I
Told you I RAN ACROSS COWBOY LEAVING AND HE WAS
COMING IN FROM the cold too. I Like THAT old FAT DUDE.
HE's pretty FUNNY. Im telling TING IN ANOTHER LETTER
All NAMES So it's ORAlly presented. Boots DOWN DUH!
                          AS AlWAYS love AND Respect.
                                    L. F. D.



William Bowers # 111783
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida
32460

PENSACOLA FL 325
21 AUG 2017 PM 2 L

MAILED FROM STATE
CORRECTIONAL INSTITUTION

Christina Kingsley

32417-807272

DISC-011112

558 678 4127 1020

480 795 8045 0686
$50
616 760 538 3365 1
$50

Tashalema Davis

10 00

Done
Brothers

His wife
Smoke - camry

DISC-01113

8-18-17

Kristina,

Hey Sis!

Well, as im sure that you can feel by my return address, I have been moved again.

About 2 a.m. last wed (8-16-17) I was woke up by 6 officers in full Riot gear. I was told to get dressed & not to touch nothing. Once dressed, I was chained & taken to the V.P. where they had 5 other inmates, 1 black, 3 chuchas & another white dude.

They brought all of our property, went through it & put us all on a van. me & a chick B got off here. The gang sgt at Calhoun told us that they were moving all of the top gang members around & that it came from Tallahassee. I heard on the radio that Florida's whole prison system (143 prisons) is on lockdown while they do mass shakedowns. As soon as I got here they put me in the box, where I am still at. Don't know whats going on, but I guess that I will find out sooner or later.

So, whats up with uncle Donald? Is he still living at the same spot? Is he okay? In your last letter, you wrote, "WE HAVE ANOTHER MAJOR ISSUE that happened. Dont want to stress you out with the details." whats up? what happened? I havent heard from you since that letter.

Did you get my last letter? I have some more stamps for uncle Donald, but they are in my property

& I won't be able to send them till
I get out the box.
Oh, thank you for getting Nikki's
address for me. I sent he some stamps
for Bred & she has written me back
already. So when is Donald getting
out of Boot camp, do you know.
How is life treating you lately?
Well Sis, I guess that I will go for
now, it is late, twenty one to twelve
as a matter of fact, & I need some
sleep. Have you heard from Byrd
or anyone.
Okay, I hope to hear
from you soon Sis.
Honer & Respect always,

Billy

William Bowers # 111783
Calhoun Correctional Institution
19562 S.E. Institution Dr.
Blountstown, Florida
32424

MAILED
07/26/2017
Hasler
US POSTAGE $000.0

FROM A CORRECTIONAL INSTITUTION

Christina Kingsley
P.O. Box-18052
Panama City Bch. FLA
32417

DISC-01116

1 of 2, 2 of 2

Hey Sis,

Received your letter tonight
& as always, great to hear
from you.

Yes, I am the oldest &
the Senior here. I am the top
dog everywhere. I am because
I have had my patch for 29
years, & was patched by one
of the original dudes that
started our family.

Thank you for getting
me white & gold money orders.
Tell Uncle Donald that I
would appreciate it if he would
make me head of this region
on the inside, so that I will
have no problem cleaning
all of this shit up.

I told uncle Donald that
I paid much Page & Respect
always & that I will have
more stamps for him in
about a week. Once I get
me a hustle up & running
here, I will try to send
you & him some money.

B, what is the major issue
that happened?

Got to go for now.

Love, Honor & Respect,

21

Your A.K.#
Billy

DISC-01091

William Bowers # 111783    Mailed From A State FL 325
Apalachee Correctional Inst - East    Correctional Institution
35 Apalachee Drive                    16 OCT 2017 PM 2 L
Sneads, Florida
          32460

Christina Kingsley

Panama City Bch Flo
                                        32417

Joker,

Firstly let me send you my utmost Respect and undying Loyalty to you and the rest of the U.F. (21·2·12).

I have been here for 2 years now and have see some real rachet ass dudes come through here claiming the 21·2·12 and find out later that the are punks. One of them is carrying your nick nam "Joker" his real name is Joshua Shafrock. He caus a compound war between the G's and all Three o us on the pound. He ordered a Jun-Jun To hi a G in the head with a lock and they both checked in that morning. At that time ther was me, Scary Larry, and Toole on the pound. Scary Larry was in confinement and Toole was never touched (found out later that he paid the Head G; Officer C, $500 for a glove to be put on him). So that left me. I told them, "just don't stab me up". They latched me in N dorm, about 12 or 13. We fought for awhile and then they stopped. Told me I had 10 seconds to check in, I said it don't work like that we can grid all day long but I am not checking in. After about 5 mins. they realized I wasn't going anywhere an it was over.

