THE CONSTITUTIONAL 21

1. INTRODUCTORY

2. A HISTORY OUTLINE

3. OUR MISSION STATEMENT

4. REORGANIZATION: SUPPORTERS AND MEMBERSHIP

5. OUR RECRUITING POLICY

6. STRUCTURAL IMPLEMENTATION

7. OUR REGIONAL GOVERNING ELEMENTS

8. OUR RANKING SYSTEM

9. DUTIES AND RESPONSIBILITY

10. OUR SACRED SIXTEEN (ORGANIZATIONAL BY-LAWS)

11. VIOLATIONS

12. SECURITY

13. NETWORKING AND PROCURING FINANCIAL STABILITY

14. ADVANCING PROGRESSIVE GROWTH AND DEVELOPMENT

15. CODIFICATION

16. CONCEPTS

17. PHILOSOPHY

18. CREEDS

19. OUR ORGANIZATIONS OATH

20. OUR ORGANIZATIONS SYMBOLS AND OTHER INSIGNIA

21 WAR/SANCTIONING

DISC-02203

It is imperative and essential, that we, as a formidable, Honored, and respected organization create establish and solidify a constitution which shall remain a compass in which we as one, shall strive to utilize as a guiding element for all organizational endeavors.

To date, respective members have in the past have in the past, written by-laws or other sustaining precepts which have either been parallel or contrary to one another creating confusion, or worse, dissention.

While the best of intentions were in fact present, the conflict of which to utilize still exist.

At some point, the establishment of a upper echelon approved, rational, intelligent, constitution which contains all guiding rights and by-laws that we will all respect and honor, must be created and implemented with all self-serving interests set aside for the advancement of the whole and the expired or any other by-laws, nullified and made obsolete, respectively.

The embitterment, advancement, and preservation of what each member and supporter are all very proud to be a part of should always remain a priority.

It is well known what our origins are, why we were conceptualized, and our struggles in the past, and the tribulations we will face each days and the days upcoming.

Without these struggles, our organization will experience no growth and without the sacrifices our members make on behalf of our organization, we will see no victory.

Let us not allow these tribulations and our struggles to become an anchor which grounds us, making us stagnant, but in turn allow it to be motivating; producing growth, development, and ultimately, progress.

Our foundation is our origins and creation, your brothers and sisters, the structure. However, our structure shall only remain as formidable as the fundamentals that bind it. Each and every nail driven into this structure to keep it from falling or blowing apart in times of duress, are these fundamentals. This should all be central to every facet of our structure. The integrity of these fundamentals should never be compromised.

Our constitution and its by-laws should never be subject to change or manipulated. Though at times, and amendment may be made or necessary, but, only be an individual who is qualified to do so. The core essence, however, should always remain the same.

We are an organization with Aryan origins. Those who conceptualized these origins did so with future generations in mind and at heart, and to proceed in any direction contrary to this, is treason. We have no room for individualistic gain, self0serving interests, or petty indifference.

DISC-02204

Unity and loyalty are mandatory, and are virtues consistent and central to who we are and who we will continue to grow and become.

We began this journey almost three decades ago with a small, yet organized group of men who stood together when it mattered most. Today, our family has grown to numbers exceeding that of almost all other organizations in this state. Aryan men and women from all walks of life have committed themselves to our ranks, sacrificing most, if not all, for our growth and development. While this growth is progressive, we must begin shedding the stigmas and negative elements as we proceed to build a stronger, more united front. Our darkest hours are rearview now.

Let us now stand tall, stand proud, and stand together, as one, facing any adversary wishing to see our demise.

For us, our people, and in honor of our ancestors, who before us laid down their lives defending and protecting our people.

## HISTORICAL

Our conceptualization began in the very end of the 1980's during a time in the Florida Department of Corrections when white men were exploited, victimized, and preyed upon by those of other races. Whites at this time were cast into a system completely foreign to them and were a minority in the extreme. Those willing to resist these circumstances won little ground and at times found themselves in a losing battle, usually standing alone.This constant and almost always brutal victimization was what in turn generated and fueled the efforts of our founding fathers to commit themselves to isolating the problem and creating a front the resist and rebel against it.

The foundation of our organization was laid by these founding members in or around 1988 or 1989 and in the beginning, originally established itself as the Fourth Reich utilizing the resistance magazine logo as our organizational emblem, the Tron Cross with tilted Swastika in the center.

