① 

Ms. Savage,                                                    1/25

So, I'm not sayin' we're soulmates... But I'm not sayin' we aren't either. lol. I know this, I'm pretty sure I'm in love. Only reason I'm not 100% sure is 'cause I've been gone for so long and forgot what that emotion feels like. Although, since reading your letter today I've had this stupid ass smile plastered on my face and the desire to write you back ASAP is any indicator, then I'm thoroughly Fucked. At the very least, you have my full and undivided attention.

Funny you mentioned Solo... We are in the same Fed indictment, different charges, and start trial Feb 12. A few bros are sayin' he's been snitchin', I'm not 100%, but one of the bros that was in his case said it. I'll know soon enough. Out of 20 people in this Fed indictment only 4 of us are goin' to trial and like 8 are testifying against us. Shitty. I've been to a bunch of camps... Gulf, Calhoun, Quincy, Liberty, Holmes, Okaloosa, Taylor, Santa Rosa (CM), Columbia, Hardee (CM), Avon Park, Union (CM). The Feds came and picked me up at Santa Rosa in Aug '21 for this shit, that was my 2nd time on CM there. What can I say? I stab people, but they deserve it.  →

Ref: 4963748 pg 1 of 10 for TAYLOR SZUBA

DISC-31372

It's kinda my thing, ya know? Like, I'll tell my bros on the pound, "leave me out of the daily drama and bullshit, just pull up when it's time to go to work." That's mostly why I've been to all those camps, the longest I've been in one spot is like 8 months other than doin' CM time. Don't get me wrong, it'd be cool to hit a pound and hang out for a year or two, but it just doesn't work that way for me. Something always comes up and/or a bro comes runnin' to me to handle up. What can I say? lol. It's just the life I live and comes with the territory of bein' a prison RockStar. In all seriousness, Cracka, just doin' what I have to do to make it out of this shit alive.

    Back to you... I really am fucked up 'bout you. You've got the right attitude and personality for me. Puerto Rican and Russian... I'm makin' sure all sharp objects are nowhere near you if we ever argue. You will not get me lol. I know you'd be fun though‼. You just better not tap out. I'll put that feisty shit to the test. Jitt back here who was on the van with you comin'  →



back from court said you were cool as fuck. And don't worry 'bout Angel Gonzalez, I already punked him. About 8 months ago he went to talkin' shit back here so I popped my door open on his bitch ass and he ran and hid behind Morales. (Oh yea, I forgot to tell you, I have a super power, I can open my door whenever I want.) He put a keep seperate on me, but I beat his homeboy up on the rec yard last month. Back to shit that matters... What were they talkin' bout at court yesterday? I hope nothin' crazy. I'm dead serious about you already leavin' a lasting impression on me. I don't want to get all stalkerish on you, but I will find you J/K.

 A lot of fascinating shit goin' on back here, not really but I'll tell you anyways. I too have been "stirring up the pod". There have been 3 PC cho mo fights in the past week. All 3 looked more like a couple 5 yr olds slapping at eachother. Still, funny and good entertainment. If you didn't know, this is also a psych ward. So myself and a couple others like to get those →

guys cranked up. There is a midget back here right now. A suicidal midget at that. In a turtle suit. Don't even get me started on that. Unfortunately no, he can't kick himself in the face, I asked. I harassed this one PC to the point of signing out of PC. He just signed 30 months in 5 yrs out for child porn. I hope he's in GP right now gettin' put down on, he had canteen too. Not a good combo for him. There's a kid back here who killed his Grandpa. Yea, he stabbed him to death with a crucifix. Mental health brought him a Pokémon book. I'm so serious, he was like freakin' out about getting this book and he actually did it. Angel Gonzalez (however the fuck you spell it) plays with poop. He's been back here 3 different times in my 540+ days and for the first week he gets back here he shits on the floor and smears it on the walls. This last time they put him in the restraint chair naked for 2 days. Big laughs on that one. I've got a couple "chomies" that do shit for me or shoot me their pasta salad and PB and milk. As for 5★ suite, ha. I might be livin' in →

