

# Security Threat Operational Review Monitoring System (STORMS)
Florida Department of Corrections

Requested date: 11/23/2020 12:11:34 PM

## Individual STG Report

### Personal Characteristics - Offender: MAVERICK MAHER (W11446)



| | |
|---|---|
| **DCNumber:** W11446 | **Status:** Released |
| **Last Name:** MAHER | **First Name:** MAVERICK |
| **Middle Name:** C | **Suffix:** |
| **Birth Date:** ▮▮▮▮1981 | **Leadership:** No |
| **Primary Group:** ▮▮▮▮▮▮▮▮ | |
| **STG Status:** ▮▮▮▮▮▮▮▮ | **STG Name:** ▮▮▮▮▮▮ |
| **STG Rank:** ▮▮▮▮▮▮▮▮ | **STG Alliance:** |
| **Hair Color:** BROWN | **Eye Color:** HAZEL |
| **Gender:** MALE | **Race:** WHITE |
| **Height:** 508 | **Weight:** 166 |
| **SSN:** ▮▮▮▮▮▮ (verified) | **FDLE #:** 04871530 |
| **FBI #:** | **Commit CO:** PALM BEACH |
| **Facility/Office** | **Custody:** MEDIUM |
| **Region:** | **Bed:** |
| **Job Assign 1:** | **Job Assign 2:** |
| **Initial Receipt:** 07/13/2009 | **Current Rel.:** 07/20/2016 |



1 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11367

Document Name: TempGraph_1.jpg
Document Description: Tattoos
Document Extension: jpg



MAHER, MAVERICK
DC #W11446



10 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11376

Document Name: 100_5552.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5557.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11381





Document Name: 100_5562.JPG
Document Description: Tattoos
Document Extension: JPG

16 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11382



Document Name: 100_5567.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5566.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: 100_5559.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5549.JPG
Document Description: Tattoos
Document Extension: JPG

18 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11384





Document Name: 100_5564.JPG
Document Description: Tattoos
Document Extension: JPG



19 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11385

Document Name: 100_5560.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5565.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11386

Document Name: 100_5563.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5561.JPG
Document Description: Tattoos
Document Extension: JPG

21 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11387





Document Name: 100_5553.JPG
Document Description: Tattoos
Document Extension: JPG



22 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11388



Document Name: 100_5556.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5550.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-11389

23 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: 100_5555.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5558.JPG
Document Description: Tattoos
Document Extension: JPG

24 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11390





Document Name: 100_5554.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: 100_5551.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_5548.JPG
Document Description: Tattoos
Document Extension: JPG

26 of 37
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-11392