

# Security Threat Operational Review Monitoring System (STORMS)

Florida Department of Corrections  Requested date: 5/20/2021 3:16:16 PM

## Individual STG Report

**Personal Characteristics - Offender: BRANDON WELCH (T63355)**



| Field | Value | Field | Value |
|---|---|---|---|
| DCNumber: | T63355 | Status: | Incarcerated |
| Last Name: | WELCH | First Name: | BRANDON |
| Middle Name: | S | Suffix: | |
| Birth Date: | ▮▮▮▮1987 | Leadership: | No |
| Primary Group: | ▮▮▮▮ | | |
| STG Status: | ▮▮▮▮ | STG Name: | ▮▮▮▮ |
| STG Rank: | ▮▮▮▮ | STG Alliance: | ▮▮▮▮ |
| Hair Color: | BROWN | Eye Color: | BLUE |
| Gender: | MALE | Race: | WHITE |
| Height: | 510 | Weight: | 162 |
| SSN: | ▮▮▮▮ (verified) | FDLE #: | 07046622 |
| FBI #: | | Commit CO: | HILLSBOROUGH |
| Facility/Office: | SANTA ROSA C.I. | Custody: | CLOSE |
| Region: | 1 | Bed: | E2206U |
| Job Assign 1: | ▮▮▮▮ | Job Assign 2: | ▮▮▮▮ |
| Initial Receipt: | ▮▮▮▮ | Current Rel.: | ▮▮▮▮ |



1 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08940

**24. What signals, colors, or tattoos are used to signify group members?**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
|---|---|---|

Document Name: DSC00642.JPG
Document Description: Tattoos
Document Extension: JPG

Document Name: DSC00638.JPG
Document Description: Tattoos
Document Extension: JPG

26 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08965





Document Name: DSC00639.JPG
Document Description: Tattoos
Document Extension: JPG

27 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08966



Document Name: DSC00640.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC00643.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08967

Document Name: DSC00634.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC00637.JPG
Document Description: Tattoos
Document Extension: JPG

29 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08968





Document Name: DSC00641.JPG
Document Description: Tattoos
Document Extension: JPG

30 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08969



Document Name: DSC00636.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC00633.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: DSC00635.JPG
Document Description: Tattoos
Document Extension: JPG

Comments:

**25. Is your group at war or rival with any other group? If so, who?**

No

| Known STG Name: | Unknown STG Name: |
|---|---|
| | |

Comments:

**26. Is your group allies or friends with any other group? If so, who?**

No

| Known STG Name: | Unknown STG Name: |
|---|---|
| | |

Comments:

DISC-08971





42 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08981



Document Name: 100_2827[1].JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_2826[1].JPG
Document Description: Tattoos
Document Extension: JPG

DISC-08982

43 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).





Document Name: 100_2825[1].JPG
Document Description: Tattoos
Document Extension: JPG

44 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: 100_2824[1].JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_2823[1].JPG
Document Description: Tattoos
Document Extension: JPG

45 of 54
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-08984