

# Security Threat Operational Review Monitoring System (STORMS)

Florida Department of Corrections

Requested date: 5/20/2021 3:17:42 PM

## Individual STG Report

**Personal Characteristics - Offender: JOSHUA WILLIAMSON (I08901)**



| | | |
|---|---|---|
| **DCNumber:** I08901 | | **Status:** Incarcerated |
| **Last Name:** WILLIAMSON | **First Name:** JOSHUA | |
| **Middle Name:** E | **Suffix:** | |
| **Birth Date:** ▮ 1985 | **Leadership:** No | |
| **Primary Group:** ▮ | | |
| **STG Status:** ▮ | **STG Name:** ▮ | |
| **STG Rank:** ▮ | **STG Alliance:** ▮ | |
| **Hair Color:** BLONDE OR STRAWBERRY | **Eye Color:** BLUE | |
| **Gender:** MALE | **Race:** WHITE | |
| **Height:** 511 | **Weight:** 155 | |
| **SSN:** ▮ (verified) | **FDLE #:** 05111916 | |
| **FBI #:** | **Commit CO:** COLUMBIA | |
| **Facility/Office** SUWANNEE C.I. ANNEX | **Custody:** CLOSE | |
| **Region:** 2 | **Bed:** P22042 | |
| **Job Assign 1:** ▮ | **Job Assign 2:** ▮ | |
| **Initial Receipt:** ▮ | **Current Rel.:** ▮ | |



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-10647

Document Name: Williamson, Joshua
#I08901_img012.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img011.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-16658



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img010.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

DISC-16659

**13 of 75**
**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: Williamson, Joshua
#I08901_img009.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img008.jpg
Document Description: Tattoos
Document Extension: jpg

DISC−10660



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img007.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

DISC-10661

Document Name: Williamson, Joshua
#I08901_img006.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img005.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10662

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img004.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

DISC-10663

Document Name: Williamson, Joshua
#I08901_img003.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img002.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10664



**Williamson, Joshua**
**I08901**
**2013_01_28**

Document Name: Williamson, Joshua
#I08901_img001.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2013_01_28**

**19 of 75**
**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



Document Name: DSC01817.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-10671

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSC01816.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01822.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-10672

Document Name: DSC01824.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01823.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-10673

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).





Document Name: DSC01818.JPG
Document Description: Tattoos
Document Extension: JPG



**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: DSC01821.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01814.JPG
Document Description: Tattoos
Document Extension: JPG



**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

DISC-10675

Document Name: DSC01819.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01815.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-10676





DISC-10677

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Williamson, Joshua I08901
04-15-11 011.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Williamson, Joshua I08901
04-15-11 010.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10683

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: Williamson, Joshua I08901
04-15-11 009.jpg
Document Description: Tattoos
Document Extension: jpg



DISC-10684

Document Name: Williamson, Joshua I08901
04-15-11 008.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Williamson, Joshua I08901
04-15-11 007.jpg
Document Description: Tattoos
Document Extension: jpg

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-16685



Document Name: Williamson, Joshua I08901 04-15-11 006.jpg
Document Description: Tattoos
Document Extension: jpg



DISC-10686

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Williamson, Joshua I08901
04-15-11 005.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Williamson, Joshua I08901
04-15-11 004.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10687



Document Name: Williamson, Joshua I08901
04-15-11 003.jpg
Document Description: Tattoos
Document Extension: jpg



DISC-10688

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Williamson, Joshua I08901 04-15-11 002.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Williamson, Joshua I08901 04-15-11 001.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10689





*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-10690

**24. What signals, colors, or tattoos are used to signify group members?**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: jpg |
|---|---|---|

Document Name: Williamson, Joshua #I08901_img011.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2010_08_04**

Document Name: Williamson, Joshua #I08901_img010.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-16695

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



**Williamson, Joshua**
I08901
2010_08_04

Document Name: Williamson, Joshua
#I08901_img009.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
I08901
2010_08_04

DISC-16696

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Williamson, Joshua
#I08901_img008.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2010_08_04**

Document Name: Williamson, Joshua
#I08901_img007.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10697

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



**Williamson, Joshua**
**I08901**
**2010_08_04**

Document Name: Williamson, Joshua
#I08901_img006.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2010_08_04**

DISC-16698

Document Name: Williamson, Joshua
#I08901_img005.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua
I08901
2010_08_04**

Document Name: Williamson, Joshua
#I08901_img004.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-10699

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



**Williamson, Joshua**
I08901
2010_08_04

Document Name: Williamson, Joshua
#I08901_img003.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
I08901
2010_08_04

DISC-10700

Document Name: Williamson, Joshua
#I08901_img002.jpg
Document Description: Tattoos
Document Extension: jpg



**Williamson, Joshua**
**I08901**
**2010_08_04**

Document Name: Williamson, Joshua
#I08901_img001.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-107701

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



DEPT. OF CORRECTIONS
**INMATE**
**A-I08901**
D.O.B: 01/25/1985   Height: 5'10"
Hair: BROWN   Weight: 171
Eyes: BLUE   Race: WHITE
**WILLIAMSON, JOSHUA E**

**Williamson, Joshua**
**I08901**
**2010_08_04**



**56 of 75**
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-10702

**24. What signals, colors, or tattoos are used to signify group members?**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
|---|---|---|

Document Name: IMG_1607.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1608.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-10707

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: IMG_1610.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-10708

Document Name: IMG_1612.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1613.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-10709

Document Name: IMG_1615.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1614.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-10710



Document Name: IMG_1616.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-10711

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: IMG_1611.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1606.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-10712