

# Security Threat Operational Review Monitoring System (STORMS)

Florida Department of Corrections

Requested date: 8/19/2019 4:13:25 PM



## Individual STG Report

**Personal Characteristics - Offender: SCOTT MARSHALL (375063)**



| | | | |
|---|---|---|---|
| **DCNumber:** 375063 | | **Status:** Released | |
| **Last Name:** MARSHALL | | **First Name:** SCOTT | |
| **Middle Name:** | | **Suffix:** | |
| **Birth Date:** 1975 | | | |
| **STG Status:** | | **STG Name:** | |
| **STG Rank:** | | **STG Alliance:** | |
| **Hair Color:** BROWN | | **Eye Color:** BLUE | |
| **Gender:** MALE | | **Race:** WHITE | |
| **Height:** 600 | | **Weight:** 200 | |
| **SSN:** (verified) | | **FDLE #:** 03962663 | |
| **FBI #:** | | **Commit CO:** PASCO | |
| **Facility/Office** | | **Custody:** MEDIUM | |
| **Region:** | | **Bed:** | |
| **Job Assign 1:** | | **Job Assign 2:** | |
| **Initial Receipt:** 07/26/2017 | | **Current Rel.:** 05/29/2019 | |



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-12068

Document Name: IMG_1195.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1197.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12078

Document Name: IMG_1188.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1191.JPG
Document Description: Tattoos
Document Extension: JPG

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



Document Name: IMG_1194.JPG
Document Description: Tattoos
Document Extension: JPG



**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: IMG_1190.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1192.JPG
Document Description: Tattoos
Document Extension: JPG



**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

DISC-12081

Document Name: IMG_1193.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_1189.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12082

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).





*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-12083



Document Name: DSCN5388.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5387.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-12088



Document Name: DSCN5386.JPG
Document Description: Tattoos
Document Extension: JPG





DISC-12089

Document Name: DSCN5389.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5390.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12090

Document Name: DSCN5396.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5392.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12091

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



Document Name: DSCN5397.JPG
Document Description: Tattoos
Document Extension: JPG





DISC-12092

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: DSCN5400.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5399.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12093

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: DSCN5398.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5391.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12094



Document Name: DSCN5394.JPG
Document Description: Tattoos
Document Extension: JPG





**28 of 48**
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSCN5395.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN5393.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12096

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

Document Name: DSCN5385.JPG
Document Description: Tattoos
Document Extension: JPG





30 of 48
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: MVC-009S.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: MVC-008S.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12102

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: MVC-007S.JPG
Document Description: Tattoos
Document Extension: JPG



2005 12 20

Document Name: MVC-006S.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12103



Document Name: MVC-005S.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-12104

Document Name: MVC-004S.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: MVC-003S.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12105

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: MVC-017S.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: MVC-015S.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12106





Document Name: MVC-014S.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12107

Document Name: MVC-013S.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: MVC-012S.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-12108

Document Name: MVC-011S.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: MVC-010S.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-12109

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



Document Name: MVC-016S.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-12110

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).