

# Security Threat Operational Review Monitoring System (STORMS)

Florida Department of Corrections                    Requested date: 11/23/2020 11:41:25 AM

## Individual STG Report

**Personal Characteristics - Offender: GEORGE ANDREWS (P00845)**



| | | | |
|---|---|---|---|
| DCNumber: | P00845 | Status: | Supervised |
| Last Name: | ANDREWS | First Name: | GEORGE |
| Middle Name: | STEVEN | Suffix: | II |
| Birth Date: | ▇▇ 1970 | Leadership: | No |
| Primary Group: | ▇▇▇▇▇▇ | | |
| STG Status: | ▇▇▇▇▇▇ | STG Name: | ▇▇▇▇▇▇ |
| STG Rank: | ▇▇▇▇▇▇ | STG Alliance: | ▇▇▇▇▇▇ |
| Hair Color: | BROWN | Eye Color: | HAZEL |
| Gender: | MALE | Race: | WHITE |
| Height: | 602 | Weight: | 325 |
| SSN: | ▇▇▇▇ (verified) | FDLE #: | 04214424 |
| FBI #: | | Commit CO: | ESCAMBIA |
| Facility/Office | PENSACOLA NORTH | Custody: | |
| Region: | 1 | Bed: | |
| Job Assign 1: | | Job Assign 2: | |
| Initial Receipt: | 05/28/2017 | Current Rel.: | |

[redacted block]

1 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09669

No

Comments:

**22. What type of illegal or other activities is this group involved in?**

Illegal or Other Activities:

Comments:

**23. Once in the group, how do you get out?**

**24. What signals, colors, or tattoos are used to signify group members?**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
|---|---|---|

Document Name: DSCN4437.JPG
Document Description: Tattoos
Document Extension: JPG

Document Name: DSCN4442.JPG
Document Description: Tattoos
Document Extension: JPG

7 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09675





Document Name: DSCN4441.JPG
Document Description: Tattoos
Document Extension: JPG

8 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09676



Document Name: DSCN4438.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN4448.JPG
Document Description: Tattoos
Document Extension: JPG

9 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09677



Document Name: DSCN4445.JPG
Document Description: Tattoos
Document Extension: JPG

Document Name: DSCN4447.JPG
Document Description: Tattoos
Document Extension: JPG

DISC-09678

10 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).





11 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09679





12 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09680

Document Name: DSCN4444.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSCN4440.JPG
Document Description: Tattoos
Document Extension: JPG

13 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09681

Case 8:21-cr-00218-WFJ-AAS   Document 1046-268   Filed 03/19/24   Page 9 of 9 PageID 5848





Document Name: DSCN4436.JPG
Document Description: Tattoos
Document Extension: JPG

14 of 26
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-09682