

# Security Threat Operational Review Monitoring System (STORMS)

Florida Department of Corrections

Requested date: 9/23/2021 4:53:19 PM

## Individual STG Report

**Personal Characteristics - Offender: PATRICK KESSLER (U55321)**



| | | | |
|---|---|---|---|
| **DCNumber:** U55321 | | **Status:** Released |
| **Last Name:** KESSLER | | **First Name:** PATRICK |
| **Middle Name:** | | **Suffix:** |
| **Birth Date:** ▓ 990 | | **Leadership:** No |
| **Primary Group:** ▓ | | |
| **STG Status:** ▓ | | **STG Name:** ▓ |
| **STG Rank:** ▓ | | **STG Alliance:** |
| **Hair Color:** BROWN | | **Eye Color:** HAZEL |
| **Gender:** MALE | | **Race:** WHITE |
| **Height:** 600 | | **Weight:** 165 |
| **SSN:** ▓ (verified) | | **FDLE #:** 08256731 |
| **FBI #:** | | **Commit CO:** HERNANDO |
| **Facility/Office** | | **Custody:** CLOSE |
| **Region:** | | **Bed:** |
| **Job Assign 1:** | | **Job Assign 2:** |
| **Initial Receipt:** 10/03/2018 | | **Current Rel.:** 02/18/2020 |



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-21155

Document Name: 101_0332.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 101_0331.JPG
Document Description: Tattoos
Document Extension: JPG



DISC-21162

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: 101_0330.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 101_0329.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

DISC-21163





DISC-21164

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: IMG_3836.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: IMG_3833 (2).jpg
Document Description: Tattoos
Document Extension: jpg



DISC-21169

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: IMG_3837.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: IMG_3835.jpg
Document Description: Tattoos
Document Extension: jpg

DISC-21170

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: IMG_3831.jpg
Document Description: Tattoos
Document Extension: jpg



17 of 22
*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: IMG_3832.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: IMG_3834.jpg
Document Description: Tattoos
Document Extension: jpg



DISC-21172