

# Security Threat Operational Review Monitoring System (STORMS)



Florida Department of Corrections                     Requested date: 5/20/2021 3:14:45 PM

## Individual STG Report

**Personal Characteristics - Offender: JASON TERRY (T08613)**



| | | | |
|---|---|---|---|
| **DCNumber:** | T08613 | **Status:** | Incarcerated |
| **Last Name:** | TERRY | **First Name:** | JASON |
| **Middle Name:** | | **Suffix:** | |
| **Birth Date:** | ███1977 | **Leadership:** | No |
| **Primary Group:** | ███████ | | |
| **STG Status:** | ███████ | **STG Name:** | ███████ |
| **STG Rank:** | ███████ | **STG Alliance:** | ███████ |
| **Hair Color:** | BLONDE OR STRAWBERRY | **Eye Color:** | BLUE |
| **Gender:** | MALE | **Race:** | WHITE |
| **Height:** | 602 | **Weight:** | 230 |
| **SSN:** | ███████ (verified) | **FDLE #:** | 04414726 |
| **FBI #:** | | **Commit CO:** | PINELLAS |
| **Facility/Office:** | R.M.C.- MAIN UNIT | **Custody:** | CLOSE |
| **Region:** | 2 | **Bed:** | H22071 |
| **Job Assign 1:** | ███████ | **Job Assign 2:** | ███████ |
| **Initial Receipt:** | ███████ | **Current Rel.:** | ███████ |



**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
|---|---|---|

Document Name: 100_6425.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6427.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: 100_6442.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: 100_6441.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6443.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6426.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6429.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6435.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6428.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6434.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6431.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6440.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6439.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: 100_6438.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6437.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6436.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6433.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: 100_6432.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6430.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6424.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: 100_6423.JPG
Document Description: Tattoos
Document Extension: JPG





Document Name: STG 015.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 018.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 019.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 013.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 012.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 003.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 007.jpg
Document Description: Tattoos
Document Extension: jpg

**\*\*\* Confidential Correctional Intelligence \*\*\***
**This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).**



Document Name: STG 016.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: STG 014.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 006.jpg
Document Description: Tattoos
Document Extension: jpg

Document Name: STG 011.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 009.jpg
Document Description: Tattoos
Document Extension: jpg

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: STG 004.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 010.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 005.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: STG 008.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: STG 002.jpg
Document Description: Tattoos
Document Extension: jpg

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: STG 001.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

?

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
|---|---|---|

Document Name: DSC01243.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01240.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: DSC01239.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01226.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01225.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01229.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01223.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: DSC01231.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSC01234.JPG
Document Description: Tattoos
Document Extension: JPG

Document Name: DSC01222.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSC01235.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01236.JPG
Document Description: Tattoos
Document Extension: JPG

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: DSC01242.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSC01230.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: DSC01228.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: DSC01224.JPG
Document Description: Tattoos
Document Extension: JPG



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

**24. What signals, colors, or tattoos are used to signify group members?**

| Symbolic Description: Tattoos | Has Graphic: True | Extension: JPG |
| --- | --- | --- |

Document Name: IMG_2560.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2561.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2559.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2565.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2563.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2558.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2562.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2566.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2564.JPG
Document Description: Tattoos
Document Extension: JPG



Document Name: IMG_2557.JPG
Document Description: Tattoos
Document Extension: JPG



| Symbolic Description: Tattoos | Has Graphic: True | Extension: jpg |
|---|---|---|

Document Name: Picture 331.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 330.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 329.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Picture 328.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 327.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Picture 326.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 325.jpg
Document Description: Tattoos
Document Extension: jpg

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



Document Name: Picture 324.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Picture 323.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 322.jpg
Document Description: Tattoos
Document Extension: jpg



*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).

Document Name: Picture 321.jpg
Document Description: Tattoos
Document Extension: jpg



Document Name: Picture 320.jpg
Document Description: Tattoos
Document Extension: jpg

*** Confidential Correctional Intelligence ***
This document is considered correctional intelligence and exempt from public record law (F.S. 119.01).



