## Titles and the Duties Required

In the development of our structure, it seems that one of the most misunderstood aspects of it is these job titles, the reason for them, and the duties they entail. The following is an in-depth breakdown of the titles, why they are necessary and how each one is supposed to work. Our Constitution is now our law inside and out....and though it is still relatively new, and we have kinks to work out here and there.... It is an awesome foundation upon which to build. The structure as it is on the outside allows every brother to have a voice in the shaping and molding of our destiny moving forward .... but only if we utilize the systems we've developed. We have our 21 Bylaws, and we have a set structure.... the Constitution may evolve and mature as we do, but certain fundamentals such as the elected positions need not be changed or altered, but rather respected as each one represents an elected Senior for a specific area. In this it is the Senior writ large, and taking into consideration the size of our brotherhood it is necessary and useful that these positions exist. In the chaos that existed before this structure, accountability was lost and the results range from exiles still running around with patches, honey bun patches, pedos with patches, more brothers going back to prison for dumb shit and a significant amount of O.D.'s, all of which happened because there was no such thing as accountability. It allowed for people to put blinders on or straight up shirk their duty leaving it to other patches that stand on their shit. Conversely, with the structure we have cleaned a lot of that up, imperfect at times no doubt, but look at us now. That said to deepen understanding of each of these titles and duties will only help us to tighten up on accountability, keep and maintain a clean house, build our network, our name, and our Honor. Lastly, though it is clarified in the preface to the rank structure in our Constitution, the need for the ranks, jobs, or titles must *never* overshadow the spirit of equality that is inherent in Unforgiven. We are all equally brothers, but elect our officials based on merit and their own willingness to make the necessary sacrifices to discharge their duties. That said these positions, each being voted on in the Sector, Region, or State should be respected....and those holding them ought to earn that respect by virtue of those things that got him elected in the first place. Abuse of this power is a spit in the eye of your fellow brothers and will not be tolerated, and is by definition NOT Unforgiven. 21-2-12

D.F.L.= Dedicated Front Line. These are active patch holders that hold no rank or title in the political structure of Unforgiven, and equates to most of the patch holders of U.F. The D.F.L. being the brothers that account for a majority of the roster, and make up the largest portion of the whole must always keep in mind that it is they that that carry the burden of making sure that the laws of Unforgiven are followed and that our standard is held high within their local areas. It is the D.F.L. who elect their own Sector, Regional, and State representatives. It is the D.F.L. in a Sector that vote on who they wish to have as the Sector Chief, and it is the D.F.L. that carries the burden of replacing him if he isn't doing his job or is abusing it. The same applies to the Sector Chiefs nominees for all other Sector positions, such as the Lieutenants or Sgt. @ Arms. The individuals that make up the whole are responsible for the quality of their respective areas and the brothers within them. It is not just on those that decided to accept a position within the family. Just as every patch is to act as an Enforcer, its not just on the Enforcers to make sure our Brothers are living by our laws and standards....it's on all of us. It has been said, "don't tell us what you have done for Unforgiven, but rather what have you done for Unforgiven lately". It is the D.F.L. that is the lifeblood of our Brand, not holding a title doesn't allow one to opt out or opt out of politics, for it is you who we rely on to make sure that the officials you elect for

DISC-19645

Region and State hold the same virtues and values as the general whole. On that same token, if you are D.F.L. and you don't care for a particular Senior, it is up to you to address the reason and such at church....not buck his guidance or come with the slick shit and slander in an effort to defame and or replace him. Be fuckin Aryan about it and address it as a man and a Brother. If he is in good standing and elected by local Patches respect his mind and his guidance remembering that his election is was and shall always be based on merit. The D.F.L. should be boots on the ground in the initiatives taken by local leadership. That is to say if a local elected official should suggest a project (in furtherance of Unforgiven's aims and goals) e.g., a fund-raising car wash, then it should be taken as marching orders and not a suggestion. It's not about the "order" its about respecting your Senior because you put him there to do a job, let him do it. The D.F.L. controls this Brotherhoods destiny by the choices they make in their leadership choices and how they choose to rock in their local areas. In this the collective whole can remove any Council or ranking member, so miss me with all the complaints about anyone being above another when none are above the will of the whole, none more of a patch then the other, none that doesn't have a voice equal to that of any other patch. The D.F.L. is responsible for whom they elect, and the power and respect that has been granted by the whole to elected leadership should be honored and respected as this represents the check and balance to power within U.F. Finally, it should be noted that the 35 dollar a month Dues amount to nothing without the D.F.L., If the entirety of U.F. paid its dues we would clear over 4 grand a month. Consider for a moment what we could do with that. Its not the title holders that will make those considerations possible, it is the D.F.L.......Every Patch should be fighting to make this happen.

