State of Union

Hailsa Kinsman! After my short vacation, I am back full time. While I didn't wish to come back so soon (due only to my wife and kids) I feel like I need to…..not that the state of our union is weak, because it truly is strong; rather during my time off I realized that we have a lot of work left to do in developing our structure, and in educating our brethren as to how it all works out here in the free world. Most of our internal problems tend to come from personal issues between brothers, or a lack of communication and/or understanding. We need to fix these problems, amongst a few others, and the best way to do this is to educate and elucidate for our brothers the internal mechanisms of U.F., as well as putting some of this in perspective. The goal of this paper is to do just that, and to clarify for those in the back, the direction I'm taking this family. For those that heard some of this forgive me, but our roster flips like a county jail dorm sometimes, and repetition is as necessary as consistency in what is being repeated.

The most unifying principle in Unforgiven is our Patch, Aryan to the core, it is a collection of symbols that have come to represent the White Aryan men of Florida. This patch unites us under a common cause and purpose. Yet it is clear that Unforgiven has several differing sub-cultures…. Skins, Bikers, Rednecks and Country boys, City folk and even Reformed wiggers. We also come from several different places…. Cali, New York, Ohio, Utah, etc. etc. We have several differing faiths as well, Christian, Odinist, Buddhist, Creators, Etc. That said we are like a microcosm of White America. We could, as we have in the past let all of these things divide us……or we can use it to build, the choice is and has always been ours alone. Again, the one unifying principle is our patch. No matter our hobbies or belief in religion or where we come from our patch unites us all. We need to act like it. No patch is greater than another….one might put in more work for our Brand then another, and this is reflected in our merit-based structure, but all of us our equally brothers and should treat each other that way. The way I see it Unforgiven is like an umbrella organization that can and will give a forum to each and every one of the subcultures herein mentioned. Some would have it where one or another of these sub groups are the base for our direction as a family, and this can not be because it can lead to the exclusion of other groups' interests. For instance, there is deep and fundamental differences in between the Biker and Skin culture. Yet under the Umbrella that is U.F. out here, we have begun to learn how to work together, united by the patch and our common causes. In doing so we are doing something that has never been done, and our family is setting the standard moving forward. To my mind, the bikers of U.F. shouldn't have stars in their eyes for established clubs like the O.L.'s but rather should be bringing our Aryan ways back to the biker scene that once held race to be a high idea. Likewise, the Skin scene has suffered in recent years and could use a breath of fresh air…. well the skins we have in U.F. being from several differing states and crews can now find a common ground and develop a platform to speak to other skins here in Florida and in other states. The Redneck scene is ripe for recruitment so Sector E's idea of getting a bunch of four wheelers and going to the mud pits is awesome. We can use our veterans to recruit more vets…etc. etc. At the end of the day though, we are all united in Brotherhood by our Patch, and we would do well to honor it with Noble deeds and not infighting.

Which brings me to my next point. Educating ourselves on the movement. Contrary to what some may think, Unforgiven is not an island. We are but one of several hundred White Aryan crews, in prison and out, that are in this fight for racial survival and continuity. Most have patches in some way similar to ours. Most rock 14/88 tattoos and came up on the same type of literature as we did……yet for some reason we in Unforgiven are sorely lacking in our knowledge of the movement, and it shows. We must bring our brethren up to date, for ignorance about what came before us will only cause us to repeat mistakes made by them. Infighting, slander, ego, and greed have torn crews apart for years. What can we do to not repeat these far too common problems? To me knowledge of them is a great first step in that direction, and so we must educate ourselves, our brothers, and our probates in this. However, educating our kin on the movement so as not to repeat the mistakes is not the be all end all in my campaign to educate……there is plenty of things we can learn from the movement that will help us progress. Wotansvolk for instance worked well…. thus let us learn how their literature programs worked as 14 word press was second to none. Also, a deeper understanding of all of it lends to a deep and passionate belief in the cause which we champion here in Florida and hopefully gives brothers more motivation and the will to make the necessary sacrifices to see our Brand move forward. If Aryan man is superior in any way it is because of our ability to create, our gift for original thought, our minds…..let us continue to develop and grow in these ways via the education of our folk.

The next topic I'd like to cover is the direction of the family. I've been questioned and accused of trying to turn U.F. into a militia of sorts a few times over the years now……Fake news. First, we can't legally own firearms, and to do so would only bring the quick destruction and demise to our family out here. The RICO shit everyone fears. I've even had quiet support for this, but I have no ulterior motives and frankly I find it a horrible idea that would give the enemy just what they are looking for. The direction I am taking this family would be best summed up as Tribalism. I use the term White Nationalist because it's the closest term that seems to encompass the general thought life of U.F., but as this nation of ours is not exclusively white any more, I'm speaking in terms of our Nation of Race. Many are our color, but only a few are our kind…. I want us to find the few that are our kind and build our tribe. Unforgiven has 9 sectors in Florida, with a Sector Chief overseeing each respective area. If all 9 of these men pulled their Sectors together and hosted events (such as the Viking games) and BBQ's in their areas on a regular basis, it will yield some solid human material for us to sort thru…. just as we found a couple at an Adam Calhoun concert recently. I see tribalism as a natural way of creating a strong grassroots movement that will bring our local whites into the fold and give us the people, money, and resources we need to grow and develop. In keeping with our Constitutions' mandate to network, tribalism as I'm pushing for will create the contacts necessary to help our brothers reintegrate into society by producing housing and employment. To use one fine example our probate pig pen was found in a tattoo shop in the hood, yet there was so much more to him and he only needed a bit of guidance, as a supporter, he has housed several brothers and their families…. all before being probated. Another white woman I brought around is now engaged to a brother and is also housing another brothers mother in law that had no where to go. This is the direction I want to see us go in, and the direction

I wish to sell to the general populace here in the free world. We have seen it work up in A, but we could do much better, here and throughout the state.

