Hammer Investigation / violation results

While on vacation it came to my attention that our newly elected Secretary General, Hammer, made an admission on the Marco Polo page to the effect that he was using Cocaine with some Outlaws. Apparently, this admission was prompted by his personal issues with a woman named Amber who in the course of their argument said she would spray Hammer for the shit so he decided to make this admission on the page. Their personal beef notwithstanding at this point, a clear blatant violation of our laws took place and further, that this violation was not addressed by anyone at any point. As precedent has it once a violation occurs that person is immediately removed from their position until such time as the violation is heard. Being that the violation was not addressed for whatever reason he remained in his seat and an investigation was opened. During the course of this investigation several other issues came to light that in some cases are violation worthy and others that could simply be labeled conduct unbecoming of an Unforgiven.

First and foremost, the behavior with the Outlaws is unacceptable on several levels. If you must do Coke to hang out at the O.L. clubhouse, then one simply doesn't go to an O.L. clubhouse. Spitting on our laws so one can kick it with another club is foul as fuck and serious flaw that should not be taken lightly. He goes on to volunteer to put in some sort of work for one of these Outlaws, and a chico one at that. This poses several problems for me in that I personally put brothers at risk to let it be known that we are an independent entity and that we are not licking Outlaw boots or doing their dirty work. For Hammer to have even considered this is to move us backwards on the game board, and to my mind showed weakness and the exact opposite of the direction. Racially it was a wetback having an Aryan do his shit. Its also hard for me to imagine that he did not brag on his position to these men in which case our so called "third in the state" just showed that even our brass will put in work for them and that we do not honor our own laws in regards to coke which I've made clear to ranking O.L.s that we are against.

In a separate and unrelated incident, he did flex with his title in a comment to our Region 2 Senior, about being third in the state and that for all intents and purposes Jeffery was underneath him in the structure. To my mind, this idea he has that one brother is superior to the next is a blatant disregard to what was said in the Preface to our ranking system, and is certainly not the example myself and other leaders of our family have set. The abuse of his title, for clearly that is what this was, should have been addressed at the time, and I've mentioned it here because it didn't get the attention it warranted at the time and because it shows a lack of understanding of our ways and a lack of respect for fellow patches. To little boy a senior patch and an elder Unforgiven betrays his lack of understanding for how we work and our deep love for equality within U.F., these ideas are not new to Hammer he just seems to pick and choose what he wishes to adhere to and that is it……much like the cocaine thing mentioned above.

In another separate and unrelated incident Hammer stepped to Boneface's landlady and told her that he had been giving Boneface X amount of dollars a week or month, whatever, and whether or Boneface had given her the money. This caused our Brothers rent to be raised, and to me putting a brother in harms way can be financial just as it can be physical and in this situation it was in fact detrimental, not only Boneface, but other brothers that wished to rent from her, as she was said to have been wanting to rent her properties to U.F. only. This is what I mean by conduct

unbecoming of an Unforgiven. What his motives were here are unclear but it can only be chalked up to stupidity or to ingratiate himself with the landlady and thus step on Boneface's toes......either one is unacceptable, especially for a Council member that should by definition know better.

In yet another unrelated incident Hammer was working with our brother Wingnut who had set up several jobs, relying on Hammer as a worker. Hammer walked off the job leaving our brother Wingnut in a hella bad position with these jobs, which in turn had a negative impact on our brother's name and reputation as business owner. Again, Hammer was not held to account.

Which brings me to the final issue, this one related to the first.....Hammer's issues with Amber and Stix. For those that don't know there is a long and storied history here. Hammer has tried and failed to fuck Amber several times, Stix got it and Hammer is mad about it and no amount of denial can convince me otherwise.....I've seen it in person and there is textual evidence to this effect. That being said the drama surrounding this is asinine and I'm fucking over it. Hammer can not vote on this patch for good or ill due to his personal animus nor will we entertain his finger pointing at Stix for whatever this is because from what I see that is a large part of his defense, but as I've outlined for ya'll above the problems with Hammers behaviors are deeper then just the Stix issue. However, the culmination of this feud reached a boiling point the other day when Hammer went to fight Stix at Sketches house. He intentionally dropped off his child because he "didn't want to bring Killian to Sketches with that type of smoke", yet knew that Sketches kids were there, and he proceeded anyway. When Stix tried to shake up with him before the fight, he chose instead to swing on him. Sketch told them to move it to the backyard and when Stix went to go.... Hammer hits him from behind. Somewhere in the chaos that followed Hammer pulled fire and it had to be taken from him by Sketch and Pretty Boy. Sketches Child was in the yard.

I hardly need to outline how this is a serious violation in its own right, and yet Hammer is argumentative about it......going so far as telling me pulling fire at a brother's house is not in the constitution, when in fact it is......under respecting a brothers property, and putting a brother and his family in harm's way. People may take a stance that since Stix wanted the fight that it was okay to take off when Stix gave him his sword arm......but how does one make excuses for the cowardly act of hitting a man from behind?

What's more is during this time Hammer seems to have acquired a certain distain for women, and rather this is due to his animosity with his baby mama or his associating with the Outlaws and their sentiment towards women, I find it troubling and not in keeping with an Aryans beliefs and behaviors. When he and Amber first started going thru it he told me he would knock her out the next time he seen her and didn't give two fucks about her being a woman. When Sketch tried to defend his long-time friend, he told Sketch that they were no longer brothers.... though he wouldn't be here without Sketch. When Nazi asked if he had talked to Britt since brandishing fire at her house, his response was "for what, she ain't a patch holder". This is not how we treat our brothers, our brother's friends, or our brother's families....and damn sure not our women.

But I digress. One of the lesser incidents here stated is enough to have removed Hammer from the Secretariat, collectively I believe it enough to vote on his patch. I was told by a brother that

DISC-19658

he believes Hammer already would have been flipped in the chain gang for the consistent fuck ups and I tend to agree. Im not calling for Hammers patch, however I do believe that whatever action the Council recommends to region 2 be in the extreme. I've spent hours trying to talk sense into him, as has Shrek, Matt, Nazi, Sketch, Murph, and several others to no avail. His behavior has been consistently erratic and even dangerous to our brand. Boneface says the behavior extends back to his days with S.W.A.

| Creator: | DUDE |
|---|---|
| LastModifiedBy: | DUDE |
| Revision: | 8 |
| Created: | 2021-05-13T22:40:00Z |
| Modified: | 2021-05-14T04:30:00Z |
| Template: | Normal |
| Application: | Microsoft Office Word |
| AppVersion: | 16.0000 |