Other than that I have been here with scary Larry until a few months ago. Now "Pork Chop" is here too. He is a wonderful Brother whom is I am proud to Lock arms with.

So this makes 3 of us plus you now. We have 3 probates on the pound too.

Now there is one Aryan Circle "LA"; one A.B. "Leroy" and a few good Honky's, But

DISC-01092

that is it. Oh yeah, "Bug" is here too. He
covered up at the west Unit over some rea
foul shit. Not sure of the whole story But
He is a solid honky.
    I want to shoot this to you. Will dr
you a few more lines later.
                Love + Respect in ⊕⊕⊕⊕
                                "Taz"
                        Michael Vasey
                        ⊕⊕⊕⊕ ⊕⊕⊕

Christina,

Hey Sis, Sorry that it has taken me so long to write, but I have been pretty busy trying to clean my neighborhood up. It is a mess. Ruth got here a few days ago & went straight to the Hoy to finish up some time that he had. He sent me word that Someone (did not say who) was spraying my name on some gay shit, but said that he stuck up for me 100%. Enclosed you will find a kite from one of my brothers that was in the Box with me when I first got here. He was telling me about another joker that was U.F. & a punk, as far can read for yourself. Now, whoever is spraying me is probably talking about this other Joker, who no longer has a patch cause we carried him up when he came to Century C.I.

Sis, if they are not talking about this other Joker, but are talking about me, I would really like to know who it is, because I feel that I have a right to know my accusers name, & I would hope that after me being a part of the fam since 1990, that Donald would agree.

Sorry about not sending and stamps Sis this but I'm

DISC-01094

working on that now & hope to
have some soon.
                How is uncle
Donald doing? When does he
get done with Boot camp?
        Please ask him if there is
anything that I need to know,
& that I send my love & Respect
as always. Tell him that I said
that he is there with Bred, to
ask him about me, & that he will
vouch for me on everything.
        Once I get something going,
I will try to send you & Uncle
D some money. I know that its
pretty hard out there.
        Ok, & thank you for the
envelopes sis.
                Got to go for now, it is
late, twenty one to twelve, & I
need to sleep. Please write me
back & fill me in.
                Honor & Respect,

                        Billy

"Superman" GaRy WeBB

7-18-18 — Pasco County JAIC, LandoLakes, FL
- meth, Stealing, FoRgeRy, Battery
  6 Charges Felonies
- arrest 11-3-2014, IN 12-30-2017
- 7 months supervision
- X09404          — D.O.B. ████ -75
- 5'8"            — 170 185.
- end   8-6-2018
- Gary Webb was supposedly patching
  every one at Butler for a sandwich
  drugs, etc

DISC-01987

Red dog

1-28-19

- BuBBa Polk
- BuBBa White
① - William Sallee # 4 9661 (Child Rapist)
  at Wakulla Now
② - Martin Lake at Lake CI, Now
  Stole #2,800 From The family

- ATTORNEY

Aylstock, Witkin, Kreis, OverHoltz
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Pensacola , FL  32502
        850 - 202 - 1010

DEEBO

8-26-18 Sunday                          MARION

III

E2  114 LOWER                    352 - 401-6400

[redacted]

Lowell, FL 32663        mailing addRess
Chaplain  352-401-6400
Gang SGT. Giger Black Guy w/white girl FRiend/
SgT. Miller & SgT. Alan BRing STuFF IN
• Physical = [redacted]          Ocala, FL 34475

DISC-01910



Gerald CRIBBS
Quick
he wanted to Be a "Cut"
he is M.F. Now
he Denounced M.F.
Refuses to Cover Up

he was There when side burns
was Killed (I Think)

Per IRiSH

IRish Just did a hit
on a Hells angel for an
Outlaw Cop _____ McGee
NAME
at ~~Santa Rosa~~ (what Camp _____)

The Hells angels are Threatening IRiSH's
family

DISC-01904

Hegel   David Leach

HCHUBS = 904-907-0039
BAKER

NoT His phone write  CALL ME  U. F.

was with Wood/Suwance    (gave CHubs)
754-767-1076    THis #

8/2018  Probate Leach

720    ☾ on K2

Baker   8   BRoS

2   PRoBates

IN 12/2009 out  10/2010
FN 9/2011 out  6/2012
IN 1/2018 out  9/2021  Dval County
DoB  4-7-82
Detainer  Clay County

- Chubs has the new by-laws
  he will give them to all the Broe.

DISC-01906

D

Refer To R

BeRNard RoBeRts
Calls himself DeeBo

DISC-01933