During attempts at sanctioning this newly conceptualized organization, it came to attention that a discrepancy evolved involving an organization in California who coincidentally had a name similar to ours. Upon further communication, it was decided best to re-establish our organization as "Unforgiven" and sanctioning by the Outlaw Motorcycle Club, through "Wolf's" mediation, was provided.

Our reputation, recognition, and ensuing legacy since has been ours and ours only, earned with no assistance from the latter and only through the diligence in our members' sacrifices, deeds, and actions.

Every member who made the contributions and sacrifices in order to overcome the adversities we've experienced, are why we are in the now progressive state we are in. Our growth and development are interdependent upon our willingness to make these necessary contributions and sacrifices for the advancement of our organization.

"We will rise, as one, or we shall fall, as one…"

## MISSION STATEMENT

Proceeding in any direction contrary to the very ideas I which our organization was conceptualized from, shall not produce growth, development, and thus advancement but rather, stagnation and the ultimate ensuing destruction of what every member and supported hold in very high regards.

Our purpose lies within our origins and those ideals which inspires it. Moving forwards, past mistakes will be both education and motivating in nature, not debilitating.

Firstly, any man who loves his people proves it solely by the sacrifices in which he is prepared to make for them. Unforgiven is the expression of this. However, you can only fight for something in which you love, love only what you respect, and respect only what you at least know. Only the greatness of the sacrifices we make will win us this quality in our supporters and members, at least until tenacity is rewarded by success. The preservation of our organization presupposes a spirit of sacrifice in ach individual supporter and member, "If you will not stake your life, you will win no life."

The highest task of our organization should be to make sure there are no disunities within our ranks/ This can and will only lead to a  split and weakening of our organizational work' furthermore, the spirit or core essence should never die out, but continuously be renewed and re-enforced. Our numbers need not grow infinitely. However, our inflation should be done with members and supporters who are willing to contribute, make sacrifices, and are overall quality in nature or will be throughout time.

It was urgently necessary to bring about a change in this someday, unless our organization, in consequence of the poor foundation of our inner organization and the stagnation

that has developed, were to be forever ruined and incapable of being what we were destined to become.

Ultimately, in order to flourish and succeed our focus will be directed towards, "The eight planks of our organizational platform."

1) Propagate
2) Indoctrinate
3) Growth
4) Development
5) Support
6) Advancement
7) Persevere
8) Prevail

Our organization will propagate itself not by words, but by our deeds, our actions, and above all, through the spirit of sacrifice. On an individualistic level, each and every member shall, through these three things, be a reflection of Unforgiven as a whole, attracting through the brevity of such, like-minded individuals to swell our ranks.

As interest unfolds, it will be important this is cultivated. Indoctrination at this point shall commence, and our philosophy will lead its ideals to victory but only if it unites the most courageous and energetic elements of its epoch and people in its ranks and puts them into the solid forms of a fighting organization. Thus, instructions on our fundamentals or rudiments must not be obscure but clear, and precise, so that our growth and development become systematic and continual providing a solid, quality organization.

Support from every member will be conducive, especially when duty calls. Likewise, while there exists two ex-tensions of our organization, the institutional and sociological levels, the support planks will be interdependent between both.

Advancement will be won through diligence in all facets and our perseverance will be pivotal to prevailing. For the rest, may reason be o0ur guide, may our will be our strength, and may the sacred duty to act in this way give us determination, and above all, may our faith protect us.

## RE-ORGANIZATION
## SUPPORTING AND MEMBERSHIP

Commencing immediately, a mandate for a statewide role call shall be conducted. Each institutional governor will validate all members at their location. This will apply to governing elements in society. This will transpire to ensure that a concise, organized roster including names, alias, D.C.#'s and all contact information be accumulated, recorded and forwarded to each regions co-coordinator chairman. This shall be mandatory and completed within a three month period of time.

During this three month period, all prospected and/or probation interests shall case until the establishment of recruiter delegation has transpired.

Upon the competition of our organization role call membership verification shall be maintained through each regional coordinator/chairman, and recruiting will only commence and transpire by member specifically delegated to do so. From the moment of the completion of said roll call, all validated members will be our brand members, the core of our organization. Post our organizational role call, and upon statewide approval for prospecting and probating to proceed, the total responsibility of recruitment will be delegated to those approved for that position, no exceptions.

Proceeding into the recruitment, our organization will first have to sift through the human material it wins into two large groups: supporters and members. A supporter of an organization is one who declares himself to be in agreement with its arms. A member is the one who fights for them. The supporter is drawn to the organization by its ideals and its objectives. The member is induced by the organization to participate personally in the recruiting of new supporters from whom, in turn, members can be developed.