here alone, but there is a fuckin' camera above the door. And yes, I do wave to it every time I poop. I've only had one person in the 2 yrs I've been here as a bunky and he was my bro. Nick Reinhardt. My bestest friend and UF bro. When he left they put me on "house alone" because I'm not known for playin' well with others. Especially since there are even Ad Seg cho mos. Which brings me to Tyler McGraw. His victim is his niece. He's all the way fucked up. Big, fat, nasty, rot toothed, and stanki. He was PC, went Ad Seg, and has been moved around in GP. My dog has him payin' rent out there right now in A dorm. Next is Derrick Lawrence. Molested and raped his own daughter from 6-12 yrs old. He's been here almost 5 yrs now, scared to death to go to prison and rightfully so. I've taken a personal interest in his future demise. He happens to also be a trash-can burglar who calls food people throw away "leftovers". I've been locked up a while now and never seen shit like I've seen in B100. We too have a shower shitter, quite honestly I believe there →



are two of them. The sneaky sick fucks. I've also devised a fullproof way of figuring out if someone is a cho mo, if they ask the deputy to put on the Discovery channel, 99.9% chance that person is a cho mo. That is the only channel these sex offenders watch.

   Moving on... In your letter you mentioned something about rambling. Well, I happen to ramble on myself and do love a person who can ramble on as well. I'm sure you've noticed in this letter that I can ramble with the best of them.

   Background... Ok, so I had a really good childhood and all that shit. Dad was a major in the Marines, mom owned a catering biz. Shit fell apart for me when my mom died while I was in college, '06. Got my shit together and moved to Tampa and got an awesome job at the Ad Agency. Was goin' to get married, left her for my boss' secretary who also happened to be my best friend. We lived together for almost 2yrs then found out about my oxy addiction and that killed that. From there shit went down the drain and here I am now. That's the Reader Digest →

<2>


⑦

version. I don't have kids, but always wanted to be a dad. I taught summer school for 5th graders during college and loved it, but didn't want to be a teacher 'cause the $ sucks so I was a business major. I fuckin' love kids though. Kids, women, and animals, my soft spots. That would be why I hate these child molesters and woman beaters. I had a dog named Diesel before I got locked up. He was a pit/rott mix. My best friends mom took him when I started fuckin' up. Only person I really have out there is my Grandma, she's almost 90 and looks out for me big time. She's been ridin' this whole bid. One thing I never did out there was fuck my family over, so at least they still love my dumb ass. I'm the only person in my extended family to even to to jail.

    Just so you know... I'm upset about the nonexistent naked yoga and oily pillow fights. I feel like that's a real thing and you just don't want me to know about it. Disinformation. Although if ya'll ever need an expert in nipple and ass comparison, I'm your man for it. Seriously →

Ref: 4963748 pg 7 of 10 for TAYLOR SZUBA

DISC-31378

though, I don't believe there hasn't been a bra and panties tickle fight. You can't fool me.

Gotta get this letter out tonight or wait till Sunday. Yes I was super pathetic checkin' the kiosk lookin' for a letter from you. Now that you wrote me and are fucking amazing it will be worse. Thanks for that. Could be I'm actually pretty excited that you didn't disappoint. If you can, you should def see if you can get somebody to shoot me a pic of you. Don't leave me hangin', write me back ASAP.

— The Scummiest

P.S. So have you seen/remember what the Converse logo looks like? O with the ★ in the middle, above the ★ says Converse, below it says All-Star. In the crook of my right arm I have the O with a red ~~swazi~~ and ~~bolts~~ over the swazi. Above it says Unforgiven where the Converse would be and below says All-Star. I also have a pentagram on the under side of my wrist with "Purge Society" around it.

(margin note: worried they wouldn't let this go through)

Case 8:21-cr-00218-WFJ-AAS   Document 1046-258   Filed 03/19/24   Page 9 of 10 PageID 5743



DISC-31380

DISC-31381