Sgt. @ Arms= The job of a Sgt. @ Arms is equivalent to the Senior over a particular county and all that this would entail. Being that this is the free world it adds a few more responsibilities to the job. He is, of course, responsible for maintaining contact with the D.F.L. in his county, to include the brothers in prison in his county. To establish contact with those brothers in prison and forward the information to the Secretary General. To find ways and means to give aid or support to those brothers behind the wire in their county. It is also his job to figure out what clubs are in his county, and how many of them are friends or foes, their rough numbers, threat or recruitment assessments and any other such information that may be relevant to the furtherance of our goals, and to report relevant findings to the other Sgt.@ Arms in his Quad and his immediate Lieutenant. It is on the Sgt. @ Arms to take Unforgiven initiatives and manifest them in their local areas using the local D.F.L. to attain these objectives in a concise manner. Also, it is the job of the Sgt. @ Arms to look for jobs and housing in their county in the event a brother wants to move to the area or is being released to this area. Finally, procurement of resources or items that may aid and assist a Brother in a time of need. This also includes making sure the brothers in his County are aware of and are paying their dues. With a complete structure we would have a Sgt. @ Arms for every County in Florida.... while this may not be necessary in some areas as we grow and develop this job is going to become more and more important and gives local focus to the D.F.L.

Lieutenant= The LT's represent the "Senior" over one to 4 counties (depending on land mass) in a Quad. The reason for this job is because it allows the Sector Chief to deal with only 4 people instead of (Sec.A =Example) 30+ Patches without a local structure, which has proven next to impossible for one man, 10 if it was just the Sgt. @ Arms per County which is still a lot when you consider the time and drive time of dealing with 10 counties spread out over what are pretty

large areas. Still a lot for one man. The Sgt. @ Arms and the LT's really can and will make a difference in local U.F. politics, initiatives, communication and so on, it spreads the burden amongst the brothers in a sector and allows more efficient contact and networking. The job of the Lieutenant is indispensable to a Sector Chief which allows him to live his life while still efficiently discharging his duties. The LT is to speak with the 1 to 3 Sgt. @ Arms in his assigned area, and inform the Sector Chief of the information gleaned by those Sgt. @ Arms. (See: duties of the Sgt. @ Arms for information that should be passed to the LT) Furthermore he is to work with his Sgt. @ Arms on the local roster to make sure that the Sector Chief is aware of the Patches in his jurisdiction for good or ill. Lastly, if one particular County isn't acting in accord with the whole, it is his job to work with his other Sgts' @ Arms to seek a quick and peaceable resolution to the issue if there is one to be had.

Sector Chief= The Sector Chief is essentially the Tribal Chieftain for his area. It is his job to oversee that the Brothers in his area are in accord with the Constitution, the Will of the Whole, and that this Brotherhoods' aims, goals, and initiatives are met and understood. It is also his job to call, set, and attend the Sector churches. He has Four Lt's, and a Sgts' @ Arms for every County. This means that with four phone calls (which he is compelled by duty to make) he should be able to know the status of every brother in a Sector, inside and out of prison, within minutes. He should know what jobs, resources, friends and foes exist within his Sector. With his local Staff doing their jobs this becomes a relatively easy task. It is on the Sector Chief to make his Sector, his Tribe as strong as fucking possible. The entirety of this structure hinges on good strong leadership in a Sector. It is furthermore the Sector Chiefs job to forward all relevant information to his Regional Senior, and to make sure that he is informed of that Sectors roster, for both good and ill, problems being had inside the Sector, and any positive local initiatives that the Sector would like to have addressed on a Regional level. Finally, he is to make note of the people paying or not paying dues in his area