Certainly, we have an obligation to our brothers behind the wire to do the best we can in helping them get out and stay out. Many of us are just getting out and finding our feet, and a number of those have already benefited from the structure as is.... but we could do better, like each sector having its own stash to outfit brothers when they get home; cloths, shoes, phone, etc. Car washes and bake sales to raise money for these things.... it's all part of the tribal direction and its up to each of us to make this a reality. What's more is that as each of our 9 sectors/tribes develop, we will be more aware of who is in our areas, including the brothers in prison in our area and other relevant parties.... all of which help us inside and outside the wire. How we go about this is up to each of you, so long as it is in keeping with our Constitution and bylaws.

Moving on I'd also like to address our extremely lackadaisical view on security. The Constitution and every rendition of our bylaws speak about keeping Unforgiven business Unforgiven business. It calls for compartmentalization on sensitive matters. We have tried in vain to keep shit off of Facebook, and even though we aren't supposed to say anything we wouldn't say in front of a cop on Marco Polo, still we do it. It needs to stop!!!!! I'm over it, it's the epitome of ignorance and it is putting brothers in harms way. Again this goes back to the Sectors.....if there is an exile which has been voted on at region then no other discussion should take place outside of those going to handle up in the area it is to be done in. in doing so the shit is isolated and the less people that know, the less that can testify in court. Facts. We ex out so called brothers all the time right, so it doesn't take a rocket scientist to know that some of them may flip.....but if they only knew about their area and that which was relevant to them, they won't have a whole hell of a lot to tell the people. Also, what may seem like harmless banter is has and can be twisted to meet the goals of our enemies. Let us not cut our own throats.... please!!! We like to say that what is understood need not be explained, lets behave in this manner when it comes to sensitive material such as exiles. We have been lucky thus far because in most cases we have been sloppy. Let's do better in this and learn how to move in silence or at the very least speak in person or on encrypted sites.

With that said, I'm not trying to close us off from the public, but rather I wish to see us have a private face in which 'what is understood need not be explained', and a public face in which we reach out to our communities as Unforgiven, a bunch of "reformed" whites boys who gave up their lives of crime and drugs to have a better life for our folk, and do so by means of community outreach etc. We came out of prison at a crazy time and with BLM in prison also.... we have some shit to say.  We are the Whites that give zero fucks about being labeled or doxed. This isn't to say we won't have some more friendly looking and sounding side projects like Route 21, or the newest rendition of our halfway house project, The Odinist Institute......but we will not hide our Brand or our belief, we will just package it appropriately based on our audience. I've been wanting to start a YouTube, and will when settled into place with better reception, in which we will do interviews and the like. We killed the website for security reasons even though there was nothing illegal on it. We will have another soon in which we will target the masses with positive propaganda, as well

as selling our collective merchandise. Hiding in shadows makes us look guilty of some shit. We have no reason to hide and we will not, we just need to be smart in what we say, and how we say it. As far as the public is concerned this is a prison gang, yet they know nothing of us for real, so we can tell them we are like a bunch vets helping each other reintegrate into a society that has little love for our kind. To the public there is no structure, there is no regions or sectors or ranks. Which is why none of these terms should be referenced on Facebook. As to the police who've questioned several brothers over the last 3 years, quit trying to fish info from them when they are trying to do the same with you. Remember the 5 WORDS. I HAVE NOTHING TO SAY. Our laws say this already but clearly a few have forgotten so this is the friendly reminder…….

 Lastly, all three regions have one or several shirt makers. The website we are building for public outreach will also sell a bunch of merch. This stuff does not have to be Unforgiven related. We are building it more like an art collective in which all wares could be sold. This website will also be supplemented with what I call 21 Stands at the flea market or on corners or at festivals…..much like the Trump stands it will have shirts, hats, etc. and will be a premade back up job for our brothers coming out as we are building towards better and more financially beneficial jobs. We would also have at these stands a food cart of some sort, and propaganda pamphlets to help in our mission to raise racial awareness amongst Whites……to be done with music playing in the background like Upchurch, Adam Calhoun, or Tom McDonald, providing something of an atmosphere to our clients.

With the tribalism, networking, stands, websites, YouTube, merch, our own music, etc. We will become stronger then we have ever been, and potentially stronger then any who have come before us. It should allow for many more opportunities for brothers coming home or that have fallin on hard times. I've been asked directly where I'm taking the family and its hard for me to articulate my vision sometimes because there is to my mind so many moving parts. I want to focus on brothers coming home and those still in. I want to see 100 brothers at these sector churches. Im trying to make us the most respected, loved and feared brotherhood of our time. I want our family to become so strong our voice is heard across America and into our fatherlands. I want us to help in South Africa. I refuse to put a cap on our potential……. you ask where I'm trying to take us? As far as I possibly can. I need my brothers though to share in this vision, to grab an oar and row. Make the sacrifices necessary, stop the infighting back biting and slander…. honor the patch, honor the cause, honor the fallen, honor the family and honor thyself. If we can do this, you will see in the next five to ten years the true power and strength of Aryan man, and it will be Unforgiven who is leading the charge. 212 mfkn 12

| Field | Value |
|---|---|
| Creator: | DUDE |
| LastModifiedBy: | DUDE |
| Revision: | 5 |
| Created: | 2021-04-27T14:26:00Z |
| Modified: | 2021-06-15T02:54:00Z |
| Template: | Normal |
| plication: | Microsoft Office Word |
| AppVersion: | 16.0000 |