Since being a supporter requires only a passive recognition of an idea, membership demands advocacy and defense. Being a supporter is rooted only in understanding, membership in the courage to personally advocate and disseminate what has been understood.

Understanding, in its passive form corresponds to the majority of mankind which can be lazy and cowardly. Membership requires an activist frame of mind and thus corresponds only to the minority of men.

Our organization must, beginning now, take the greatest care only to make the most valuable elements among our supporters, into members. Though both the supporter and member,

DISC-02208

in the grander scheme of things, will be important to our advancements and overall success, let our successes in these regards, never be overshadowed by failure.

## RECRUITING POLICY

Each individual institution and county/region will elect a recruiting coordinator. This will be ultimately approved by our regional chairman, who, in turn, must gain approval through our president. Only a member with overall qualities to be the best at this position will even be considered. Once approved, the responsibility will be total in delegation.

The recruitment co-coordinator will, by process ensure that:

A. Any and all individuals who have the quality for possible membership will be initially sought through diligent scouting. The R.C., upon the discovery of a possible will begin the prospect phase.

B. Prospecting: The R.C., once committed will begin watching that individual and begin investigating their overall character, this will be complete and throughout. During the prospect phase, this prospect will not know our interests so as to avoid and any shift in true character. The R.C. will investigate criminal and prison history as well as reputation amongst peers. This will transpire for a term of six months. After the six month term, The R.C. will advance into an introductory phase where an introduction is made to members available. The R.C. will brief this prospect on our history, philosophy, ideals and extend an offer to probate. If the offer is accepted, the prospect will be notified that once his commitment is made and our investment commenced any failure or backpedaling will result in consequence for time wasted. This consequence will be institutions or counties Governor Responsibility.

C. Once the prospect is committed, the R.C. will submit for probationary approval. Governor shall forward probate name and relative info to regional upon his approval with R.C.'s name, institution or county, and date of commencement.

Afterwards, a letter of recommendation, bearing the R.C.'s, governor who approved status, and probates name, place of commencement, date or approval and commencement and other relative info will be provided to the probate for validation and verification in case of transfer or question.

Probate period will be a term no less than (1) year, unless approved by regional.

Probate throughout the course of this period will strive to live up to alls standards set by our organization. Probate will learn our by0-laws, creeds, concepts, history, and ideals of our organization. Aryan history and religion will likewise be regarded as mandatory objectives in which to be studied. Probate will learn all combative measures available and participate in physical training, daily. Probate will not question, disregard, or disobey any order given by R.C., unless it is an order which is without sound reason. Membership will be earned, obtaining membership is 50% of it, maintain member is the other 50%.

All members will set standards themselves in which our probates will strive to emulate. Lead by example. Ultimately, the cultivation of the probate is the sole responsibility of the R.C. However, each one teaches one.

After the probate period has been completed, the R.C. will submit his recommendation for approval along with the probates successes, failures, strengths, weaknesses, flaws, etc. Likewise, position skill will be recommended for future placement if approved.

The institutional or counties Governor, will, upon the review of recommendations approve, deny, or extend probate status. If probate is denied membership he will be forever blackballed from any re-application. If probate status is extended, the extension period will be set and forwarded back to R.C. for the continuance.

If membership is approved, regional will be notified of such and probate induction to membership shall follow.

Induction: Upon approval, all members at the institution or county will be notified of the date set for such.

The ceremony for this shall be held in high regards, honored, and extremely respected.

The members shall form a circle in the open, where the probate will stand at center with the R.C. to his right, governor in front of both, facing each other.

The probate will recite the oath supplied to him and while doing so will provide his right pointer finger to governor. Governor, as this recital of oath is ongoing, will lightly cut this fingertip to draw probate's blood. As this blood drips upon the very soil in which they stand, the governor will then give the new member an organizational alias that his new brothers will all recognize him as. This alias will only be known by members, every member will guard such by oath... This will be an organizational alias, to be used by members only. The ceremony itself is symbolic of the shedding of the old and the rebirth of the member into his new family. The symbolism of the lettering of blood makes the oath, a blood oath, and symbolizes his willingness

to shed his blood for his organization. The next phase will be the <u>Birding</u> of our organizational patch in which all members, prior to obtaining such, will be mandated to commit an act of extreme violence on behalf of his organization. This will symbolize his willingness to shed the blood of another for his organization and must commence prior to receiving our patch. The member will commit this act upon (A) individual who has molested a white woman (B) any individual who has a reputation for victimizing the youth or men of our race (C) a racial and organizational adversary. The member will have a period of 21 days, after the induction ceremony to commit this act and will receive all necessary membership verification prior to doing so in case of arrest or confinement/transfer.