Region Senior= The Regional Seniors each representing 1/3rd of Unforgiven's membership; it is the Regional Seniors job to make sure that the Brothers in his Region are in accord with the Constitution, the Will of the Whole, and that this Brotherhoods aims, goals, and initiatives are met and understood. It is also his job to call, set, and attend Regional Churches. It is also the task of the Regional Senior to make 3 calls (which he is compelled to make by duty) to the 3 Sector Chiefs in his Region. In these calls he should be able to find out any and all relevant information passed to him (See: Sgt. @ Arms, and Lt. duties) and If there is an(y) issue(s) that need to be addressed in Region. Patch Votes (for good or ill) are to be held in Region, and thus recruitment initiatives are to be held in high order by the Regional Senior. It is his duty to make sure that the roster in his Region is attended to and that exiles marked for cover are being handled in each Sector. If one Sector has a shortage of brothers and or resources, it is his job to find ways to fill those gaps and to help the brothers in that Sector improve their station. Lastly it is the Regional Seniors job to inform the Council of all relevant information gleaned from the Sector Chiefs, for good or ill, and offer suggestions and ideas gleaned from the D.F.L., Sgts' @ Arms, Lt's, and Sector Chiefs. Also, in the event that one Sector wishes to buck the whole then it is his job to work with the other two Sectors to remedy the problem *The issues not brought up first in a Sector should not make Region, the issues not brought up first in Region should not be brought up at State. For Security purposes and in keeping with the Constitution, we must try to keep local business local.

Vice President= The job of the Vice President is to carry the Standards and Duties of the Presidency in the event that the President is unavailable for whatever reason. To act as an offset to the President, making sure that the brother that has the keys keeps the will of the whole in heart and mind in all of his decisions. To oversee the offices of The Treasury and the Inspector General. It is also his job to keep and maintain contact with the Council and to identify any potential problems and or opportunities that may need to be addressed and to bring these thoughts to the President and the Council. It is also his job to create initiatives that will help move the family forward, as it applies to the general whole, and in his role of Treasury management.

President= The job of the President is to serve the will of the Whole, to lead Unforgiven in the direction that the Whole wishes to go. To find the common threads that bind our brotherhood together and to synthesize these unifying principles into a direction. To identify and remedy disunities within the ranks, and within the structural foundation of Unforgiven. To create and maintain initiatives that will help move our Brotherhood forward. To oversee the offices of the Secretary General and the State Enforcer. The President must always maintain contact with the Council and not only listen to the Council (as they represent the Whole) but actually hear them. The President must unify within himself the Will of the Whole, as this is his ultimate role. In a circle (be it the Council or church) he may act as the Senior, but is little more then the tie breaking vote. The Council was created in the free world to offset the abuse of power by previous Presidents. One man did not found Unforgiven, it was several, and in keeping with this tradition the Council serves as the whole writ large, not giving any one man complete dominion but instead sharing the burdens and duties of leadership with Seniors elected in local areas, who by this method are representative of every patched member in Unforgiven. In the Council the President can hear from all areas in the state and chop it up with other UF elders, in dealing with problems and in manifesting initiatives. The Council is referenced here in the job description of the Presidency because without the Council there is no President. It is that important, not only for the check and balance that it gives to the power of this office but because it is fundamentally Unforgiven that the Whole is the guiding principle and no single individual should overshadow that fact.