The arrest report or disciplinary report, if such occurs, will be kept to validate the performance.

After completion, an approved artist will be contacted to apply our patch to the new member.

At least two other members must be present during the patching.

Before the patch has been finished the initials of the R.C., institutional or county Governor, and regional chairman with the date of membership approval will be inscribed at the bottom right side of patch running between the corners of the iron cross to the opposite corner, lengthwise.

Prior to any membership patch's blessing, the patch must be recorded with its number and other related information. This must be forwarded, received, and recorded. All patches must be placed upon a "kill shot" area (i.e. throat, spinal region) of all newly inducted members, and shoulders up no exceptions.

1. Only a member of our organization may stamp, stain, mark, print, scribe, or engrave our constitution, approve an outsider to do so and only if it is (A) Quality (B) an individual who is Aryan and is a current contributor to our movement and cause.

2. In the event that an outsider is requested to assist in the patching of a member, the beginning point of the first line must be done by a member and that member must finish the last line.

3. Once the patch is complete, every member at institution or county must gift the newly inducted member.

4. A book of life, containing every patched member, shall be maintained with this responsibility delegated to each regional chairman who shall forward all newly inducted

members and likewise, an excommunicated member to our organizational president. This book shall be mandated to show all changes upon request.

5.  Our symbols or our insignia. In the event a member cannot perform the duties required to tattoo our patch on a newly inducted member, only the governor may

## STRUCTURAL IMPLANTATION

The development of a structure shall commence at every institution and county. This shall be effective upon receipt of the constitution.

Every member shall be delegated a responsibility which will strive towards our organization's growth and development. This will be done in accordance with our constitution and each institutional and county governor will be delegated the responsibility to proscribe each member's responsibilities, with each appropriated according to each member's qualifications in these regards.

At no time shall a responsibility be awarded without proper justification, or, it must be based upon (A) qualification (B) experience (C) education.

Remember this structure shall be instrumental and fundamental to our advancement likewise, a sustaining element in which our organization will be dependent upon.

## REGIONAL GOVERNING ELEMENTS

Our organization, as a result of the building pressures and heavy burdens that are being experienced by our members who on the sociological curve deal with differing membership curves county to county deem it a necessity to devise reasonable yet more improvised methods of organizing this state to the benefit of our entire organization.

The state of Florida has approximately sixty-seven counties, with the membership of our organization occupying most, if not each of these. However, membership levels within each county vary from one to the other.

Effective immediately, the state of Florida shall be divided into four regions. Each region shall have a regional chairman who shall be delegated the responsibility of supervising and maintaining his region. The regions shall begin with the region one, which shall begin in Escambia County and end with Jefferson County. Region Two shall begin with Taylor and Madison Counties and end with Levy, Alachua, Clay, and Duval counties, Region Three shall begin with Citrus, Marion, Putnam, and St. John's Counties and shall end at Hillsborough, Polk,

Osceola, and Indian River Counties, Region Four shall begin with Manatee, Hardee, Highlands, Okeechobee, and St. Lucie Counties and shall end at Monroe County.

Every region will be responsible for supporting and financing at least several acres of land in business and other related matters shall be discussed at this time. The clubhouse address shall be forwarded to each member that is incarcerated and correspondence is mandatory on both sides.

The Regional Chairman shall coordinate all other functions and events.

RANKING SYSTEM

A ranking system and the establishment of such is an important and necessary element of our organization. Within this structural development of our organization responsibilities have been delegated. Title and/or rank of members shall be the pinnacle of these responsibilities.

The States President shall control and maintain total and absolute responsibility of our entire organization, however, the burden of assisting in these endeavors shall also lay firmly upon our regional chairmen who will at all times be obligated to the best interests of all members. The final decision, however, shall always be the organizations President to make.

Our organizations ranking structure will be constructed utilizing a diamond concept where while the two halves appear in a mirror image or similar in totality, there remains a separation of the upper echelon from that of the lower however, communication shall be maintained, as will order, and a chain of command. Ranks will only be appropriated to members who best qualify for them and have educated themselves in such. The upper echelon shall be designed to oversee and support the entire organizational functions. The lower, shall be a micro managing element, interdependent upon the upper.