-------------------------------------Titles and Duties outside of the General Rank Structure------------------------

Secretary General= The job of the Secretary General is to keep and maintain the Master Roster of this Brotherhood. At current the inside roster is being built, and the outside roster maintained by the current President. Upon completion of the inside roster, the free world roster will be handed over to the Secretary General. This is a never-ending task, but once it is built, we will no longer spend our days having to clean up the Brotherhood, our core membership will be known and solid. This is a goal that we have had for years and we are at the precipice of making this happen. The Secretaries job beyond that is to oversee the literature and propaganda campaigns in our effort to not only educate our own Brotherhood, but the public as well. The job description here is a little short because the roster is an all-consuming job unto itself, coupled with literature and propaganda the Secretary General has his hands full.

Treasury= The job of the Treasury is not just about holding the piggy bank. The Treasurers job includes keeping a tally of paid and unpaid dues. This information should be easily provided by Sector Chiefs who should be keeping note of this during Sector churches. Furthermore, it is the job of the treasurer to identify and bring to council any problems that he sees in the collection of dues, and to offer alternatives to fix the problem. It is also his job to look for and identify other ways of making money for this Brotherhood and to present these ideas to Council. The fact of the matter is that money is needed for halfway houses, businesses, clubhouses, vehicles etc. and the maintenance thereof. Without comprehensive plans to make this happen we will remain stagnate, and it is unacceptable for us to do so! The Treasury and the dues are vital to our Brotherhood and should be taken with the seriousness it warrants and deserves. It is the Treasuries job to know this and to act in a manner that reflects this knowledge.

Inspector General= The office of the I.G. is truly our first line of defense against those who would seek to infiltrate our Brotherhood. Since the inception of this title we have identified several Patched members with sex charges amongst other disgraceful charges. It is the job of the I.G. to run every name that the Secretary General forwards to him to make sure that our roster stays clean. It is also the I.G.'s job to take these initiatives on his own upon hearing that a new brother(s) has been released. Furthermore, it is the job of the IG, working in close concert with the States Enforcers to investigate any and all violations in this Brotherhood. The I.G. will be unbiased in this undertaking, and if he cannot then he must recuse himself and suggest another Patch to take the case. Upon completion of these investigations he should inform the Council as to his findings. This is a necessary duty and the holder of this job should not be attacked for doing his job, as no Patch is beyond investigation.... case in point, both the current President and the previous Vice President have undergone such investigations. Truth fears not the investigation, and no one man is above the will of the whole.

State Enforcer= It's been said that every Unforgiven should be and act as an enforcer, yet that is to assume every Unforgiven is living right and cares to Honor our laws at all times, and mkfr we know this is simply not the case. Thus, the enforcers are there to make sure that our laws, standards, and principles are upheld. This is the job that makes sure that there *is* accountability at all times, in every area. The Enforcers are to be unbiased, and are to call out bias when it comes to the treatment of a brother in the event of a violation. That is to say favoritism is out, as is trying to weaponize the family against a brother due to personal beefs. The Enforcers job includes inspiring brothers to keep and maintain physical fitness programs consistent with our standards, which is supposed to be a fighting elite. The Enforcer is also to teach and maintain Security initiatives that safeguard the well being of the family, and to make sure violations are administered in a fair and unbiased manner, and with the severity each case warrants. The State Enforcer is to work with Region and Sector Enforcers to make sure that these initiatives are shared and that information is passed along in regards to such things as new security measures. The Enforcers shall work with Region Seniors, Sector Chiefs, and The Council in the discharge of his duties.

Nomads= Out of state, or out in left field for personal reasons, it is their job to still pay dues. We are family and the family needs help growing, whatever you have going on that you are unable to hang with your brothers regularly or build with us as an active member; mkfr can still shoot that 35 a month. Facts. They can also make one of these state churches every year, also facts.

DISC-19649

Probates= Everything they are told to do is their job.

Prospects= It is all our jobs to find them, not the other way around.

Exiles= Their only job is to cover tf up.

| | |
|---|---|
| Creator: | DUDE |
| LastModifiedBy: | DUDE |
| Revision: | 26 |
| Created: | 2021-05-25T17:23:00Z |
| Modified: | 2021-06-15T15:03:00Z |
| Template: | Normal |
| Application: | Microsoft Office Word |
| AppVersion: | 16.0000 |