PRESIDENT
SECRETARIAL
TREASURY-ORGANIZATION MANAGEMENT
TWO STATE RECRUITMENT COORDINATORS
INSTITUTIONAL SOCIOLOGICAL
STATE ENFORCER
[1]REGIONAL CHAIRMAN/[2]REGIONAL CHAIRMAN
[3]REGIONAL CHAIRMAN/REGIONAL CHAIRMAN
[1]ENFORCER PER REG. CHAIRMAN
[1]LIEUTENANT PER ENFORCER
[1]SERGEANT AT ARMS PER LIEUTENANT
DEDICATED FRONTLINE (SOLDIERS) "DFL"
PROCUREMENT COORDINATORS

COUNTY AND INSTITUTIONAL GOVERNORS
SECOND ENFORCER
TREASURY MANAGEMENT
SECOND LIEUTENANT
SECOND SERGEANT AT ARMS
DEDICATED FRONTLINE (SOLDIERS)
PROCUREMENT COORDINATOR
RECRUITMENT COORDINATOR
COURIER/COMMUNICATIONS

MEMBERSHIP ESTABLISH
PROBATE
PROSPECT
SUPPORTERS

DISC-02214

## DUTY AND RESPONSIBILITY

1. President of Unforgiven: Shall have and maintain total responsibility of our entire organization, its members, functions, delegations, etc.

DISC-02215

THE SACRED SIXTEEN BY-LAWS

1. SILENCE AND SECRECY

All organizational endeavors, codes, constitution, concepts, creeds, and any other organizational related information or structural elements will at all times be kept and remain kept in a absolute shroud of secrecy. What's Unforgiven, shall remain Unforgiven.

According to our organizational structure and ranking, any information supplied to any member will be on "a need to know basis" unless deemed otherwise by a governing element. This will be set to ensure the safety and integrity of all involved in important, confidential, or sensitive matters.

At any time, and dependent upon circumstance, any governing element may engage a "silence and secrecy" order. Any willful or negligent violation of this order will result in a serious violation.

Under no circumstance will an un-patched member know, posses, or be included in any organizational business or activities that are deemed "Members Only". A prospect, probate, family, friends, or supporter are not members designated.

An absolute zero tolerance policy is in effect in regards to any co-operation withal state or federal officials. Any personal or business ventures, relationships in any capacity, or communication regardless of the nature of it, must be reviewed to and approved of by a governing element of our organization. All communication, regardless of the harmlessness of it or any contraband meeting must have at least one other member present during such to validate, if necessary, the conversation and interaction thereof.

In the event a member willingly and or intentionally violates our organizations silence and secrecy clause and depending on the circumstances surrounding said violation, the consequence shall be extreme as a result of the violation. What is Unforgiven, will remain Unforgiven...

2. Every member will be required to aide and assist another member or a member's immediate family in the event it is needed, requested, or in, or as a result of any hostile situation, under duress, and all verbal or physical confrontations. At any time, a member abuses this aid and assists cause or takes advantage of another member or that member's immediate family, manipulates, because in any fashion, the consequence shall be extreme. Any abuse of "Time of need" element will not be tolerated. "I am not my Brother's keeper, I am my Brother"...

3. Homosexuality is a violation of the laws of nature. Our ways and beliefs are in direct conflict with such activities so likewise at no time shall any member or prospective member or prospective member participate or indulge an act in these regards. This shall include both the action and gesture of such. Sexual deviancy in any form is prohibited as in any sexual predatory acts or offences. All sexual acts committed by a member must be consensual. Zero tolerance against any who sexually assault in fashion, a white Aryan women or child. These are the bearers of our future in and of itself.

4. Absolute loyalty in its entirety shall be mandated thus required of every member and supporter of our organization. The honor of every member shall always be maintained, protected, and defended at all times. Any disagreements, personal issues, or negative connotations, which are openly expressed by a member in regards to another member, without that member's presence is forbidden. The slandering or disrespect of our organization and its encompassing elements will likewise not be tolerated. Any manipulative or deceptive behavior resulting in personal gain and/or treachery, betrayal and treasonous deeds by a member against or towards another member, his or her direct family, or a supporter is also forbade.

5. Unity shall be exhibited in all events. There is power in unity and with that power is respect. United we shall stand or divided we will fall.

6. Theft, robbery, and extortion involving our members with the act involving such from another member, his or her direct family, or our supporters is prohibited, however, in the event a member actively participates is inclusive in the above or involved in any fashion, the occurrence of such will not make another white Aryan the victim of these circumstance unless that individual is a sexual deviant outlawed or banished, or one who preys upon our, and his own race.

7. Effective immediately, due to the nature of and the ultimate affect of the epidemic revolving and surrounding the use of K-2, spice and all synthetic marijuana, a complete ban on the use of such in any capacity shall exist. Upon receipt of this ban each member shall swear an oath on the discontinuance of its use. The use of other drugs which are debilitating in nature will likewise be banned for use.

8. Membership dues will be mandated in order to support our organization, its endeavors, member's needs, functions, and activities. These dues shall be determined and set by our governing elements, and will be forwarded to our treasury system. Our treasurer will be responsible for these collections, monthly, and likewise, the disposal of such. At no time will an abuse of these funds occur. At any time a member withdrawals and an amount, that amount shall

be replaced back into the treasury within 21 days. A penalty shall apply for every day/s which have elapsed past the amount due date. This penalty shall be at a 21 percent of total amount borrowed with exceptions granted by treasurer, but only in rare instances.

Any debts that are incurred by a member will be delegated to that member for re-imbursement. At any time a debt is incurred by a member, that debt shall be paid, and paid within a reasonable amount of time. The debt of any member that brings any dishonor to our organization because of that member's failure to maintain his personal obligations will result in a violation, as the reflection of such devalues not just the word and integrity of that member, but that of all members as well.

An honorable appearance and a positive reflection of every member ensures likewise upon our organization as a whole. Right! Good! Will!

9. Requirements for membership shall be maintained without any discretionary tactics. Only a sanctioning recruiter may be permitted to prospect, probate, and ultimately patch any prospecting member. Any membership attained through any member, not sanctioned, to recruit will result in that new membership becoming nullified, and a violation will issue upon the non-sanctioned members failure to adhere to this by-law.

At no time will an individual be considered for membership who has committed any sexual deviant act involving women, or children, nor any act that is homosexual in nature. Likewise, there will, at no time, be anyone considered for membership who has ever co-operated with State or Federal officials. All prospects will be thoroughly investigated prior to membership.

Aryan women seeking membership shall be mandated to follow and meet all requirements as well, however, discretion by the recruiting member may be utilized in regards to the sacrifice/bleeding of patch prong. All female probates shall actively show their commitment in fidelity by those sacrifices they are willing to make. Our women are unique, beautiful, and special, and the bearers of our future generations. Devout, strong, and dedicated Aryan women are just as important to our organization as the man, and, likewise, shall be treated with fairness and respect throughout prospect, probate, and membership process.

10. All organizational business with other organizations must be approved by a governing element, and conducted only by a member qualified to do so, unless, it is personal in nature with no bearing or inclusion of our organizational name.

11. At no time will an organizational member be housed with:

(a) Any race not his own. This shall commence to prevent hostility, racial tension, and overall safety of all involved.

(b) Another member of any organization whose ways and beliefs are in conflict or inconsistent with our own.

(c) Any homosexual, sexual predator, or child molester,

*Applicable to institutional two man housing, as well as, on the sociological level*

12. Acts of cowardice shall be reviewed, investigated, and punished, if the party/s involved is found to be in violation of such act, especially if such an act resulted in the harm of another member, his or her direct family, or a supporter.

Our organization functions and encourages its members to be courageous in all endeavors. Acts of courage will be rewarded. Extreme acts of violence, when necessary are encouraged.

13. Orders from superior members will be followed. At NO time shall an order be given which is of nature that its elements are not honorable in quality. There will be zero tolerance for abuse of power. Never shirk or derelict in organizational duties or our constitutional requirements, especially during any time as a war declaration. All orders that are extremely violent in nature must be committed with at least one to two other members present to ensure the safety and integrity of said mission. All missions will be completed as ordered and only abandoned upon the order to do so.

13. In the event that a member should be ex-communicated from our organization it must be, first, approved, then forwarded as a recommendation by a governing element to a regional chairman. The regional chairman shall weigh the preponderance of what the recommendation and investigation contained and make the ultimate approval or denial. Ex0communicating a member is a last resort and should always be taken seriously with all alternative actions taken into consideration. Only facts, truths, and reality, shall be reported for or against in regards to any issue to regional. Emotion shall have no part in this as it can or may distort the above mentioned facts, truth, and reality. Once an approval for such is given an enforcer shall be delegated to ex-communicate with or without the assistance of the D.F.L. Once a member is ex-communicated he/she is prohibited from future membership.

15. Physical fitness and/or training in combative measures are mandatory for every member at least 1 hour, 3 times per week. This will be beneficial to overall appearance, build confidence,

educate members in the use of force and extreme violence, and create a healthy atmosphere for every member.

16. Every member will become oath bound by blood to uphold, adhere, and defend our constitution and all its encompassing elements.

Only the organizational president can make or approve an amendment of this constitution.

Every element or arm of Unforigven will honor this constitution. Any who do not will be deemed traitors and will be dealt with in a most extreme form.

21 2 12

21*16

VIOLATIONS

Any willing or intentional violation of our organization's by-laws or constitutional twenty-one by any member shall result in a consequence. This consequence shall be set forth in differing phases, dependent upon the nature of the violation.

Firstly, all violations of by-laws shall be brought directly to the attention of a governing element. The violating member will be entitled to a complete and unbiased investigation into the violation committed. Upon approval of this violation, the consequence shall fall into one of three phases.

1) Phase One: Member shall complete all necessary, prescribed P.T. in accordance to that set for the violation.

2) Phase Two: Member shall endure a physical violation where the enforcer shall commit a physical assault as deemed fit for offense. This phase shall be utilized if the member commits more than one offense of the same type. This violation shall commence in an honorable fashion and as a last resort to phase three. Only in extreme violations shall this phase be by-passed or only in rare circumstances will a member not be obligated to fulfill this phase, i.e., physically unable to withstand the assault due to illness, or impairments.

3) Phase Three: This phase is in place for extreme violations, where either after the first two phases the violation is committed for their time, or tin the event a violation occurs which compromises the integrity of our organization and its members through acts of treason, treachery, or betrayal. Only a regional chairman can approve this phase as it results in the ex-communicating of a member, which should always be rendered as the last and final resort for rectification. Our members are our organization and their well being and support should always

DISC-02220

be and remain at the forefront of all proceedings, however, the elimination of a member whose problematic actions result in our organization, as a whole, bring compromised, ***throne*** that member's forfeiture o his or her status will be taken as a preventative measure to safeguard the organization. All ex-communicated membership information shall be forwarded to regional "in the scheme of things, be kind, when you cannot, be hard, but in either case, be noble."

## SECURITY

At the institutional level, every member or probate shall report to that governor, at his earliest convenience. Upon his arrival at any new facility, the newly arrived member, after an introductory, shall present all letters of recommendations, name, alias, and any other information deemed relevant to satisfy verification of status. The institutional governor shall request verification from regional. Upon the satisfaction of this, the newly arrived member shall be presented a membership package containing necessities and be delegated responsibilities for that institution. **The same shall be applicable to those released from any institution, or any moves from county to county, state to state. Membership declaration must be submitted and validated.** (Bold text amended 10/19/18)

## NETWORKING AND PROCURING FINANCIAL STABILITY

Individually, every member of our organization shall begin organizing methods of procuring finances. These finances will be funneled accordingly to support all organizational endeavors. The contribution of every member is mandatory.

Learning, understanding, and applying the concept of networking is essential to this, likewise, understanding economics is pivotal in the furtherance of that which is required as well. Learning to communicate during all methods of individual and organizational business will determine success or failure. Developing healthy business skills will ensure, in all livelihoods, investments, which will prove fruitful thus generating economic stability for our organization.

## ADVANCING PROGRESSIVE GROWTH AND DEVELOPMENT

Knowledge is power. All members will be encouraged to educate themselves in regards to all our racial history, religions, and symbols.

Education is mandatory for members as it will be necessary in day to day communications and functions. Our youth will look towards the elders of our community for knowledge, wisdom, and guidance. Each one, teach one. Growth and development is done through active involvement in curriculum, through struggle, and examples that are positive and

beneficial in nature. Each member shall strive to be and set an example other of our race will be inspired by and likewise strive to emulate. Lead by example.

## CODIFICATION METHODS

All sensitive and important verbal and written communications shall be encrypted. This will be mandated to safeguard critical organizational information.

These codification methods will never be disclosed to non-members and will be taught member to member, and ultimately committed to memory.

## CONCEPTS

1) U.B.L.: Unconditional Brotherly Love

21.2.12

2) 21.16: Unforgiven Pride

U.P.: Always Up!

3) "16" Letters

| | | |
|---|---|---|
| Warriors of | While | White |
| Our | Inspiring | Aryan |
| Revolution | Dedication | Resisting and |
| Leading | Every | Fighting |
| Defiantly | | Against |
| | | Racial |
| | | Eradication |

Head held high, we are proud. Never giving up, nor giving, any ground. We fell no doubt, we feel no shame. To our enemies no mercy, for they are to blame. The mark of the Unforgiven, every worthy comrade bears, earned through sacrifices made, until our death we'll wear. Blood for blood, from blow for blow, forging our future because of the beliefs we hold. A stamp of our boots and our stiff armed salutes. Despite the struggle we've risen…. We're Unforgiven forever and forever. Unforgiven…..

4. The Unforgiven Sixteen:

As one we will secure the existence of our race and a future for our children.

5. The Sixteen P's:

Our Purpose is paramount to perpetuate our preservation through procreation and the promotion of securing our existence by promulgating pride and perseverance.

Through our time is now perilous; precise, proficient, and passionate participation will ensure that we all shall not perish as a whole, but prevail, as one.

6. U.F.F.U.: Unforgiven Forgiven Forever Unforgiven

7. Greetings: 21.2.12/21.16

The Unforgiven grip will be adopted from the millenniums old version our Aryan ancestors utilized as a welcoming or farewell grip. The grip consists of each member grabbing a firm hold of the others inner wrist, while (right hands), symbolizing/strength) opposite (left hand) grips the elbow of the same arm. The entire symbolism behind this is each member's commitment to one another and willingness to share their strength so that others can endure.

## PHILOSOPHY

Members will be strongly encouraged to read all Aryan Philosophy. The study of Mein Kampf should be and remain a requirement, as its relativity to our organization, the movement, and our racial advancement, in general, is of great importance.

## CREEDS

1) An Unforgiven brother is without a care

He walks where the weak and heartless

Won't dare

If he stumbles or loses control

His brothers will help him complete

His Goal

For a Unforigven Brother

Death holds no fear

As vengeance is with his brothers still here.

2) As brothers forgiven not by society

Embrace Aryan Culture, knowledge, and strength; die proud under thy swastika shroud remaining forever Unforgiven.

DISC-02223

## OUR ORGANIZATION'S OATH

1. I, _____, Honestly swear my love, loyalty, and devotion to each and every brother and sister known to be a patch holder of Unforgiven BROTHERHOOD ONLY.

2. Re-Advised 9/21/18

Here I stand, in front of our high divine creator, my Brother and Sisters alike and alike and surrounded by the essence of our Aryan ancestors, hear this Oath I pledge in voice and blood. May it echo throughout the halls of eternity. I _____, Do so swear eternal allegiance to all members, both young and old, man and woman, who bear the mark of Unforgiven, May this Oath be forged in the same fires which my ancestors before me used to forge the steel, that defended our people, both blood and folk those flames which still, today burn vibrantly in the hearts of every Aryan man, women and child on my Honor and by my blood I Bind myself as oath bound to be and remain loyal to Unforgiven. By this blood Oath, I accept all members, now, as my blood kin and likewise of equal importance, my family theirs, theirs, mine. I do so swear to protect and defend, with my last breath, all members and their family. I pledge that I will protect, defend and adhere to my constitution and all its encompassing elements. I likewise, also pledge to assist when needed, educate, promote and protect all worthy Aryan men, women, and children as our ancestors before us did so valiantly and courageously.

Here me now, that if I break this Oath and dishonor all that is attached, that I will forever be condemned to live in shame until vengeance finds her mark and my soul burns until the essence of my being and name exists no longer.

On my blood, the blood of my father, Mother, and their ancestors do I pledge this troth. I do so swear, I am Unforgiven forever, and forever Unforgiven.

## OUR ORGANIZATIONS SYMBOLS AND OTHER INSIGNIA

At Present, our organization has two membership patches. The first is for brothers and the second for our Sisters. Other insignia will be made available in near future, including a mark of support (for our supporters), Blood Patches (A patch given for ones sacrifices to Unforgiven), and badges of Honor.

## WAR AND SANCTIONING

A declaration of can only is made by a regional unless circumstance prevents it. In the event war declared every member shall commit his life if necessary to our success in such and so goes the old adage…

> HATE FOR HATE AND RUTH FOR RUTH, EYE FOR EYE AND TOOTH FOR TOOTH SCORN FOR SCORN AND SMILE FOR SMILE, LOVE FOR LOVE AND GUILE FOR GUILE WAR FOR WAR AND WOE FOR WOE, BLOOD FOR BLOOD AND BLOW FOR BLOW!

"OBSTACLES ARE MEANT TO BE OVERCOME, NEVER SURRENDEREDTO"…

Only the state president of our organization has the authority to sanction our organization in other states. Likewise, without proper sanctioning, any other element which claims ancestry to Unforgiven brand will not be recognized and will be viewed as open disrespect which will be punished without any mercy, and extinguished of its existence, period.